IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-CV-354 |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

## JOINT NOTICE OF REMOVAL

To:   United States District Court
      Southern District of Indiana
      Indianapolis Division

Defendants, Premier Group Autos, LLC, James Blackburn and Edward A. Kessler, by their respective counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file their Notice of Removal of the above entitled cause of action from the Hamilton Superior Court, Indiana, where it is currently pending, to the United States District Court for the Southern District of Indiana, Indianapolis Division. In support of this Notice of Removal, Defendant further state as follows:

1.   On December 18, 2019, Plaintiff commenced in Hamilton Superior Court No. 3, State of Indiana, an action entitled *Nextgear Capital, Inc. v. Premier Group Autos, LLC, James Michael Blackburn and Edward Anthony Kessler,* Cause No. 29D03-1912-PL-011904. All of the process, pleadings and orders served upon Defendants in the state court action are attached hereto as *Exhibit A*.

2.   The Complaint and Summons were served on Defendants, Premier Group Autos, LLC and James M. Blackburn, on January 2, 2020. Defendant, Edward Kessler, received the Complaint and Summons on January 7, 2020. This is the first receipt by Defendants of the

Complaint and Summons. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days after the initial receipt by Defendants of Plaintiff's Complaint and Summons.

3. Defendants have not answered or otherwise responded to Plaintiff's Complaint in the Indiana state court action.

4. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1441(b), in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between citizens of different states.

5. There is complete diversity as this action is between citizens of different states. Plaintiff, Nextgear Capital, Inc. ("Nextgear"), is a Delaware corporation with its principal place of business at 1320 City Center Drive, Suite 100, Carmel, Indiana 46032. (*See* Ex. A.; Compl. at ¶ 1). Nextgear is a citizen of the State of Delaware and the State of Indiana, pursuant to 28 U.S.C. § 1332(c)(1).

6. Defendant, Premier Group Autos, LLC, is a Florida limited liability company having a principal place of business at 1500 Cordova Road, Suite 206, Fort Lauderdale, Florida 33316. Premier Group Autos, LLC is a citizen of the State of Florida. In addition, the sole and exclusive members of Premier Group Autos, LLC are Defendants, James M. Blackburn and Edward Anthony Kessler. Defendant Blackburn is a citizen of the state of Florida and Defendant Kessler is a citizen of the state of Pennsylvania.

7. There is complete diversity of citizenship between Plaintiff and all Defendants.

8. In addition, the matter in controversy exceeds $75,000.00, exclusive of interest and costs. According to the Plaintiff's Complaint, Plaintiff claims that Defendants are indebted to the

Plaintiff in the amount of $357,588.73, in addition to a claim for treble damages due to Defendants' alleged conversion of proceeds. (*See* Ex. A; Compl. at pp. 5-7).

9. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, Defendants have served a true and correct copy of this Notice of Removal and attachments on Plaintiff's counsel. In addition, Defendants have filed a Notice of Removal with the Clerk of the Hamilton Superior Court, State of Indiana.

10. Pursuant to 28 U.S.C. § 1446(a), all Defendants in this action consent to removal and have signed and filed this Notice of Removal in accordance Federal Rule of Civil Procedure 11.

11. This Court is the proper district court for removal because Hamilton Superior Court is located within the Southern District of Indiana, Indianapolis Division.

WHEREFORE, Defendants, Premier Group Autos, LLC, James M. Blackburn and Edward A. Kessler, by their respective counsel, give notice that the above-entitled action which was pending in the Hamilton Superior Court, State of Indiana, is now removed to the United States District Court for the Southern District of Indiana, and respectfully request that this Court accept the removal of this case and all other just and proper relief.

Respectfully submitted,

DELK McNALLY, LLP

*/s/ Jason R. Delk*
Jason R. Delk, Attorney No. 24853-18
*Attorneys for Defendant Edward Kessler*

ROCAP LAW FIRM LLC

*/s/ Richard A. Rocap*
Richard A. Rocap, #6333-49
*Attorneys for Defendants Premier Group Autos, LLC and James Michael Blackburn*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via the Court's electronic case filing system, electronic mail and U.S. Mail this 31st day of January, 2020:

Michael G. Gibson
1320 City Center Drive, Suite 100
Carmel, IN 46032

*/s/ Jason R. Delk*
Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
Facsimile: 888/453-0545