JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Nextgear Capital, Inc. ; | Premier Group Autos, LLC ; |
| 4 Incorporated or Principal Place of Business in This State; | 5 Incorporated and Principal Place of Business in Another State; Florida |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |
| | Additional Defendants(s): |
| | James Michael Blackburn ; |
| | 2 Citizen of Another State; Florida |
| | Edward Anthony Kessler ; |
| | 2 Citizen of Another State; Pennsylvania |

**County Where Claim For Relief Arose:** Hamilton County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Michael G Gibson ( Nextgear Capital, Inc.) | Richard A. Rocap ( Premier Group Autos, LLC) |
| | ROCAP Law Firm |
| 1320 City Center Drive, Suite 100 | 10293 North Meridian Street |
| Carmel, Indiana 46032 | Indianapolis, Indiana 46290 |
| **Phone:** 317-740-3249 | **Phone:** 317-846-0700 |
| **Fax:** | **Fax:** |
| **Email:** | **Email:** rar@rocap-law.com |
| | |
| | Jason R. Delk |
| | DELK McNALLY, LLP |
| | 211 S. Walnut Street |
| | Muncie, Indiana 47305 |
| | **Phone:** 765-896-9495 |
| | **Fax:** |
| | **Email:** delk@delkmcnally.com |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** 4 Incorporated or Principal Place of Business in This State

**Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Hamilton County

    **State Removal Case Number:** 29D03-1912-PL-011904

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Breach of contract action filed in state court and removed to this Court pursuant to 28 USC 1441(a) and 28 USC 1441(b).

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 1,034,934.57

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Jason R. Delk

**Date:** 1/31/2020

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.