UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.
      Plaintiff

CASE NO. 1:20-CV-354

v.

PREMIER GROUP AUTOS, LLC,
JAMES BLACKBURN, and
EDWARD A. KESSLER.
      Defendants

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Edward A. Kessler, Defendant.

Date:  January 31, 2020
        /s/ Jason R. Delk
        Jason R. Delk, Attorney No. 24853-18
        DELK McNALLY LLP
        211 South Walnut Street
        Muncie, Indiana  47305
        Telephone:  765.896.9495

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing has been served upon the following via the Court's electronic case filing system, electronic mail and U.S. Mail this 31st day of January, 2020:

    Michael G. Gibson
    1320 City Center Drive, Suite 100
    Carmel, Indiana  46032

        /s/ Jason R. Delk
        Jason R. Delk

DELK McNALLY LLP
211 S. Walnut Street
Muncie, Indiana  47305
Telephone: 765.896.9495