**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | )   CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**CORPORATE DISCLOSURE OF PREMIER GROUP AUTOS, LLC**

**PREMIER GROUP AUTOS, LLC**, by counsel, states as follows:

1. Premier Group Autos, LLC is a privately held limited liability company.

2. There is not a publicly held or traded corporation that owns ten percent (10%) or more of the of the membership interests of Premier Group Autos, LLC.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

1

*Corporate Disclosure (Premier Group Autos)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2020, a true and correct copy of the above and foregoing *Notice of Appearance of Counsel* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

       /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com