IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   Clerk of Court and all Parties of Record:

I am admitted or otherwise authorized to practice law in this Court, and I appear in this case as counsel for **PREMIER GROUP AUTOS, LLC** and **JAMES MICHAEL C. BLACKBURN**.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Ryan L. Garner
Ryan L. Garner, #34597-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rlg@rocap-law.com

1

*Appearance of Counsel-RLG (Premier/Blackburn)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2020, a true and correct copy of the above and foregoing *Notice of Appearance of Counsel* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

    /s/ Ryan L. Garner
Ryan L. Garner, #34597-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rlg@rocap-law.com

*Appearance of Counsel-RLG (Premier/Blackburn)*