IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**UNOPPOSED MOTION TO RESCHEDULE INITIAL PRETRIAL CONFERENCE**

Premier Group Autos, LLC ("Premier") and James Michael C. Blackburn ("Blackburn"), by counsel, respectfully move the Court to reschedule the Initial Pretrial Conference in this matter. In support thereof, Premier and Blackburn state as follows:

1. This matter is presently set for an initial pretrial conference on March 17, 2020 at 9:00 AM EST.

2. Attorney Rocap is scheduled to be in Marion County Superior Court on March 17, 2020 beginning at 10:00 AM EST for a lengthy final pretrial conference in the matter of *Sierra Powell v. Superior Towing, Inc. et al,* Cause No. 49D07-1609-CT-031472 that is scheduled for jury trial on March 24, 2020. Attorney Rocap will be traveling to the courthouse and making final preparations for the conference in the hours before it begins.

3. Attorney Garner will be attending a pretrial conference in a proceeding before the Indiana Worker Compensation Board sitting in Elkhart, IN scheduled for March 17, 2020 at 9:00 AM

EST in the matter of *Rebecca Cole v. Utilimaster Corp.,* Case No. C-239611.

4. Counsel for NextGear Capital, Inc. and Edward A. Kessler have been consulted regarding the need to reschedule the initial pretrial conference in this matter and both attorneys have agreed to the requested relief.

5. Counsel further advises the Court that all counsel have indicated that they can be available by telephone for the initial pretrial conference on April 17, 2020 at 1:30 PM EST (this date and time was provided by the Courtroom Deputy as an available date and time on the Court's calendar).

Wherefore, Premier and Blackburn pray that this motion be granted and for all other relief necessary and proper in the premises.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2020, a true and correct copy of the above and foregoing *Notice of Appearance of Counsel* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

      /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com