IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**ORDER ON UNOPPOSED MOTION TO RESCHEDULE INITIAL TELEPHONIC PRETRIAL CONFERENCE**

Premier Group Autos, LLC ("Premier") and James Michael C. Blackburn ("Blackburn"), by counsel, have moved the Court to reschedule the Initial Telephonic Pretrial Conference in this matter.

The Court, being duly advised, now GRANTS said motion. The Initial Telephonic Pretrial Conference in this matter presently scheduled for March 17, 2020 at 9:00 AM EST is rescheduled to occur on April 17, 2020 at 1:30 PM EST. To the extent not otherwise modified by this order, all other terms and requirements of the Court's *Order Setting Telephonic Initial Pretrial Conference* entered on February 3, 2020 (Dkt. 138) shall remain in full force and effect and the parties are ordered to comply therewith.

Date:_____

                                                          Magistrate Judge, Doris L. Pryor

*Distribution to all ECF-registered counsel of record by email through the Court's CM/ECF system*

*Motion to Reschedule- Order (Premier/Blackburn)*