UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER, | ) ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, NextGear Capital, Inc., is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a majority owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund directly holds 10% or more ownership interest in NextGear Capital, Inc.

Respectfully submitted,

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz
Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com

Attorneys for Plaintiff, NextGear Capital, Inc.

3803865

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2020, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ *David J. Jurkiewicz*
David J. Jurkiewicz