UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   Clerk of Court and all Parties of Record:

I am admitted or otherwise authorized to practice law in this Court, and I appear in this case as counsel for **NEXTGEAR CAPITAL, INC.**

Respectfully submitted,

*/s/ Sarah T. Parks*
Sarah T. Parks
Attorney No. 34798-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
sparks@boselaw.com

Attorneys for Plaintiff, NextGear Capital, Inc.

3802930

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 6, 2020, a true and correct copy of the above and foregoing *Notice of Appearance of Counsel* was filed electronically through the Court's CM/ECF system.  Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

                                                /s/  *Sarah T. Parks*
                                                Sarah T. Parks