IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME**

Defendant, Edward A. Kessler, by counsel, pursuant to S.D. Ind. L.R. 6-1(b,), hereby files his Notice of Automatic Initial Extension of Time to answer or otherwise respond to Plaintiff's Complaint.  The deadline for Defendant Kessler's answer to the Complaint has not been previously extended and the extension of time is for 28 days.  Defendant Kessler's answer to the Complaint is currently due on February 7, 2020.  Now, with the extension of time, Defendant Kessler's answer to the Complaint will be due on or before March 6, 2020.  This extension of time does not interfere with the any case management.  Plaintiff's attorney, Michael Gibson, was solicited regarding this extension of time and Plaintiff's counsel does not object to this initial extension of time.

Respectfully submitted,

DELK McNALLY, LLP

*/s/ Jason R. Delk*
Jason R. Delk, Attorney No. 24853-18
*Attorneys for Defendant Edward Kessler*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 7th day of February, 2020.

                                      */s/ Jason R. Delk*
                                      Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
Facsimile: 888/453-0545