IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

> Any pending motions filed in state court which require a ruling shall be filed in this case within seven days of this entry.
> TWP
> 2/12/2020

## NOTICE OF PENDING MOTIONS

Defendant, Edward A. Kessler, by counsel, pursuant to S.D. Ind. L.R. 81-2(d), hereby provides notice to the Court that there is currently a pending Motion to Deny Defendants' Request for Jury Trial, which, at the time of filing the Defendants' Notice of Removal, was pending before the Hamilton County Superior Court.

Respectfully submitted,

DELK McNALLY, LLP

*/s/ Jason R. Delk*
Jason R. Delk, Attorney No. 24853-18
*Attorneys for Defendant Edward Kessler*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following via the Court's electronic case filing system, electronic mail and U.S. Mail this 31st day of January, 2020:

Michael G. Gibson
1320 City Center Drive, Suite 100
Carmel, IN 46032

Richard A. Rocap
rar@rocap-law.com

                                                */s/ Jason R. Delk*
                                                Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
Facsimile: 888/453-0545