IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.          )
                                     )
                   Plaintiff     )
                                     )   CASE NO. 1:20-cv-00354-TWP-DLP
v.                               )
                                     )
PREMIER GROUP AUTOS, LLC,  )
JAMES BLACKBURN, and        )
EDWARD A. KESSLER.         )
                Defendants   )

---

**NOTICE OF WITHDRAWAL OF REQUEST FOR JURY TRIAL**

---

      Premier Group Autos, LLC ("Premier") and James Michael C. Blackburn ("Blackburn"), by counsel, hereby withdraw their request that the issues in this matter be tried by a jury.  In support of the withdrawal, Premier and Blackburn state as follows:

1. Prior to the removal of this matter to this Court, Premier and Blackburn had, in the state court proceeding, made a request for trial of the issues by a jury.

2. Plaintiff filed a motion to strike that request as improper under the governing contracts.

3. Upon further review, Premier and Blackburn have determined that Plaintiff's motion is well-taken.

4. Counsel for Plaintiff has been consulted in regard to the filing of this notice and has indicated that Plaintiff consents to the withdrawal of the request for jury trial made by Premier and Blackburn.

5. Counsel for Edward Kessler has been consulted in regard to the filing of this notice and has indicated that Edward Kessler consents to the withdrawal of the request for jury trial made by

*Jury Request Withdrawal (Premier/Blackburn)*

Premier and Blackburn, but reserves any and all rights Edward Kessler may have to request a

jury trial.

Wherefore, Premier and Blackburn hereby withdraw their request for trial by jury.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James*
*Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2020, a true and correct copy

of the above and foregoing *Notice of Withdrawal of Request for Jury Trial* was filed electronically

through the Court's CM/ECF system.  Service of this filing will be made on all ECF-Registered

counsel by operation of the Court's electronic filing system.  Parties may access the filing through

the Court's system.

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James*
*Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

2

*Jury Request Withdrawal (Premier/Blackburn)*