UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M BLACKBURN, | ) |
| EDWARD A KESSLER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Unopposed Motion to Reschedule Initial Pretrial Conference, Dkt. [9]. The Court, having considered the same and being duly advised, hereby **GRANTS** said motion. The telephonic initial pretrial conference is **CONTINUED** to **April 17, 2020** at **1:00 p.m. (Eastern).** Counsel must file a Proposed Case Management Plan no fewer than seven (7) days before the Initial Pretrial Conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 2/19/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email