IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

## DEFENDANT EDWARD KESSLER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Edward A. Kessler, pursuant to Federal Rule of Civil Procured 12(B)(6), respectfully moves the Court to dismiss Count IV—Conversion of Plaintiff's Complaint as Plaintiff's claim for conversion fails as a matter of law. As stated in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, Plaintiff's claim for conversion (Count IV) fails because the current dispute is one for breach of contract and the alleged failure to pay a debt. And, under Indiana law, it is well-established that "[t]he failure to pay a debt does not constitute criminal conversion as a matter of law." *Old Nat. Bank v. Kelly,* 31 N.E.3d 522, 532 (Ind., Ct. App. 2015) *citing*, *Tobin v. Ruman*, 819 N.E.2d 78, 89 (Ind. Ct. App. 2004). As such, Plaintiff's claim for Conversion—Count IV of the Complaint, should be dismissed.

WHEREFORE, Defendant Kessler respectfully requests that the Court grant Defendant's Motion to Dismiss, that Count IV of the Plaintiff's Complaint be dismissed, with prejudice, and for all other just and proper relief.

        Respectfully submitted,

        DELK McNALLY LLP


        */s/ Jason R. Delk*
        Jason R. Delk, Atty. No. 24853-18
        *Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 6th day of March, 2020:

        */s/ Jason R. Delk*
        Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
Facsimile: 888/453-0545