IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

## ORDER GRANTING DEFENDANT EDWARD KESSLER'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Edward A. Kessler, pursuant to Federal Rule of Civil Procured 12(B)(6), having filed his Motion to Dismiss Count IV of Plaintiff's Complaint, and the Court, having reviewed the Memoranda of law submitted on the issue, and being in all things duly advised, hereby finds that said Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Count IV of Plaintiff's Complaint for Conversion is dismissed, with prejudice.

SO ORDERED:_____

_____
JUDGE, United States District Court

Distribution:

All Counsel of Record

1