UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDING TO COMPEL ARBITRATION**

On this day, the Court considered Plaintiff's Motion to Stay Proceeding to Compel Arbitration. After reviewing the Motion, the Court hereby finds that the Motion should be **GRANTED**.

Accordingly, the Court hereby **GRANTS** the Motion and **ORDERS** that this case is stayed pending the outcome of the arbitration. The Court further **ORDERS** the parties to initiate an arbitration within 30 days of the date of this Order.

SO ORDERED this ___ day of _____, 2020.

_____
Judge, United States District Court
Southern District at Indianapolis

DISTRIBUTION:

All ECF-registered counsel of record via email