UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| | ) |
| Defendants. | ) |

## NEXTGEAR CAPITAL'S MOTION TO FILE BELATED RESPONSE IN OPPOSITION TO DEFENDANT EDWARD KESSLER'S MOTION TO DISMISS

NextGear Capital, Inc. ("NextGear"), by counsel, respectfully moves to file a belated response *Defendant Edward Kessler's Motion to Dismiss Plaintiff's Complaint* ("Motion"), and in support states as follows:

1. On December 18, 2019, NextGear filed its Complaint in Hamilton County Superior Court at cause number 29D03-1912-PL-011904 ("Complaint").

2. On January 22, 2020, Defendant Edward Kessler ("Kessler") was granted until March 2, 2020 in which to answer the Complaint.

3. On January 31, 2020, Kessler filed his Notice of Removal to Federal Court.

4. On March 6, 2020, Kessler filed a Motion to Dismiss Count IV of the Complaint.

5. The Local Rules of this Court allow a respondent twenty-one (21) days to respond, and as such, NextGear's response to the Motion was due on March 27, 2020.

6. Counsel for NextGear did not file the response on March 27, 2020 by mistake. Like everyone, counsel for NextGear's normal systems and business operations have been disrupted by the circumstances surrounding COVID-19.

7. NextGear respectfully request that the Court permit it to belatedly file its response to Defendant Kessler's Motion in the form attached hereto as **Exhibit A** ("Response").

8. Accepting the Response one business day after the deadline will not prejudice the Defendants.

9. NextGear makes its request in good faith, and not to delay the proceedings.

WHEREFORE, NextGear Capital, Inc., by counsel, respectfully requests that the Court accept its Response in the form attached hereto as Exhibit A and deem it filed as of today's date, and for all other relief just and proper.

Respectfully submitted,

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz
Attorney No. 18018-53
Sarah T. Parks
Attorney No. 34798-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com

Attorney for Plaintiff, NextGear Capital, Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 30, 2020, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                    /s/ *David J. Jurkiewicz*
                                    David J. Jurkiewicz

3833656_1