UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING NEXTGEAR CAPITAL'S MOTION TO FILE BELATED RESPONSE IN OPPOSITION TO DEFENDANT EDWARD KESSLER'S MOTION TO DISMISS**

The Court having received *NextGear Capital's* ("NextGear") *Motion to File Belated Response in Opposition to Defendant Edward Kessler's Motion to Dismiss* and being duly advised, finds that the same should be, and hereby is, GRANTED.

NextGear's Response, as was attached to its motion as Exhibit A, is deemed timely filed as of March 30, 2020.

Dated: _____          _____
                                                                          Judge

Distribution by CM/ECF to ECF-Registered counsel.