UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING NEXTGEAR CAPITAL'S MOTION TO FILE BELATED RESPONSE IN OPPOSITION TO DEFENDANT EDWARD KESSLER'S MOTION TO DISMISS**

The Court having received *NextGear Capital's* ("NextGear") *Motion to File Belated Response in Opposition to Defendant Edward Kessler's Motion to Dismiss* and being duly advised, finds there is no prejudice and excusable neglect for the late filing. The motion is hereby GRANTED.

The Clerk is directed to re-docket the Response on the date of this Order.

Date: 3/31/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution by CM/ECF to ECF-Registered counsel.