UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, | ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counter Defendant. | ) |

**ORDER RESCHEDULING INITIAL PRETRIAL CONFERENCE**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

In light of the pending Motion to Stay Proceeding to Compel Arbitration, Dkt. [18], the April 17, 2020 Initial Pretrial Conference is **CONTINUED** to **July 7, 2020** at **10:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 4/17/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Christina M. Bruno
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
cbruno@boselaw.com

Jason R. Delk
DELK MCNALLY LLP
delk@delkmcnally.com

Ryan Lee Garner
ROCAP LAW FIRM LLC
rlg@rocap-law.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
djurkiewicz@boselaw.com

Sarah Thompson Parks
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
sparks@boselaw.com

Richard A. Rocap
ROCAP LAW FIRM LLC
rar@rocap-law.com