UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) ) ) ) |
| Defendants. | ) ) ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, | ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counter Defendant. | ) |

**MINUTE ENTRY FOR JULY 15, 2020
INITIAL PRETRIAL CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

Plaintiff and Defendant appeared, by counsel, for an Initial Pretrial Conference on July 15, 2020. The parties discussed case status. The Court continued the Initial Pretrial Conference.

The telephonic Initial Pretrial Conference is continued to **August 17, 2020** at **9:30 a.m. (Eastern)**. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by

the Court's ECF system.

Date: 7/17/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email