# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
1:19-cv-04875-JPH-TAB
1:20-cv-00354-TWP-DLP

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Richard A. Rocap | Richard A. Rocap |
| **Law Firm, Company, and/or Agency:** | Rocap Law Firm LLC | Rocap Law Firm LLC |
| **Address:** | 10293 N. Meridian Street<br>Suite 175<br>Indianapolis, IN 46290-1130 | 10293 N. Meridian Street<br>Suite 175<br>Carmel, IN 46290-1130 |
| **Primary E-mail:** | rar@rocap-law.com | rar@rocap-law.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | 317-846-0700 | 317-846-0700 |
| **Facsimile:** | 317-846-0973 | 317-846-0973 |

Date: August 5, 2020         s/ Richard A. Rocap

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.