UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, | ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counter Defendant. | ) |

**ORDER SCHEDULING ORAL ARGUMENT**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for an oral argument on **August 11, 2020** at **1:30 p.m. (Eastern)** in regard to Plaintiff's Motion to Compel Arbitration, Dkt. [18]. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/7/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.