UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00354-TWP-DLP |
| | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| JAMES M BLACKBURN, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES M BLACKBURN, | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Counter Defendant. | ) | |

**MINUTE ENTRY FOR AUGUST 11, 2020**
**ORAL ARGUMENT**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on Plaintiff's Motion to Stay Proceeding to Compel Arbitration, Dkt. [18], on August 11, 2020. Arguments were held and the matter was taken under advisement.

Date: 8/14/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email