UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Counterdefendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COUNTERCLAIM**

Plaintiff, NextGear Capital, Inc. ("NextGear"), by counsel, pursuant to S.D. Ind. L.R. 6.1(a), moves this Court for an extension of time, to and including January 31, 2021, to respond to the Counterclaim filed by Premier Group Autos, LLC and James Blackburn (collectively "Premier") and states as grounds therefor:

  1. On March 5, 2020, NextGear filed its Motion to Stay and Compel Arbitration (ECF No. 18).

  2. On April 1, 2020, Premier filed the Answer and Counterclaim (ECF No. 26).

3. On August 25, 2020, the Magistrate entered her Report and Recommendation denying the Motion to Stay Proceeding and Compel Arbitration (ECF. No. 42).

4. On December 30, 2020, the Court entered its Order Adopting the Magistrate's Report and Recommendation to deny the Motion to Stay Proceeding and Compel Arbitration (ECF No. 45).

5. As set forth in the Report and Recommendation, the parties are submitting a revised Case Management Plan using December 30, 2020 as the new Anchor Date.

6. Based upon the denial of Motion to Stay and Compel Arbitration, NextGear requires additional time to review Premier's Counterclaim and prepare its responsive pleading.

7. NextGear therefore respectfully requests that the Court extend the time within which it must file its answer or other responsive pleading to and including January 31, 2021.

8. Defendants' counsels have been informed of this motion and stated no objection thereto.

9. This motion is not interposed for the purpose of delay.

WHEREFORE, Plaintiff, NextGear Capital, Inc., by counsel, respectfully requests that the Court enter an order granting it to and including January 31, 2021 to respond to Premier Group Autos, LLC and James Blackburn's Counterclaim, and for all other appropriate relief.

Respectfully submitted,

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz
Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
*Attorney for Plaintiff, NextGear Capital, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2021, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ *David J. Jurkiewicz*
David J. Jurkiewicz