UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,                     )<br>                                                                )<br>              Plaintiff,                               )<br>       vs.                                                  )<br>                                                                ) CASE NO. 1:20-cv-00354-TWP-DLP<br>PREMIER GROUP AUTOS, LLC,        )<br>JAMES BLACKBURN, and                )<br>EDWARD A. KESSLER,                     )<br>                                                                )<br>              Defendants.                         )<br>_____ )<br>                                                                )<br>PREMIER GROUP AUTOS, LLC,        )<br>                                                                )<br>              Counterclaimant,                 )<br>       vs.                                                   )<br>                                                                )<br>NEXTGEAR CAPITAL, INC.,                    )<br>                                                                )<br>              Counterdefendant.               )| |

## ORDER

NextGear Capital, Inc., by counsel, having filed its Unopposed Motion for Extension of Time to Respond to Premier Group Autos, LLC and James Blackburn's Counterclaim; and the Court, having read the Motion and being duly advised, finds that the Motion should be, and hereby is, **GRANTED.**

IT IS THEREFORE ORDERED that NextGear Capital, Inc. shall have to and including **January 31, 2021** to file a responsive pleading to Premier Group Autos, LLC and James Blackburn's Counterclaim.

Dated: _____          _____
                                                                       Judge, United States District Court
                                                                       Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.