UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M BLACKBURN, | ) |
| EDWARD A KESSLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| JAMES M BLACKBURN, | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Counter Defendant. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Counterclaim, Dkt. [46]. The Court, being duly advised, hereby **GRANTS** said Motion. Plaintiff shall have to and including **January 31, 2021** by which to respond to James M. Blackburn and Premier Group Autos, LLC's Counterclaim.

So ORDERED.

Date: 1/8/2021

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email