UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| JAMES BLACKBURN, | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| | ) |
| Counterclaimants, | ) |
| | ) |
| vs. | ) |
| | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Counterdefendant. | ) |

## MOTION TO DISMISS COUNTERCLAIM

NextGear Capital, Inc., by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Counterclaim filed by Premier Group Autos, LLC and James Blackburn, and in support thereof files a memorandum concurrently with this motion.

3997584

Respectfully submitted,

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz
Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com

*Attorney for Plaintiff, NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2021, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/  David J. Jurkiewicz
David J. Jurkiewicz