## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
|       Plaintiff, | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| vs. | ) |
| PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER, | ) |
|       Defendants. | ) |
| EDWARD A. KESSLER, | ) |
|       Counterclaimant | ) |
| vs. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
|       Counterclaim Defendant. | ) |

---
### APPEARANCE
---

Brian S. Jones of the firm of Bose McKinney & Evans LLP hereby enters his appearance in the above matter on behalf of the Plaintiff and Counterclaim Defendant, NextGear Capital, Inc.

April 12, 2021                        Respectfully submitted,

                                                    */s/ Brian S. Jones*
                                                    BRIAN S. JONES
                                                    Attorney No. 29578-49
                                                    BOSE MCKINNEY & EVANS LLP
                                                    111 Monument Circle, Suite 2700
                                                    Indianapolis, Indiana 46204
                                                    Telephone: (317) 684-5000
                                                    Facsimile: (317) 684-5173
                                                    b.jones@boselaw.com

                                                   *Attorneys for Plaintiff, NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 12, 2021, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                      /s/ *Brian S. Jones*
                                      BRIAN S. JONES