### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** | |
| *Plaintiff*, | |
| **v.** | **CASE NO. 1:20-cv-00354-TWP-DLP** |
| **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** | |
| *Defendants.* | |

### NEXTGEAR CAPITAL, INC.'S
### PRELIMINARY WITNESS AND EXHIBIT LISTS

NextGear Capital, Inc. ("NextGear"), Plaintiff, submits the following Preliminary Witness and Exhibit Lists.

### WITNESSES

At the trial of this cause, Plaintiff may call any or all of the following:

| WITNESS | SUBJECT OF KNOWLEDGE |
|---|---|
| James Blackburn | Mr. Blackburn is a defendant in this case and likely has knowledge of his dealings with NextGear and the other defendants. |
| Edward Kessler | Mr. Kessler is a defendant in this case and likely has knowledge of his dealings with NextGear and the other defendants. |
| Claudia Coelle | Ms. Coelle is a Portfolio Manager for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| William Smith | Mr. Smith is a Senior Recovery Specialist for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Ashlee Augustinovicz | Ms. Augustinovicz is a Lead Risk Manager II for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Zack Nolen | Mr. Nolen is a Portfolio Manager for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |

| Patrick Mullin | Mr. Augustinovicz is a Lead Risk Manager II for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
|---|---|
| Arturo Mayoral | Mr. Mayoral is a Senior Client Solutions Executive for NextGear and has knowledge regarding NextGear's dealings with the defendants, particularly the formation of defendants' agreements with NextGear. |
| Andrew Ramey | Mr. Ramey is the Manager of Lending Services for NextGear and likely has knowledge regarding NextGear's dealings with the defendants as well as NextGear's policies and practices. |
| Andrew James | Mr. James is a Lot Auditor for DataScan and may have knowledge regarding lot audits conducted at Premier Group Autos, LLC's car dealership of vehicles floor planned by NextGear. |
| Mike Moore | Mr. Moore is a Lot Auditor for DataScan and may have knowledge regarding lot audits conducted at Premier Group Autos, LLC's car dealership of vehicles floor planned by NextGear. |
| Liz Hamilton | Ms. Hamilton purchased a 2019 Land Rover from the defendants and may have knowledge regarding that purchase. |

Additionally, Plaintiff may also call:

1. Any person identified by any party, or in any discovery response or deposition in this cause.

2. Any person listed by any other party as a witness in this cause.

3. Any witness required to authenticate documents.

Further, Plaintiff reserves the right to call additional witnesses for use in presenting

rebuttal evidence.

## EXHIBITS

At the trial of this cause, Plaintiff may introduce the following exhibits:

1. All exhibits attached to the Complaint, including the Demand Promissory Note and Loan and Security Agreement, and all amendments thereto, UCC Financing Statement, Individual Personal Guaranties, and SOT Report.

2. All affidavits received from consumers and exhibits thereto, including all bills of sale for the SOT Vehicles (as defined in the Complaint).

3. Any Retail Installment Contract between Defendants and the purchasers of the SOT Vehicles.

4. Business records of Plaintiff showing date and amount advanced for any SOT Vehicles.

5. Plaintiff's internal notes entered contemporaneously with the actions being documented.

6. All records of communications between Plaintiff and any Defendant.

7. Lot audit notes.

8. Receivable Detail Report.

9. Receivable Detail – Write Offs Report.

10. SOT Vehicle Report.

11. Payments Received Report.

12. Collections Workbook – Write Offs Report.

13. Balance Calculation for Written Off Account

14. Floored Vehicle History Report.

15. All documents identified by Defendants.

16. All documents received through third parties.

Plaintiff reserves the right to present rebuttal evidence, and to supplement the witnesses and documents identified herein as discovery progresses in this matter.

Dated: May 7, 2021

Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

**CERTIFICATE OF SERVICE**

I certify that on May 7, 2021, a true and correct copy of the foregoing was served via email on all counsel of record.

/s/ Brian S. Jones
BRIAN S. JONES

4105355