UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, EDWARD A KESSLER, | ) ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., NEXTGEAR CAPITAL, INC., | ) ) ) |
| Counter Defendants. | ) ) |

**MINUTE ENTRY FOR MAY 6, 2021
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on May 6, 2021.

The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **September 14, 2021** at **11:15 a.m. (Eastern)** to discuss case status.  Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 5/6/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email