IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. )<br>)<br>Plaintiff ) <br>) CASE NO. 1:20-cv-00354-TWP-DLP<br>v. )<br>)<br>PREMIER GROUP AUTOS, LLC, )<br>JAMES M. BLACKBURN, and )<br>EDWARD A. KESSLER. )<br>Defendants ) | |

### DEFENDANT, EDWARD A. KESSLER'S, PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, in accordance with the Court's Case Management Plan, provides the following Preliminary Witness and Exhibit Lists as follows:

### WITNESS LIST

(1) Edward Kessler
Subject: Plaintiff's claims, Kessler's defenses, Kessler's Counterclaim.

(2) James Blackburn
Subject: Plaintiff's claims, Kessler's defenses, Kessler's Counterclaim.

(3) Arturo Mayoral
Subject: Kessler's defenses, Kessler's Counterclaim and Plaintiff's claims.

(4) Unidentified employees/agents of NextGear Capital, Inc.
Subject: Plaintiff's claims, Kessler's defenses, Kessler's Counterclaim

(5) All witnesses identified on Plaintiff and/or Co-Defendants' Witness List

(6) All witnesses identified in any of the discovery responses and/or documents produced in this litigation

(7) All individuals who are deposed in this litigation

This list does not include those witnesses who will be called upon to testify for purposes of impeachment and/or rebuttal. Kessler reserves the right to identify additional witnesses as discovery continues.

## EXHIBIT LIST

(1) All copies of the subject Loan Documents and the Power of Attorney Documents;

(2) All communications/correspondence between Blackburn and NextGear;

(3) All communications/correspondence between Blackburn and Kessler;

(4) Receipts of Edward Kessler;

(5) All documents produced in discovery;

(6) All exhibits identified on Plaintiff and Co-Defendant's Exhibit Lists

(7) All exhibits necessary for impeachment and/or rebuttal

(8) All discovery responses;

(9) All deposition transcripts and exhibits thereto

Kessler reserves the right to identify additional Exhibits as discovery continues.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic mail this 21st day of May, 2021.

                                            */s/ Jason R. Delk*
                                            Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
Facsimile: 888/453-0545