IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| Plaintiff | ) ) ) |
| v. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) ) |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER. | ) ) ) |
| Defendants | ) ) |
| PREMIER GROUP AUTOS, LLC, | ) ) |
| Counterclaimant, | ) ) |
| Vs. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counterdefendant. | ) |

## PRELIMINARY WITNESS AND EXHIBIT LISTS OF PREMIER GROUP AUTOS, LLC AND JAMES BLACKBURN

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), by counsel, submit their preliminary witness and exhibit lists, as follows:

1. **Witness List:**

    1.1. James C. Blackburn, c/o Rocap Law Firm LLC – Mr. Blackburn is an owner of Premier Group Autos, LLC and was directly involved in the transaction at issue.

    1.2. James C. Archbell-Mr. Archbell was involved in the attempt by Mr. Blackburn/Premier Group Autos, LLC to refinance the loans with plaintiff.

1

1.3. Edward Kessler-Mr. Kessler has knowledge of the transactions at issue.

1.4. Will Smith, Cox Automotive, Carmel, IN- Mr. Cox has knowledge of the transactions at issue and the Plaintiff's attempts to collect on the obligations.

1.5. Zach (last name/address unknown), Danville Account Manager for Cox Automotive, Carmel, IN- this individual has knowledge of the transactions at issue and the Plaintiff's attempts to collect on the obligations.

1.6. Liz Hamilton, AW Contractors, address unknown

1.7. Alex Sloane, Overfinch North America, Inc.-Mr. Sloane may have knowledge of the transactions at issue in this matter.

1.8. All witness listed by any other party in this matter or disclosed in discovery.

1.9. All witnesses necessary for purposes of impeachment or rebuttal.

2. **Exhibit List**:

2.1. The agreements with NextGear Capital.

2.2. Draft and proposed lending agreements between Defendants and James Archbell.

2.3. Various email exchanges and correspondence between Defendants, representatives of NextGear Capital and James Archbell.

2.4. All exhibits listed by any other party in this matter or disclosed in discovery.

2.5. All exhibits necessary for purposes of impeachment or rebuttal.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2021, a true and correct copy of the above and foregoing *Preliminary Witness and Exhibit Lists* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

    /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com