**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M BLACKBURN, | ) |
| EDWARD A KESSLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| JAMES M BLACKBURN, | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| EDWARD A KESSLER, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Counter Defendants. | ) |

**SCHEDULING ORDER**

Having approved the Case Management Plan as submitted, the Court hereby sets the final

pretrial conference on June 22, 2022 at 2:00 p.m., in Room 330, Birch Bayh Federal Building and

United States Courthouse, Indianapolis, Indiana, and the bench trial to begin on July 18, 2022 at

9:00 a.m., in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis,

Indiana.  The final pretrial conference is for attorneys only.  At the final pretrial conference,

Counsel shall be prepared to discuss the status of the action, including all matters requiring

completion prior to trial.  Counsel shall review the Court's Courtroom Procedures and Trial

Practice.

IT IS SO ORDERED.

Date:   6/17/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Christina M. Bruno
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
cbruno@boselaw.com

Jason R. Delk
DELK MCNALLY LLP
delk@delkmcnally.com

Ryan Lee Garner
ROCAP LAW FIRM LLC
rlg@rocap-law.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com

Brian Scott Jones
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
b.jones@boselaw.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
djurkiewicz@boselaw.com

Sarah Thompson Parks
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
sparks@boselaw.com

Richard A. Rocap
ROCAP LAW FIRM LLC
rar@rocap-law.com