IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,<br><br>*Defendants*. | CASE NO. 1:20-cv-00354-TWP-DLP |

## MOTION TO WITHDRAW APPEARANCE OF SARAH T. PARKS

Sarah T. Parks, co-counsel for Plaintiff, NextGear Capital, Inc. respectfully moves the Court for leave to withdraw her appearance herein on behalf of Plaintiff for the reason that she is leaving the firm of Bose McKinney & Evans LLP. The undersigned also requests that she be removed from the Court's mailing matrix and service list for this case.

David J. Jurkiewicz and Brian S. Jones will remain as counsel of record for Plaintiff.

Dated: June 23, 2021

Respectfully submitted,

/s/ Sarah T. Parks
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
SARA T. PARKS
Attorney No. 34798-53
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com
sparks@boselaw.com
**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

## CERTIFICATE OF SERVICE

I certify that on June 23, 2021, a true and correct copy of the foregoing was served via email on all counsel of record.

*/s/ Sarah T. Parks*
Sarah T. Parks