IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. *Plaintiff*, v. PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER, *Defendants*. | CASE NO. 1:20-cv-00354-TWP-DLP |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF SARAH T. PARKS ON BEHALF OF PLAINTIFF

Sarah T. Parks, having filed her Motion to Withdraw Appearance on behalf of Plaintiff, NextGear Capital, LLC; and the Court, being duly advised in the premises, grants said Motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Appearance of Sarah T. Parks on behalf of Plaintiff is hereby withdrawn.

**IT IS FURTHER ORDERED** that the Clerk shall remove Sarah T. Parks from the Court docket and service list for this case.

SO ORDERED this _____ 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT

DISTRIBUTION HAS BEEN MADE
TO ALL COUNSEL OF RECORD VIA
COURT'S E-FILING SERVICE