UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |
| JAMES M BLACKBURN, *et al.*, | ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., *et al.*, | ) ) |
| Counter Defendants. | ) ) |

## ORDER

This matter comes before the Court on the Motion to Withdraw Attorney Appearance of Sarah T. Parks, Dkt. [71]. The Court, having considered the same, hereby finds that said motion should be **GRANTED**. The appearance of Sarah T. Parks is **TERMINATED** from the docket.

So ORDERED.

Date: 6/25/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email