**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **NEXTGEAR CAPITAL, INC.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **CASE NO. 1:20-cv-00354-TWP-DLP** |
| **v.** | ) | |
| | ) | |
| **PREMIER GROUP AUTOS, LLC,** | ) | |
| **JAMES M. BLACKBURN, and** | ) | |
| **EDWARD A. KESSLER.** | ) | |
| **Defendants** | ) | |

**DEFENDANT, EDWARD A. KESSLER'S, NOTICE OF AUTOMATIC EXTENSION OF**
**TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, in accordance with

Local Rule 6-1(a), hereby provides Notice to the Court of Mr. Kessler's initial automatic

extension of time of twenty-eight (28) days to respond to Plaintiff's Interrogatories and Requests

for Production of Documents.  The current deadline for Defendant Kessler's response to the

discovery requests is currently June 28, 2021.  After the initial extension of time, Defendant

Kessler's response to the Plaintiff's discovery requests will now be due on July 26, 2021.  This

automatic initial extension of time is for twenty-eight (28) days.  Counsel for the Plaintiff was

consulted regarding any objection to this initial extension of time and counsel for the Plaintiff

agrees with the initial extension of time.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic mail this 28th day of June, 2021.

*/s/ Jason R. Delk*
Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com