UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, EDWARD A KESSLER, | ) ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., NEXTGEAR CAPITAL, INC., | ) ) ) |
| Counter Defendants. | ) ) |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for a telephone discovery conference on **July 13, 2021** at

**1:00 p.m. (Eastern)**.   Counsel shall attend the conference by calling the

designated phone number, to be provided by the Court via email generated by the

Court's ECF system.

On or before **July 12, 2021**, the parties are to e-mail the Court at MJPryor@insd.uscourts.gov, and a copy to each other, a brief outline of the dispute, their respective positions on the issues, possible solutions and any other documents they would like the Court to review in advance of the call.

Date: 7/8/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email