UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M BLACKBURN, | ) |
| EDWARD A KESSLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| JAMES M BLACKBURN, | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| EDWARD A KESSLER, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Counter Defendants. | ) |

**MINUTE ENTRY FOR JULY 13, 2021**
**DISCOVERY CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Discovery Conference on July 13, 2021. After reviewing the parties' submissions and listening to oral arguments, the Court ruled as follows:

Interrogatory No. 7: Plaintiff shall respond to this interrogatory by **July 21, 2021** at **1:00 p.m. (Eastern)**. Responses are limited to the year 2019.

Request for Production No. 3: Defendant Kessler shall serve a revised request for production by **July 14, 2021**. Plaintiff shall respond to this request by **July 21, 2021** at **1:00 p.m. (Eastern)**.

Request for Production No. 30: Defendant Kessler shall serve a revised request for production by **July 14, 2021**. Plaintiff shall respond to this request by **July 21, 2021** at **1:00 p.m. (Eastern)**.

Date: 7/13/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email