IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>PREMIER GROUP AUTOS, LLC,<br>JAMES M. BLACKBURN, and<br>EDWARD A. KESSLER,<br><br>*Defendants*. | CASE NO. 1:20-cv-00354-TWP-DLP |

**NEXTGEAR CAPITAL, INC.'S MOTION TO COMPEL DISCOVERY FROM PREMIER GROUP AUTOS, LLC AND JAMES M. BLACKBURN AND REQUEST FOR ATTORNEY'S FEES**

NextGear Capital, Inc. ("NextGear"), respectfully submits its Motion to Compel Discovery from Premier Group Autos, LLC ("Premier") and James M. Blackburn (collectively, "Defendants") and Request for Attorney's Fees, and states:

1. The Court should compel Defendants to respond completely to NextGear's discovery requests. To date, the Defendants have not responded at all, even after NextGear voluntarily extended their time to respond, and even after multiple subsequent follow-up attempts by NextGear's counsel. The Court should also order the Defendants to pay the attorney's fees NextGear incurred in obtaining the order compelling the Defendants' compliance with their discovery obligations.

2. NextGear served the attached Requests for Production and Interrogatories on Defendants on May 27, 2021. (True and correct copies of NextGear's Requests for Production and Interrogatories to Defendants are attached as Exhibits "A," "B," and "C" respectively.) Under the rules, the original response deadline would have been June 28,

2021, but NextGear voluntarily extended that to July 28, 2021 to align with the response deadline for discovery from the other defendant, Edward Kessler. NextGear's counsel, cautioned, however, that "we do need to get responses in by the end of [July]." (A true and correct copy of the email exchanges between NextGear's counsel and Defendants' counsel is attached as Exhibit "D.")

    3. In response to NextGear's voluntary extension, Defendants' counsel stated:

> Thanks, Brian. I will work on these. The goal is July 31. I appreciate your courtesy.
>
> Richard A. Rocap
> ROCAP LAW FIRM LLC
> 10293 N. Meridian Street
> Suite 175
> Carmel, Indiana 46290-1130
> Phone: (317) 846-0700 Ext. 124
> Fax: (317) 846-0973
> Cell: (317) 459-4429
> rar@rocap-law.com

(*See* Ex. D.)

    4. But NextGear never received any responses. NextGear's counsel then followed up on August 2, 2021, and again on August 10, 2021, but Defendant's counsel has not responded. In a last-ditch effort to obtain the discovery without court action, NextGear's counsel called Defendants' counsel on August 20, 2021, but did not receive a return call.

    5. To date, it has been over 80 days since NextGear first served its discovery requests on Defendants, but NextGear has not received even a single response. It's time for the Court to act.

    6. This Court can both compel the requested discovery and award NextGear its attorneys fees. "Under Rule 37(a), a party may move to compel disclosure or discovery as long as he certifies he has made a good faith effort to confer with the other party before filing such motion. Under Rule 37(a)(5), attorney's fees may be awarded if the

motion is granted or if the disclosure or requested discovery is provided after the motion is filed." *Francis v. AIT Labs.*, No. 1:07-CV-0626-RLY-JMS, 2008 WL 2561222, at *1-2 (S.D. Ind. June 26, 2008).

7.   Here, NextGear has made multiple good-faith attempts to confer with Defendants' counsel about the complete lack of discovery responses, but Defendants' counsel has not responded at all. Moreover, attorney's fees are warranted because NextGear not only gave Defendants a reasonable, voluntary extension to their original response deadlines, but also attempted to confer with Defendants' counsel on multiple occasions without any response.

## CONCLUSION

Accordingly, NextGear requests that the Court issue an order compelling immediate responses to NextGear's Requests for Production and Interrogatories to Defendants.

Dated: August 20, 2021        Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

## CERTIFICATE OF SERVICE

I certify that on August 20, 2021, a true and correct copy of the above and foregoing was served on all counsel of record through CM/ECF.

/s/ Brian S. Jones
BRIAN S. JONES

4187131