# Exhibit "D"

# Jones, Brian

| | |
|---|---|
| **From:** | Jones, Brian |
| **Sent:** | Tuesday, August 10, 2021 11:57 AM |
| **To:** | Dick Rocap; Ryan Garner |
| **Cc:** | Jurkiewicz, David |
| **Subject:** | Re: NextGear v. Premier, et al. |

Dick,

Following up again. If you sent something via regular mail, please let me know. Otherwise, this is seriously late, and I'd like to avoid having to file a Motion to Compel.

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle **|** Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P 317-684-5462 **|** F 317-223-0462
*Licensed in Indiana and Texas*

*Assistant Contact  | Linda S. Cooper | LCooper@boselaw.com  | P 317-684-5184*

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.

---

**From:** Brian Jones <b.jones@boselaw.com>
**Date:** Monday, August 2, 2021 at 5:02 PM
**To:** Dick Rocap <rar@rocap-law.com>, Ryan Garner <rlg@rocap-law.com>
**Cc:** "David J. Jurkiewicz" <DJurkiewicz@boselaw.com>
**Subject:** Re: NextGear v. Premier, et al.

Dick,

I've been out of town for the past week with very poor internet, so I apologize if something came in and I missed it. I wanted to follow up on Blackburn's responses to our discovery requests. Also, please let me know dates your client could be available for a deposition in the last couple of weeks of August and first couple of weeks in September.

Thanks,

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle **|** Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P 317-684-5462 **|** F 317-223-0462

*Licensed in Indiana and Texas*

Assistant Contact  **|**  Linda S. Cooper  **|**  LCooper@boselaw.com  **|**  P 317-684-5184

Bose McKinney & Evans LLP is a member of <u>Mackrell International</u>, *a network of independent law firms from more than sixty countries and thirty states.*

---

**From:** Dick Rocap <rar@rocap-law.com>
**Date:** Thursday, July 22, 2021 at 8:57 AM
**To:** Brian Jones <b.jones@boselaw.com>, Ryan Garner <rlg@rocap-law.com>
**Cc:** "David J. Jurkiewicz" <DJurkiewicz@boselaw.com>
**Subject:** Re: NextGear v. Premier, et al.

Thanks, Brian.  I will work on these.  The goal is July 31.  I appreciate your courtesy.

Richard A. Rocap
ROCAP LAW FIRM LLC
10293 N. Meridian Street
Suite 175
Carmel, Indiana 46290-1130
Phone: (317) 846-0700 Ext. 124
Fax: (317) 846-0973
Cell: (317) 459-4429
rar@rocap-law.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.   Internet communications do not and will not give rise to an attorney-client relationship in the absence of a specific, written agreement to establish such a relationship. Thank you.

---

**From:** Jones, Brian <b.jones@boselaw.com>
**Sent:** Wednesday, July 21, 2021 11:30 AM
**To:** Dick Rocap <rar@rocap-law.com>; Ryan Garner <rlg@rocap-law.com>
**Cc:** Jurkiewicz, David <DJurkiewicz@boselaw.com>
**Subject:** RE: NextGear v. Premier, et al.

Dick,

Following up on this.

Thanks,

Brian

2

**Brian S. Jones**
**Bose McKinney & Evans LLP**
111 Monument Circle **|** Suite 2700 **|** Indianapolis, Indiana 46204
b.jones@boselaw.com **|** P 317-684-5462 **|** F 317-223-0462

*Assistant Contact*   **|** *Linda S. Cooper* **|** *lcooper@boselaw.com*   **|** *P 317-684-5184*   **|** *F 317-223-0184*

*Bose McKinney & Evans LLP is a member of* <u>Mackrell International</u>, *a network of independent law firms from more than sixty countries and thirty states.*

**From:** Jones, Brian <b.jones@boselaw.com>
**Sent:** Wednesday, July 14, 2021 5:59 PM
**To:** rar@rocap-law.com; rlg@rocap-law.com
**Cc:** Jurkiewicz, David <DJurkiewicz@boselaw.com>; Jason Delk <delk@delkmcnally.com>
**Subject:** Re: NextGear v. Premier, et al.

Dick,

We've not received responses to the Interrogatories to Blackburn and Premier or the Requests for Production. We've extended Kessler's response time to July 28, and we're happy to extend your deadline to July 28 as well, but we do need to get responses in by the end of this month. Let me know your thoughts.

Thanks,

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle **|** Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P <u>317-684-5462</u> **|** F <u>317-223-0462</u>
*Licensed in Indiana and Texas*

*Assistant Contact*  **|** *Linda S. Cooper* **|** *LCooper@boselaw.com*  **|** *P <u>317-684-5184</u>*

*Bose McKinney & Evans LLP is a member of* <u>Mackrell International</u>, *a network of independent law firms from more than sixty countries and thirty states.*

**From:** Brian Jones <b.jones@boselaw.com>
**Date:** Thursday, May 27, 2021 at 5:13 PM
**To:** Jason Delk <delk@delkmcnally.com>, "rar@rocap-law.com" <rar@rocap-law.com>, "rlg@rocap-law.com" <rlg@rocap-law.com>
**Cc:** "David J. Jurkiewicz" <DJurkiewicz@boselaw.com>, "michael.gibson@nextgearcapital.com" <michael.gibson@nextgearcapital.com>, "Parks, Sarah T." <sparks@boselaw.com>
**Subject:** NextGear v. Premier, et al.

All,

Attached are:

- NextGear's First Set of Interrogatories to Blackburn;
- NextGear's First Set of Interrogatories to Kessler;
- NextGear's First Set of Interrogatories to Premier Group Autos; and
- NextGear's First Common Set of Requests for Production to All Defendants.

Please let me know if you have any questions.

Thanks,

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP**
111 Monument Circle **|** Suite 2700 **|** Indianapolis, Indiana 46204
b.jones@boselaw.com **|** P 317-684-5462 **|** F 317-223-0462

*Assistant Contact* **|** *Linda S. Cooper* **|** *lcooper@boselaw.com* **|** *P 317-684-5184* **|** *F 317-223-0184*

*Bose McKinney & Evans LLP is a member of <u>Mackrell International</u>, a network of independent law firms from more than sixty countries and thirty states.*

**From:** Jones, Brian <b.jones@boselaw.com>
**Sent:** Tuesday, May 25, 2021 7:05 AM
**To:** Jason Delk <delk@delkmcnally.com>; rar@rocap-law.com; rlg@rocap-law.com
**Cc:** Jurkiewicz, David <DJurkiewicz@boselaw.com>; michael.gibson@nextgearcapital.com; Parks, Sarah T. <sparks@boselaw.com>
**Subject:** Re: NextGear v. Premier, et al.

All,

Here is the link to NextGear's First Production of Documents. Our production is largely complete, but there are some email chains that contain duplicates of documents already produced here (and redacted to protect privacy) that will themselves require separate redactions, so I am still working on those. I aim to have those produced by the end of this week or early next week.

https://bosemckinney-my.sharepoint.com/:f:/g/personal/b_jones_boselaw_com/EvYSx4Z0YCVAviRaGVPyzuMBR1Vrh2flDblarOcr9lKKMA?e=jWTdBL

I will send the password for the link in an email to follow. Let me know if you have any issues opening the link.

Thanks,

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle **|** Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P 317-684-5462 **|** F 317-223-0462

*Licensed in Indiana and Texas*

*Assistant Contact  | Linda S. Cooper | LCooper@boselaw.com  | P 317-684-5184*

*Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.*

---

**From:** Brian Jones <b.jones@boselaw.com>
**Date:** Friday, May 21, 2021 at 4:14 PM
**To:** Jason Delk <delk@delkmcnally.com>, "rar@rocap-law.com" <rar@rocap-law.com>, "rlg@rocap-law.com" <rlg@rocap-law.com>
**Cc:** "David J. Jurkiewicz" <DJurkiewicz@boselaw.com>, "michael.gibson@nextgearcapital.com" <michael.gibson@nextgearcapital.com>, Sarah Parks <sparks@boselaw.com>
**Subject:** NextGear v. Premier, et al.

Counsel,

Attached are NextGear's Objections and Responses to Kessler's First Requests for Production and First Set of Interrogatories. The witness for the interrogatories is working remotely without a scanner, so he has digitally verified the interrogatories. Please let us know if you will require a wet signature on the verification, and we will arrange for the witness to physically sign.

Additionally, our responsive documents require some redactions for PII, which I am working on, but they are not yet complete. I expect that they will be finalized early next week, and I'll send a download link at that time. Apologies on the brief delay.

Please let me know if you have any questions, and have a great weekend.

Thanks,

Brian Jones

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle **|** Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P 317-684-5462 **|** F 317-223-0462
*Licensed in Indiana and Texas*

*Assistant Contact  | Linda S. Cooper | LCooper@boselaw.com  | P 317-684-5184*

*Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.*

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender.

Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the individual sender, and may not be copied or distributed without this statement.