# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN,** and **EDWARD A. KESSLER,** *Defendants*. | **CASE NO. 1:20-cv-00354-TWP-DLP** |

## ORDER GRANTING NEXTGEAR CAPITAL, INC.'S MOTION TO COMPEL DISCOVERY FROM PREMIER GROUP AUTOS, LLC AND JAMES M. BLACKBURN AND REQUEST FOR ATTORNEY'S FEES

On this day, the Court considered NextGear Capital, Inc.'s ("NextGear") Motion to Compel Discovery from Premier Group Autos, LLC and James M. Blackburn and Request for Attorney's Fees. After reviewing the Motion and the file, the Court finds that it should be in all things **GRANTED**.

Accordingly, the Court hereby **GRANTS** the Motion and **ORDERS** that Premier Group Autos, LLC and James M. Blackburn shall provide full and complete responses, including production of all responsive documents, to NextGear's Requests for Production and Interrogatories within seven days of the date of this Order. The Court further **ORDERS** that NextGear shall submit a statement of the attorney's fees it incurred in bringing this Motion within 14 days of the date of this Order. Upon receipt of the statement from NextGear, the Court will issue an order compelling payment of the attorney's fees from Premier Group Autos, LLC and James M. Blackburn.

**SO ORDERED.**

1

Dated: _____

                                                 _____
                                                 JUDGE, UNITED STATES DISTRICT COURT