IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. )<br>)<br>Plaintiff ) <br>) CASE NO. 1:20-cv-00354-TWP-DLP<br>v. )<br>)<br>PREMIER GROUP AUTOS, LLC, )<br>JAMES BLACKBURN, and )<br>EDWARD A. KESSLER. )<br>Defendants ) | |

**RESPONSE OF PREMIER GROUP AUTOS, LLC
AND JAMES BLACKBURN TO MOTION TO COMPEL**

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), by counsel, respond to Plaintiff's Motion to Compel as follows:

1. Defendants do not dispute that the discovery responses are late. Counsel apologizes to the Court and Counsel and accepts responsibility for the delay.

2. Counsel has been working with his clients to get the responses completed.

3. Responses to the interrogatories are now being finalized and should be completed shortly.

4. In working on the response to Plaintiff's Request for Production, counsel learned that there has been substantial discovery conducted in a companion case pending in Florida between Mr. Blackburn and Mr. Kessler. Counsel has requested that all of the documents and discovery responses in that litigation be provided to counsel for review to determine what materials may be responsive to Plaintiff's discovery requests in this litigation. Florida Counsel for Mr. Blackburn is preparing those documents for transmission via a Dropbox share. It is hoped that the materials will be received very shortly. On receipt, counsel will

immediately review the materials and finalize the discovery responses of Defendants for submission to all counsel.

5. At present, counsel plans to have full responses submitted no later than September 15, 2021.

6. Counsel for Plaintiff was advised, by telephone conference on August 31, 2021, of the status of the responses.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2021, a true and correct copy of the above and foregoing *Response to Motion to Compel* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175

2

Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com