IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| Defendants ) | |

**SUPPLEMENTAL RESPONSE OF PREMIER GROUP AUTOS, LLC
AND JAMES BLACKBURN TO MOTION TO COMPEL**

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), by counsel, supplement their response to Plaintiff's Motion to Compel as follows:

1. Responses of Defendants to Plaintiff's interrogatories have been finalized, signed and served on all counsel.

2. Defendants' response to Plaintiff's First Common Request for Production, directed to all defendants, has been prepared has been electronically served upon all counsel today. Responsive documents (727 pages) are being provided in response to the request and are being shared electronically by the Dropbox sharing tool.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

1

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2021, a true and correct copy of the above and foregoing *Supplemental Response to Motion to Compel* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Richard A. Rocap
　　　　　　　　　　　　　　　　　　　　　　Richard A. Rocap, #6333-49
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

2

*Supp. Response to Motion to Compel (Premier/Blackburn)*　　　　　　　　　　　　1:20-cv-00354-TWP-DLP