UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00354-TWP-DLP |
| | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| JAMES M BLACKBURN, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| JAMES M BLACKBURN, | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Counter Defendants. | ) | |

**MINUTE ENTRY FOR SEPTEMBER 14, 2021**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on September 14, 2021. The parties discussed the status of and future plans for discovery. The

parties also discussed the Settlement Conference scheduled for November 10, 2021.

The parties reported that they are ready to proceed in good faith.

Date: 9/15/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email