# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. )<br>)<br>Plaintiff )<br>) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. )<br>)<br>PREMIER GROUP AUTOS, LLC, )<br>JAMES M. BLACKBURN, and )<br>EDWARD A. KESSLER. )<br>Defendants ) | |

### DEFENDANT, EDWARD A. KESSLER'S, UNOPPOSED MOTION TO EXTEND NON-EXPERT DISCOVERY DEADLINE

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, pursuant to the Court's Case Management Plan, respectfully moves the Court for a thirty (30) day extension of the current discovery deadline in order to allow additional time to complete at least one (1) outstanding deposition of the Plaintiff and complete any follow-up discovery, if necessary, after completion of the deposition of the representative from the Plaintiff. In addition, a brief thirty (30) day extension is also needed as the Defendant, James Blackburn's, deposition is not yet completed and is set to conclude on November 3, 2021. And, depending on the nature of the testimony elicited from Defendant Blackburn, more discovery might also be needed to further prepare the case for trial. Thus, yet another reason for the need for a thirty (30) day extension to complete discovery.

On November 1, 2021, counsel for Defendant Blackburn stated he had no objection to an extension of the discovery deadline. Also, on November 1, 2021, counsel for the Plaintiff stated that Plaintiff had "no objection to leaving discovery open solely for the purpose of deposing

1

Raney."[1]  The current deadline for the completion of non-expert discovery has not yet expired and a brief extension is necessary to allow additional time to prepare the case for trial.

Finally, the requested extension of time will also not impact any of the other case management deadlines, nor the trial date.  This request for an extension is not made for the purpose of undue delay, but rather is made in the interest of justice to permit additional time to complete depositions.

WHEREFORE, Defendant, Edward Kessler, respectfully requests that the Court grant this Motion, extend the non-expert discovery deadline by thirty (30) days, to and including, December 1, 2021, and for all other just and proper relief.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

---

[1] Mr. Raney is the "representative of the Plaintiff" that Defendant Kessler is still seeking to depose.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic mail this 1st day of November, 2021.

                                              */s/ Jason R. Delk*
                                              Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com