IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES M. BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| Defendants ) | |

## ORDER GRANTING DEFENDANT, EDWARD A. KESSLER'S, UNOPPOSED MOTION TO EXTEND NON-EXPERT DISCOVERY DEADLINE

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, having filed his Unopposed Motion to Extend Non-Expert Discovery Deadline, and the Court, being in all things duly advised, hereby finds that said Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the non-expert discovery deadline is hereby extended and the new non-expert discovery deadline shall be December 1, 2021.

SO ORDERED:_____    _____
                                                                                        JUDGE, United States District Court
                                                                                        Southern District of Indiana

Distribution:

All Counsel of Record