IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| Defendants ) | |

**MOTION OF PREMIER GROUP AUTOS, LLC
AND JAMES BLACKBURN TO PARTICIPATE IN SETTLEMENT CONFERENCE
REMOTELY**

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), by counsel, respectfully move the Court for leave to attend the scheduled settlement conference remotely and in support thereof would show the Court as follows:

1. This matter is scheduled for settlement conference on November 10, 2021 before Magistrate Doris Pryor.

2. Premier Group Autos LLC will be represented at the settlement conference by its former manager, James Blackburn. Mr. Blackburn will also be participating in his individual capacity.

3. Mr. Blackburn no longer resides in the United States.

4. Mr. Blackburn now resides in London, England.

5. Mr. Blackburn has no plans to be in the United States during the week of November 8, 2021 to November 12, 2021 and returning solely for this conference would be an financial burden on Mr. Blackburn.

6. Mr. Blackburn's brother, Samuel Blackburn, has recently contracted the COVID-19 virus and is presently hospitalized in London, England and his medical condition is dire.

7. Mr. Blackburn does not wish to leave London, England in the event he is needed to attend to his brother's medical issues.

8. Mr. Blackburn can participate in the settlement conference remotely by internet video platform or by telephone at the Court's discretion.

9. The undersigned counsel for Premier Group Autos LLC and Mr. Blackburn will attend the settlement conference, in person.

10. Counsel for the remaining parties have been contacted regarding the filing of this motion and all have indicated that they object to the requested relief.

Wherefore, Premier Group Autos LLC and James Blackburn pray that this motion be granted and for all other relief necessary and proper in the premises.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2021, a true and correct copy of the above and foregoing *Motion of Premier Group Autos LLC and James Blackburn to Participate in Settlement Conference Remotely* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

        /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com