IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**ORDER ON MOTION OF PREMIER GROUP AUTOS, LLC
AND JAMES BLACKBURN TO PARTICIPATE IN SETTLEMENT CONFERENCE
REMOTELY**

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), by counsel, have moved the Court for leave to attend the scheduled settlement conference remotely.

The Court, being duly advised, now GRANTS Defendants' motion. Premier Group Autos LLC by its representative, James Blackburn, and James Blackburn will be permitted to participate in the upcoming settlement conference remotely. The Court will advise of the method for such participation.

Date:_____     _____
                              JUDGE, United State District Court

*Distribution to all counsel by the CM/ECF system*