UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) |
| Defendants. | ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, EDWARD A KESSLER, | ) |
| Counter Claimants, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., NEXTGEAR CAPITAL, INC., | ) |
| Counter Defendants. | ) |

**ORDER**

This matter comes before the Court on Defendant, Edward A. Kessler, Unopposed Motion to Extend Non-Expert Discovery Deadline, Dkt. [86]. The Court, having fully reviewed the matter, now **GRANTS** said motion.

The deadline for non-expert witness discovery is hereby **EXTENDED** to **December 1, 2021**. All other deadlines shall remain the same.

So ORDERED.
Date: 11/3/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email