# Exhibit "A"

| | |
|---|---|
| **Subject:** | Re: NextGear v. Blackburn |
| **Date:** | Tuesday, September 28, 2021 at 4:24:29 PM Eastern Daylight Time |
| **From:** | Dick Rocap <rar@rocap-law.com> |
| **To:** | Jones, Brian <b.jones@boselaw.com>, Jason Delk (delk@delkmcnally.com) <delk@delkmcnally.com> |
| **CC:** | Jurkiewicz, David <DJurkiewicz@boselaw.com>, Raul Gastesi <gastesi@glmlegal.com>, James Blackburn <james@premieraviationholdings.com>, Ryan Garner <rlg@rocap-law.com> |

Brian, I am still open on 10/20 and I assume Mr. Blackburn is also. However, as to your insistence that he appear in person for his deposition in Indianapolis, we cannot comply. While Premier and Mr. Blackburn did consent to the jurisdiction of a federal court sitting in Marion County, IN, that consent does not abrogate the operation of FRCP 30(a)(1) and FRCP 45 that state he cannot be compelled to appear more than 100 miles from his place of residence, employment or where he regularly transacts business. This is no different than a non-resident motorist who consents to the jurisdiction of an Indiana court when they avail themselves of the right to drive on Indiana highways. However, they cannot be compelled to appear in Indiana without their consent or an Indiana resident who cannot be compelled to appear outside of their home county or county of employment/business operations. You can either agree to depose Mr. Blackburn by Zoom or some other remote platform or we can all plan to go to England for his deposition. If the later, I doubt we can all do that by October 20. Please advise.

Mr. Blackburn will be the corporate representative for Premier. I have no problem with combining a Rule 30 deposition with his individual deposition on the condition that any questioning posed to him as the Rule 30 representative be clearly identified as such so that he can fairly respond. Natural human tendencies are to answer from personal knowledge which is not necessarily the scope of the examination in a Rule 30 deposition. Thus, he must be afforded the courtesy of understanding the expectations when a question is asked. I will also need to review your proposed list of topics within the next few days in order to properly prepare him and provide him time to prepare for a Rule 30 deposition.

As for your insistence on his personal attendance at the settlement conference, that is a matter for Judge Pryor. I will note your objection to remote attendance in the motion and you may certainly register any additional position statement you wish.

Richard A. Rocap
ROCAP LAW FIRM LLC
10293 N. Meridian Street
Suite 175
Carmel, Indiana 46290-1130
Phone: (317) 846-0700 Ext. 124
Fax: (317) 846-0973
Cell: (317) 459-4429
rar@rocap-law.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this

message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.   Internet communications do not and will not give rise to an attorney-client relationship in the absence of a specific, written agreement to establish such a relationship. Thank you.

---

**From:** Jones, Brian <b.jones@boselaw.com>
**Sent:** Tuesday, September 28, 2021 03:30 PM
**To:** Dick Rocap <rar@rocap-law.com>; Jason Delk (delk@delkmcnally.com) <delk@delkmcnally.com>
**Cc:** Jurkiewicz, David <DJurkiewicz@boselaw.com>; Raul Gastesi <gastesi@glmlegal.com>; James Blackburn <james@premieraviationholdings.com>
**Subject:** Re: NextGear v. Blackburn

Dick and Jason,

I need to hear back from you guys on deposition dates for your clients. Also, Jason, I don't recall that we received a settlement proposal from Mr. Kessler. My calendar shows that Monday was the deadline for a good-faith response to NextGear's demand. If you sent something, would you mind re-sending it?

Thanks,

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle **|** Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P 317-684-5462 **|** F 317-223-0462
*Licensed in Indiana and Texas*

*Assistant Contact  | Linda S. Cooper |* LCooper@boselaw.com  *| P* 317-684-5184

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.

---

> **From:** Brian Jones <b.jones@boselaw.com>
> **Date:** Wednesday, September 22, 2021 at 2:02 PM
> **To:** Dick Rocap <rar@rocap-law.com>
> **Cc:** "David J. Jurkiewicz" <DJurkiewicz@boselaw.com>, "Jason Delk (delk@delkmcnally.com)" <delk@delkmcnally.com>, Raul Gastesi <gastesi@glmlegal.com>, James Blackburn <james@premieraviationholdings.com>
> **Subject:** Re: NextGear v. Blackburn
>
> Dick,
>
> NextGear is reviewing your settlement proposal. Regarding Mr. Blackburn's deposition and his request to attend the court-ordered settlement conference remotely, NextGear insists that

Mr. Blackburn appear for both in person. Given his consent to the jurisdiction in the loan documents and in this case, his choice to spend time in the UK is not a basis to avoid appearing for proceedings in the agreed jurisdiction. Additionally, we assume that Mr. Blackburn will be the representative for Premier. If that is the case, we can agree to take his individual deposition at the same time as the 30(b)(6).

Regarding dates, October 12 and 13 are unavailable, but October 20 works. We are happy to host the deposition at our offices as well. Let me know if that works. If so, we'll get the deposition notice ready.

Jason, we still need to hear dates for Mr. Kessler's deposition.

Thanks,

Brian

**Brian S. Jones**
**Bose McKinney & Evans LLP** www.boselaw.com
111 Monument Circle | Suite 2700
Indianapolis, Indiana 46204
B.Jones@boselaw.com
P 317-684-5462 | F 317-223-0462
*Licensed in Indiana and Texas*

Assistant Contact  | Linda S. Cooper | LCooper@boselaw.com  | P 317-684-5184

*Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.*

---

**From:** Dick Rocap <rar@rocap-law.com>
**Date:** Monday, September 20, 2021 at 9:42 AM
**To:** "Brian S. Jones" <b.jones@boselaw.com>
**Cc:** "David J. Jurkiewicz" <DJurkiewicz@boselaw.com>, "Jason Delk (delk@delkmcnally.com)" <delk@delkmcnally.com>, Raul Gastesi <gastesi@glmlegal.com>, James Blackburn <james@premieraviationholdings.com>
**Subject:** NextGear v. Blackburn

Brian, attached is a settlement proposal.  I look forward to hearing NextGear's response.

I have discussed deposition dates with Mr. Blackburn.  He and I are both available on October 12, 13 or 20.  Please advise quickly as my calendar in October seems to be filling up.  I am assuming that the deposition will be by Zoom or some other platform.  Please confirm.

Also, Mr. Blackburn has asked that I seek the permission of the court for his attendance at the settlement conference on November 10, 2021 remotely.  Given that he now spends the majority of his time outside the US and is not a US resident, this seems to be the most expeditious way to handle his attendance.  I will need to make a motion with court.  I would ask that you and Jason advise as to your clients' respective positions on the relief requested by this anticipated motion.  I would like to have the motion on file

by the end of the week.  Thank you for your attention.

Richard A. Rocap
ROCAP LAW FIRM LLC
10293 N. Meridian Street
Suite 175
Carmel, Indiana 46290-1130
Phone: (317) 846-0700 Ext. 124
Fax: (317) 846-0973
Cell: (317) 459-4429
rar@rocap-law.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.   Internet communications do not and will not give rise to an attorney-client relationship in the absence of a specific, written agreement to establish such a relationship. Thank you.

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the individual sender, and may not be copied or distributed without this statement.