# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants.* | **CASE NO. 1:20-cv-00354-TWP-DLP** |

## ORDER DENYING PREMIER GROUP AUTOS, LLC'S AND JAMES M. BLACKBURN'S MOTION TO PARTICIPATE IN SETTLEMENT CONFERENCE REMOTELY

On this day, the Court considered Premier Group Autos, LLC's and James M. Blackburn's Motion to Participate in Settlement Conference Remotely. After reviewing the Motion, the response, and the file, the Court finds that it should be in all things **DENIED**.

Accordingly, the Court hereby **DENIES** the Motion.

**SO ORDERED.**

Dated: _____

_____
JUDGE, UNITED STATES DISTRICT COURT