IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**DEFENDANT, EDWARD A. KESSLER'S, OBJECTION TO JAMES BLACKBURN'S MOTION TO PARTICIPATE IN SETTLEMENT CONFERENCE REMOTELY**

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, DELK McNALLY LLP, hereby submits his Objection to Defendant, James Blackburn's, Motion to Participate in Settlement Conference Remotely and also joins in NextGear Capital, Inc.'s (hereinafter "NextGear") Response in Opposition to Premier Group Autos, LLC's and James M. Blackburn's Motion (hereinafter "Blackburn") to Participate in Settlement Conference Remotely.  Defendant Blackburn should be required to appear in person for the Settlement Conference as Defendant Blackburn is the sole reason why this litigation even exists.  If this case has any chance at resolution, it will require Defendant Blackburn to make serious efforts at settlement; and, it is always preferable for parties to litigation to be in person for the settlement conference.

The Parties have known of this Settlement Conference for many months and there is no justifiable reason as to why Blackburn cannot be in person for the settlement conference.  This is especially true given the fact that Mr. Blackburn was in the United States less two (2) weeks ago and participated in his deposition from Florida.  Of course, Mr. Blackburn told his counsel and the Parties that his deposition would have to be remote because he would be in the United Kingdom.

1

But, during Mr. Blackburn's deposition, it was discovered that Mr. Blackburn was still in Florida at the time of his deposition. As mentioned in NextGear's Opposition, the deposition of Mr. Blackburn is still not concluded due to Mr. Blackburn having family and/or medical requirements.

While traveling to Indianapolis may present difficulty for Mr. Blackburn, it is time that Mr. Blackburn appear in person and discuss this case with the Parties and the Magistrate Judge to try and get this case resolved.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 8th day of November, 2021.

*/s/ Jason R. Delk*
Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com