# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** | |
| *Plaintiff*, | |
| v. | CASE NO. 1:20-cv-00354-TWP-DLP |
| **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** | |
| *Defendants.* | |

### NEXTGEAR CAPITAL, INC.'S STATEMENT OF CLAIMS AND DEFENSES

NextGear Capital, Inc. ("NextGear"), respectfully submits its Statement of Claims and Defenses pursuant to the Case Management Plan, and states:

1. This case seeks money damages against the Defendants for their breaches of a Demand Promissory Note and Loan and Security Agreement (the "Note") and Individual Guaranty agreements. NextGear contends that Premier Group Autos, LLC ("Premier") breached the Note by failing to make all required payments of principal and/or interest under the Note, despite NextGear's demand. NextGear further contends that Mr. Blackburn and Mr. Kessler, Premier's two members, breached their respective Individual Guaranties by failing to guarantee the prompt and full payment of all of Premier's liabilities and obligations under the Note.

2. Based on the evidence, NextGear can show that the Note and Guaranties are both valid and enforceable contracts that were undisputedly signed by Blackburn and Kessler. Despite NextGear's demand for payment, the Defendants have failed to pay all due principal and interest, or have failed to guarantee all of Premier's liabilities and

1

obligations. Additionally, pursuant to the terms of the Note and Guaranties, NextGear is entitled to recover its attorney's fees and costs.

3. NextGear can also show that the Defendants unlawfully converted the proceeds of specified collateral. Pursuant to the Note, NextGear has an immediate and unqualified right to possession of any proceeds resulting from the sale of the collateral (in this case, automobiles). Yet, Premier sold no fewer than six automobiles without remitting the proceeds to NextGear. Blackburn and Kessler were aware of Premier's sales of the automobiles out of trust because each were involved in Premier's day-to-day operations and were responsible for the misappropriation of the proceeds of one or more items of collateral. As such, the Defendants knowingly and intentionally exercised unauthorized control over NextGear's property.

4. NextGear also intends to show that the Defendants waived any objection to, or are estopped from objecting to, the terms of the Note and Individual Guaranties by accepting benefits thereunder.

Dated: November 8, 2021                Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, a true and correct copy of the above and foregoing was served on all counsel of record through CM/ECF.

                                          /s/ Brian S. Jones
                                          BRIAN S. JONES

4249645