UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00354-TWP-DLP |
| | ) | |
| PREMIER GROUP AUTOS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES M BLACKBURN, *et al.*, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., *et al*, | ) | |
| | ) | |
| Counter | ) | |
| Defendants. | ) | |

## **O**RDER

This matter comes before the Court on the Motion of Premier Group Autos, LLC and James Blackburn to Participate in Settlement Conference Remotely, Dkt. [87]. Plaintiff vehemently opposes the request and questions the legitimacy of Mr. Blackburn's need to be in the United Kingdom. (Dkt. 89). Plaintiff also questions the veracity of Mr. Blackburn's representation about his location based on the fact that Mr. Blackburn recently informed Plaintiff that his October 26, 2021 deposition would have to take place remotely as he would be in the United Kington. (Id.). However, when the deposition commenced, it turned out Mr. Blackburn was in Florida, not the

United Kingdom. (Id.).

While the Court is sympathetic to the medical situation involving Mr. Blackburn's brother, all parties have been fully aware since January 20, 2021 that the settlement conference would be taking place in person. (Dkt. 51). The Plaintiff has raised legitimate concerns about Mr. Blackburn's veracity. Additionally, the Court notes that Mr. Blackburn and Premiere Group Autos, LLC have failed to comply with the Court's January 20, 2021 Order concerning submission of their response to Plaintiff's settlement demand and their confidential settlement statement. (Dkt. 51). Accordingly, the Court, being duly advised, hereby **DENIES** the present Motion. Mr. Blackburn and Premiere Group Autos, LLC are **REQUIRED** to attend the November 10, 2021 settlement conference in person. Additionally, Mr. Blackburn and Premiere Group Autos, LLC shall email their response to Plaintiff's settlement demand and their confidential settlement statement to Chambers (MJPryor@insd.uscourts.gov) no later than **November 9, 2021** at **11:00 a.m. (Eastern)**.

So ORDERED.

Date: 11/8/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email