# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES M. BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| Defendants ) | |

**DEFENDANT, EDWARD A. KESSLER'S, STATEMENT OF CLAIMS AND DEFENSES**

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, pursuant to the Court's Case Management Plan, hereby tenders his Statement of Claims and Defenses as follows:

1. Although it is not Kessler's burden to prove that Plaintiff cannot recover against Defendant Kessler, Kessler will be able to demonstrate that Plaintiff cannot recover against Kessler by virtue of the doctrine of fraud, illegality and estoppel. Kessler will also be able to demonstrate that the subject Note and Guaranty are void as they relate to Kessler because of forgery. It will be proven at trial that Kessler did not execute all contract documents, as Plaintiff's own contract requires, and, as a result, the overall transaction was obtained through fraud/forgery. Accordingly, the Note and Guaranty are unenforceable against Kessler.

2. At trial Kessler will also demonstrate that he is entitled to relief on his Counterclaims because of the underlying fraud/forgery discussed above. Because of NextGear and Blackburn's fraud and forgery on certain aspects of the contract documents, Blackburn was able to incur significant amounts of loan proceeds from NextGear, for which NextGear is now trying to collect against Kessler. Kessler has been damaged by NextGear and Blackburn's

fraud/forgery through the defense of this matter, as well as the amounts for which NextGear is seeking from Kessler through this lawsuit.

3. Kessler will also prove at trial that NextGear is liable to Kessler for the damages described above due to NextGear's employee's violation of Florida's Notary Public statute. Kessler will demonstrate that NextGear, acting by and through its employee, Arturo Mayoral, violated the Florida Notary Public statute by failing to follow the dictates of the statute regarding notarizing the subject Power of Attorney document, which is a part of the overall Note and Security Agreement. Because of Mayoral's intentional misconduct and/or negligent conduct, NextGear is liable to Kessler for damages relating to Mayoral's violation of law.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 8th day of November, 2021.

                                      */s/ Jason R. Delk*
                                      Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com