IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| Defendants ) | |

### STATEMENT OF CLAIMS AND DEFENSES OF PREMIER GROUP AUTOS, LLC AND JAMES BLACKBURN

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), by counsel, respectfully tender their Statement of Claims and Defenses as follows:

1. Defendants believe that they will be able to demonstrate at trial that certain actions of Plaintiff's agents rendered further performance under the *Demand Promissory Note and Loan Security Agreement* with NextGear, dated on or about March 27, 2019, impossible. The actions of NextGear's agents resulted in the termination of the Distribution Agreement between Premier Group Autos LLC and Overfinch NA.  This Distribution Agreement served as the subject matter upon which the agreements with NextGear were predicated.  By disclosing certain information to Overfinch NA about the financial dealings of Premier Group Autos LLC, NextGear caused Overfinch NA to terminate this predicate agreement.

2. Plaintiff's claims of criminal conversion entitled Plaintiff to recovery treble damages, costs and attorney fees are not viable under the currently known facts.  Indiana's criminal

conversion statute does not apply to a failure to pay a debt. *Tobin v. Ruman,* 819 N.E.2d 78, 89 (Ind. Ct. App. 2004), *trans. denied.*  Whether vehicles were sold "out of trust" in not relevant to the conversion claims.  Selling a vehicle "out of trust" amounts to nothing more than a failure to pay a debt and will not support a claim for recovery under Indiana's Civil Action by a Crime Victim Statute, I.C. 34-24-3-1.

                    Respectfully submitted:

                    ROCAP LAW FIRM LLC

                    /s/ Richard A. Rocap
                    Richard A. Rocap, #6333-49
                    *Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2021, a true and correct copy of the above and foregoing *Statement of Claims and Defenses* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

                    /s/ Richard A. Rocap
                    Richard A. Rocap, #6333-49
                    *Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com