AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward A. Kessler

Date:      11/9/2021

/s/ Austin P. Sparks
*Attorney's signature*

Austin P. Sparks, 36969-49
*Printed name and bar number*

DELK McNALLY LLP
610 N. Rangeline Road
Carmel, IN 46033

*Address*

sparks@delkmcnally.com
*E-mail address*

(317) 442-4444
*Telephone number*

(888) 453-0545
*FAX number*