# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants*. | CASE NO. 1:20-cv-00354-TWP-DLP |

## NEXTGEAR CAPITAL, INC.'S STATEMENT SUPPORTING ATTORNEY'S FEES REQUEST

NextGear Capital, Inc. ("NextGear"), respectfully submits its Statement Supporting its Attorney's Fees Request, and states:

1. On August 20, 2021, NextGear filed its Motion to Compel Discovery from Premier Group Autos, LLC ("Premier") and James M. Blackburn (collectively, "Defendants") and Request for Attorney's Fees (ECF No. 80).

2. Pursuant to the Court's October 26, 2021 Order (ECF No. 85), NextGear submits the attached Declaration of Brian S. Jones, counsel for NextGear, in support of its request for fees pertaining to the Motion to Compel.

3. As stated therein, the total amount of fees NextGear incurred in preparing and filing the Motion to Compel was $2,021.00. NextGear respectfully requests that the Court award NextGear that amount pursuant to FED. R. CIV. P. 37(a)(5)(A).

1

Dated: November 9, 2021                     Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

## CERTIFICATE OF SERVICE

I certify that on November 9, 2021, a true and correct copy of the above and foregoing was served on all counsel of record through CM/ECF.

/s/ Brian S. Jones
BRIAN S. JONES

4254528