# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** | |
| *Plaintiff*, | |
| v. | CASE NO. 1:20-cv-00354-TWP-DLP |
| **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** | |
| *Defendants.* | |

### DECLARATION OF BRIAN S. JONES IN SUPPORT OF NEXTGEAR CAPITAL, INC.'S REQUEST FOR ATTORNEY'S FEES

I, Brian S. Jones, hereby declare:

1. I am an attorney admitted to practice by the Supreme Court of Texas in 2003 and the Supreme Court of Indiana in 2011. I am a partner with Bose McKinney & Evans LLP ("BME") in Indianapolis, counsel for NextGear Capital, Inc. ("NextGear") in this case. I make this Declaration on the basis of personal knowledge of the matters set forth herein, and I am competent to testify to the same.

2. I am familiar with the file in this case and the pleadings and other papers filed in this case. This Declaration is submitted in support of NextGear's Request for Attorney's Fees pertaining to its August 20, 2021 Motion to Compel Discovery from Premier Group Autos, LLC ("Premier") and James M. Blackburn (ECF No. 80).

3. I am familiar with the timekeeping records kept and maintained by BME attorneys and paralegals with respect to the time expended and tasks performed by the BME attorneys and paralegals on the firm's matters. BME keeps these timekeeping

1

records in the course of a regularly-conducted business activity, and it is BME's regular practice to keep such business records. All such records are made at or near the time of the act or events described in them, by or from information transmitted by a person with knowledge.

4.  I follow BME's timekeeping procedures which entail the following steps: I keep my own daily time sheet, which is a form on which I enter my time during the day as I perform tasks for each matter I work on that day. Those time sheets are kept under my control and are transmitted from me to my assistant on a regular basis. From my time sheets, my assistant enters my time into BME's time-keeping program, which keeps track of all time entries by all timekeepers at BME. At the end of the month, a "prebill" is generated by BME's accounting department, which shows the total amount of time and dollars the attorneys and paralegals at BME have expended on each matter. The prebills are reviewed by the billing attorneys and, once they have been verified for accuracy and completeness, an invoice is generated that is then sent to the client for payment.

5.  I am familiar with the timekeeping records kept and maintained by BME with respect to the time expended and tasks performed by the BME attorneys in this case. During the time I have represented NextGear in this matter, all of my own timekeeping records were kept and maintained in accordance with the above-described process. I have personally reviewed all of the time records relating to BME's representation of NextGear with regard to the Motion to Compel.

6.  The fees for legal services BME provided to NextGear with regard to the Motion to Compel totals $2,021.00. I performed all of the relevant work regarding the Motion to Compel, and the hourly rate charged to NextGear for my work in this matter is $430. My work on the Motion to Compel is summarized in the following table:

| DATE | HOURS | NARRATIVE | FEES |
|---|---|---|---|
| 8/17/21 | 1.1 | Begin drafting Motion to Compel against Blackburn and Premier. | $473.00 |
| 8/18/21 | 0.9 | Continue drafting Motion to Compel against Blackburn and Premier. | $387.00 |
| 8/19/21 | 0.7 | Work on Motion to Compel. | $301.00 |
| 8/20/21 | 1.2 | Complete draft of Motion to Compel. | $516.00 |
| 8/20/21 | 0.3 | Emails with client regarding Motion to Compel. | $129.00 |
| 8/20/21 | 0.5 | Finalize and file Motion to Compel. | $215.00 |
| **Total** | **4.7** | **Total** | **$2,021.00** |

As support for these amounts, I have also provided a copy of BME's September 2021 Invoice to NextGear in this matter, with non-relevant matters redacted to preserve attorney-client privilege. (A true and correct copy of the September 2021 Invoice is attached as Exhibit "A.")

7. Based upon the factors set forth in Rule 1.05(a) of the Indiana Rules of Professional Conduct, particularly the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly; the amounts involved and the results obtained; the nature and length of the firm's professional relationship with NextGear; and the experience, reputation and ability of the lawyers performing such services, I believe that the amount of attorney's fees incurred by NextGear with regard to the Motion to Compel is reasonable and necessary.

**I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

Signed on November 9, 2021 in Zionsville, Indiana

_____
BRIAN S. JONES

4254197

# Exhibit "A"

**BOSE**
**McKINNEY**
**& EVANS LLP**
ATTORNEYS AT LAW

NextGear Capital, Inc.
ATTN: Gary Hoke
11799 North College Ave
Carmel, IN 46032

September 9, 2021
Invoice No. 804272
Client Matter No. ████

**Matter: adv. Premier Group Autos, LLC**

| Date | Professional | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 08/02/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/02/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/09/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/10/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/12/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/13/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/13/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/16/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/17/21 | B. Jones | ██ | ██ | ██ | ████████ |
| 08/17/21 | B. Jones | 1.10 | L350 | A103 | Begin drafting Motion to Compel against Blackburn and Premier. |
| 08/18/21 | B. Jones | ██ | ██ | ██ | ████████ |

Invoice No. 804272

Client ID: ▮   Matter ID: ▮   Page: 2

| Date | Professional | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 08/18/21 | B. Jones | 0.90 | L250 | A103 | Continue drafting Motion to Compel against Blackburn and Premier. |
| 08/19/21 | B. Jones | 0.70 | L350 | A103 | Work on motion to compel. |
| 08/20/21 | B. Jones | 1.20 | L350 | A103 | Complete draft of motion to compel. |
| 08/20/21 | B. Jones | 0.30 | L350 | A103 | Emails with client regarding motion to compel. |
| 08/20/21 | B. Jones | 0.50 | L350 | A103 | Finalize and file motion to compel. |
| 08/20/21 | B. Jones | ▮ | ▮ | ▮ | ▮ |
| 08/31/21 | B. Jones | ▮ | ▮ | ▮ | ▮ |
| 08/31/21 | B. Jones | ▮ | ▮ | ▮ | ▮ |

**Sub-Total Fees:** 5,590.00

## TASK CODE SUMMARY

| CODE | DESCRIPTION | HOURS | FEES |
|---|---|---|---|


## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Brian S. Jones | ▮ | 430.00 | ▮ |



## DISBURSEMENTS



**Sub-Total Disbursements:** ▮

**TOTAL CURRENT BILLING:** $ ▮



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

NextGear Capital, Inc.  
ATTN:  Gary Hoke  
11799 North College Ave  
Carmel, IN  46032

September 9, 2021  
Invoice No. 804272  
Client Matter No. ▮

## REMITTANCE COPY

**Matter:  adv. Premier Group Autos, LLC**

Current Billing:  $ ▮  
Total Amount Due:  $ ▮

| **PAYMENT OPTIONS:** |
|:---:|
| **REMIT CHECK TO:**<br>Bose McKinney & Evans LLP<br>111 Monument Circle, Ste. 2700<br>Indianapolis, IN 46204<br><br>**WIRE AND ACH INSTRUCTIONS:**<br>Bank: ▮<br>ABA No.: ▮<br>Beneficiary: Bose McKinney & Evans LLP<br>Account No.: ▮<br>Swift Code: ▮<br><br>**Please reference Invoice number and Client Matter number on your payment**<br>**Invoice questions: Contact Betsy Moore at (317) 684-5140 or bmoore@boselaw.com** |