UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00354-TWP-DLP |
| | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| JAMES M BLACKBURN, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| JAMES M BLACKBURN, | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Counter Defendants. | ) | |

**MINUTE ENTRY FOR NOVEMBER 10, 2021**
**SETTLEMENT CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference on November 10, 2021. A settlement was not achieved.

Date: 11/12/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email