UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER, | ) ) ) ) |
| Defendants. | ) ) ) |
| EDWARD A. KESSLER, | ) ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counterdefendant. | ) ) ) |

**JOINT MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Plaintiff, NextGear Capital, Inc. ("Plaintiff"), by counsel, and Defendants, Premier Group Autos, LLC, James Blackburn and Edward A. Kessler (collectively "Defendants"), by counsel, respectfully request that the Court enter an Order extending the non-expert discovery deadline and all dispositive motion deadlines for an additional period of thirty (30) days and state as follows:

1. Pursuant to this Court's January 20, 2021 Case Management Plan [Doc. 52], November 30, 2021 is the dispositive motions deadlines in this matter. In addition, the current non-expert discovery deadline is December 1, 2021.

4264632.2

2. Due to unforeseen circumstances, the parties have not completed depositions and require additional time to complete depositions. Accordingly, an extension of the non-expert discovery deadline and the dispositive motion deadline is necessary in order to allow the completion of all non-expert discovery and preparation of dispositive motions.

3. Plaintiff and Defendants request that all dispositive motions deadlines identified in the Case Management Plan be extended an additional thirty (30) days, to December 31, 2021. Plaintiff and Defendants also request that the non-expert discovery deadline be extended by an additional thirty (30) days, to and including December 31, 2021.

4. This request is not for purposes of delay.

WHEREFORE, Plaintiff, NextGear Capital, Inc., by counsel, and Defendants, Premier Group Autos, LLC, James Blackburn and Edward A. Kessler, by counsel, respectfully request that this Court enter an Order extending the non-expert discovery deadline and the dispositive motion deadlines by an additional thirty (30) days, to December 31, 2021, and for all other appropriate relief.

Respectfully submitted,

/s/ David J. Jurkiewicz
David J. Jurkiewicz
Attorney No. 18018-53
Brian S. Jones
Attorney No. 29578-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

*Attorneys for NextGear Capital, Inc.*

        /s/ Richard A. Rocap
        Richard A. Rocap
        Attorney No. 6333-49
        ROCAP LAW FIRM LLC
        10293 North Meridian Street, Suite 175
        Indianapolis, Indiana 46290-1130
        Telephone: (317) 846-0700
        rar@rocap-law.com
        *Attorneys for Premier Group Autos, LLC and James Blackburn*

        /s/ Jason R. Delk
        Jason R. Delk
        Attorney No. 24853-18
        DELK MCNALLY, LLP
        211 S. Walnut Street
        Muncie, Indiana 47305
        Telephone: (765) 896-9495
        Facsimile: (888) 453-0545
        delk@delkmcnally.com
        *Attorneys for Edward A. Kessler*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2021, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

        /s/ David J. Jurkiewicz
        David J. Jurkiewicz