UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER, | ) |
| Defendants. | ) |
| EDWARD A. KESSLER, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Counterdefendant. | ) |

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

This matter having come before the Court on the Joint Motion to Extend Discovery and Dispositive Motion Deadlines filed by all parties; and the Court having reviewed the motion and being duly advised, now finds that the motion should be GRANTED. Accordingly it is

ORDERED that the deadline for the completion of all non-expert discovery is extended to **December 31, 2021**, and dispositive motions shall be filed by **December 31, 2021**.

Dated: _____      _____
                                                                        Judge, United States District Court
                                                                        Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

4267825