# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants.* | **CASE NO. 1:20-cv-00354-TWP-DLP** |

## ORDER GRANTING NEXTGEAR CAPITAL, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND FIRST AMENDED ANSWER TO KESSLER'S COUNTERCLAIM

On this day, the Court considered NextGear Capital, Inc.'s Motion for Leave to File its First Amended Complaint and First Amended Answer to Defendant Edward A. Kessler's Counterclaim.

After reviewing the Motion and the file, the Court finds that the Motion should be in all things **GRANTED**. Accordingly, the Court hereby **GRANTS** the Motion. The First Amended Complaint (attached to the Motion as Exhibit "A") and the First Amended Answer (attached to the Motion as Exhibit "B") shall be deemed filed as of the date of this Order.

**SO ORDERED.**

_____, 2021

_____
**JUDGE, UNITED STATES DISTRICT COURT**