UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) |
| Defendants. | ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, EDWARD A KESSLER, | ) |
| Counter Claimants, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Counter Defendant. | ) |

**MINUTE ENTRY FOR DECEMBER 9, 2021
DISCOVERY CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Discovery Conference on December 9, 2021. The parties discussed the Plaintiff's redactions to its guidelines and policies. The Court finds that the documents in question are improperly and overly redacted. Plaintiff has until 5:30 p.m. (Eastern) on December 9, 2021 by which to revise the redactions pursuant to the discussions at the conference today. If, after

reviewing the revised redactions, Defendants' counsel still has concerns, counsel may seek Court assistance by emailing chambers at mjpryor@insd.uscourts.gov.

Date: 12/10/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email