UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) |
| Defendants. | ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, EDWARD A KESSLER, | ) |
| Counter Claimants, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., NEXTGEAR CAPITAL, INC., | ) |
| Counter Defendants. | ) |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for a telephone discovery conference on **December 17, 2021** at **9:00 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

On or before **December 16, 2021 by 3:00 p.m. (Eastern)**, the parties are to e-mail the Court at MJPryor@insd.uscourts.gov, and a copy to each other, a brief outline of the dispute, their respective positions on the issues, possible solutions and any other documents they would like the Court to review in advance of the call.

Date: 12/16/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email