UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| EDWARD A. KESSLER, | ) ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counterdefendant. | ) |

**SECOND JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Plaintiff, NextGear Capital, Inc. ("Plaintiff"), by counsel, and Defendants, Premier Group Autos, LLC, James Blackburn and Edward A. Kessler (collectively "Defendants"), by counsel, respectfully request that the Court enter an Order extending the non-expert discovery deadline and all dispositive motion deadlines for an additional period of thirty (30) days and state as follows:

1. Pursuant to this Court's November 30, 2021 Order (Dkt. 99), the deadline for conclusion of non-expert discovery and the filing of dispositive motions is December 31, 2021.

2. Due to unforeseen scheduling issues, the parties have not been able to complete depositions of non-expert witnesses and, with the advent of the upcoming holidays, will require additional time to complete depositions. Accordingly, an extension of the non-expert discovery deadline and the dispositive motion deadline is necessary in order to allow the completion of all non-expert discovery and preparation of dispositive motions.

3. The requested extension should not disturb other pending deadlines.

4. Plaintiff and Defendants have agreed and request that all dispositive motions deadlines identified in the Case Management Plan as well as the non-expert discovery deadline be extended an additional thirty (30) days, to January 31, 2022.

5. This request is not for purposes of delay.

WHEREFORE, Plaintiff, NextGear Capital, Inc., by counsel, and Defendants, Premier Group Autos, LLC, James Blackburn and Edward A. Kessler, by counsel, respectfully request that this Court enter an Order extending the non-expert discovery deadline and the dispositive motion deadlines by an additional thirty (30) days, to January 31, 2022, and for all other appropriate relief.

Respectfully submitted,


/s/ David J. Jurkiewicz
David J. Jurkiewicz
Attorney No. 18018-53
Brian S. Jones
Attorney No. 29578-49
BOSE MCKINNEY & EVANS LLP
  111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
  Telephone: (317) 684-5000
  Facsimile: (317) 684-5173
  djurkiewicz@boselaw.com
b.jones@boselaw.com

  *Attorneys for NextGear Capital, Inc.*


/s/ Richard A. Rocap
Richard A. Rocap
Attorney No. 6333-49
ROCAP LAW FIRM LLC
  10293 North Meridian Street, Suite 175
  Indianapolis, Indiana 46290-1130
  Telephone: (317) 846-0700
  rar@rocap-law.com
  *Attorneys for Premier Group Autos, LLC and James Blackburn*


/s/ Jason R. Delk
Jason R. Delk
Attorney No. 24853-18
DELK MCNALLY, LLP
211 S. Walnut Street
Muncie, Indiana 47305
  Telephone: (765) 896-9495
  Facsimile: (888) 453-0545
  delk@delkmcnally.com
*Attorneys for Edward A. Kessler*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2021, a true and correct copy of the above and foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/  Richard A. Rocap