UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| EDWARD A. KESSLER, | ) ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counterdefendant. | ) |

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Plaintiff, NextGear Capital, Inc. ("Plaintiff"), by counsel, and Defendants, Premier Group Autos, LLC, James Blackburn and Edward A. Kessler (collectively "Defendants"), by counsel, jointly motioned the Court to extend the non-expert discovery deadline and all dispositive motion deadlines for an additional period of thirty (30) days.

The Court, being duly advised, now GRANTS said motion and ORDERS that the deadline for completion of non-expert discovery and to file dispositive motions are both extended to January 31, 2022.

Date:_____

_____
MAGISTRATE, United States District Court for the Southern District of Indiana

*Distribution to all ECF-registered counsel*