# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants*. | **CASE NO. 1:20-cv-00354-TWP-DLP** |

## JOINT MOTION TO CONTINUE TELEPHONIC DISCOVERY CONFERENCE

NextGear Capital, Inc. ("NextGear") and Edward A. Kessler respectfully request that the Court continue the Telephonic Discovery Conference presently set for Decemer 17, 2021 at 9:00 am, and state:

1. NextGear requested a discovery conference due to a dispute over a Rule 30(b)(6) deposition requested by Mr. Kessler.

2. Since that request, NextGear has produced documents that may obviate the need for the requested deposition.

3. Counsel for Mr. Kessler has requested time to confer with his client regarding the documents produced and the deposition.

4. To allow the parties time to work toward a resolution of the present dispute, or a narrowing of the issues, the parties request that the Court continue the presently-scheduled conference until on or after January 3, 2022.

5. The parties seek this request not for purposes of delay, but so that justice may be done.

1

Accordingly, NextGear and Mr. Kessler request that the Court continue the presently-scheduled conference until after January 3, 2022.

Dated: December 16, 2021       Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

/s/ Jason R. Delk
JASON R. DELK
Atty. No. 24853-
DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545
delk@delkmcnally.com

**ATTORNEYS FOR EDWARD A. KESSLER**

## CERTIFICATE OF SERVICE

I certify that on December 16, 2021, a true and correct copy of the above and foregoing was served on all counsel of record through CM/ECF.

/s/ Brian S. Jones
BRIAN S. JONES

4280655