# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants*. | **CASE NO. 1:20-cv-00354-TWP-DLP** |

### ORDER GRANTING JOINT MOTION TO CONTINUE TELEPHONIC DISCOVERY CONFERENCE

On this day, the Court considered the Joint Motion to Continue Telephonic Discovery Conference filed by NextGear Capital, Inc. and Edward A. Kessler.

After reviewing the Motion, the Court finds that the Motion should be in all things **GRANTED**. Accordingly, the Court hereby **GRANTS** the Motion. The Court hereby resets the Telephonic Discovery Conference for January \_\_\_\_\_, 2022 at \_\_\_\_\_.

**SO ORDERED.**

_____, 2021

_____
**JUDGE, UNITED STATES DISTRICT COURT**