UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00354-TWP-DLP |
| | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| JAMES M BLACKBURN, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES M BLACKBURN, | ) | |
| PREMIER GROUP AUTOS, LLC, | ) | |
| EDWARD A KESSLER, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Counter Defendants. | ) | |

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Continue Telephonic Discovery Conference, Dkt. [104]. The Court, having fully reviewed the matter, now **GRANTS** said motion. The December 17, 2021 telephonic discovery conference is **CONTINUED** to **January 10, 2022** at **10:00 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

On or before **January 6, 2022**, the parties are to e-mail the Court at MJPryor@insd.uscourts.gov, and a copy to each other, a brief outline of the dispute, their respective positions on the issues, possible solutions and any other documents they would like the Court to review in advance of the call.

So ORDERED.

Date: 12/20/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email