UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS, LLC, JAMES M BLACKBURN, EDWARD A KESSLER, | ) ) ) ) |
| Defendants. | ) ) |
| JAMES M BLACKBURN, PREMIER GROUP AUTOS, LLC, EDWARD A KESSLER, | ) ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Counter Defendant. | ) ) |

**MINUTE ENTRY FOR JANUARY 10, 2022**
**DISCOVERY CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Discovery Conference on January 10, 2022. After reviewing the parties' submissions and listening to arguments regarding the Plaintiff's supplemental written responses, the Court **denied** Defendant Kessler's request for sanctions. The Plaintiff's delay in supplementing their earlier responses is substantially justified. In addition, Plaintiff sufficiently explained its reasons for needing to modify its

responses to Defendant's Kessler's Request for Admissions Nos. 1, 2, and 5. In addition, the Court denied Defendant's request to conduct a Rule 30(b)(6) deposition to explore Plaintiff's justification for supplementing Plaintiff's objection and response to Defendant Kessler's Interrogatory No. 4.

Date: 1/11/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email