IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |
| | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| Vs. | ) |
| | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Counterdefendant. | ) |

**ANSWER OF PREMIER GROUP AUTOS, LLC AND JAMES BLACKBURN TO AMENDED COMPLAINT**

Premier Group Autos, LLC ("Premier") and James Michael C. Blackburn ("Blackburn"), by counsel, respond to the allegations of the Plaintiff's Amended Complaint as follows:

1. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 1 of the Amended Complaint.

2. Premier and Blackburn deny the allegations of rhetorical paragraph 2 of the Amended Complaint as to its corporate status and address. Premier and Blackburn admit that Premier has answered and appeared in this matter.

3. Premier and Blackburn deny the allegations of rhetorical paragraph 2 of the Amended Complaint as to Blackburn's residence address. Premier and Blackburn admit that Blackburn has answered and appeared in this matter.

4. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 4 of the Amended Complaint regarding Mr. Kessler's residence. Premier and Blackburn admit that Mr. Kessler has appeared and filed an answer in this matter.

5. Premier and Blackburn admits the truth of the allegations stated in rhetorical paragraph 5 of the Amended Complaint.

6. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 6 of the Amended Complaint.

7. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 7 of the Amended Complaint.

8. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 8 of the Amended Complaint.

9. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 9 of the Amended Complaint.

10. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 10 of the Amended Complaint.

11. Premier and Blackburn deny the truth of the allegations stated in rhetorical paragraph 11 of the Amended Complaint.

12. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 12 of the Amended Complaint.

13. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 13 of the Amended Complaint.

14. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 14 of the Amended Complaint.

15. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 15 of the Amended Complaint.

16. In response to rhetorical paragraph 16, Premier and Blackburn restate their responses to rhetorical paragraph 1 through 15 of the Amended Complaint.

17. Premier and Blackburn deny the truth of the allegations stated in rhetorical paragraph 17 of the Amended Complaint.

18. Premier and Blackburn deny the truth of the allegations stated in rhetorical paragraph 18 of the Amended Complaint.

19. Premier and Blackburn deny the truth of the allegations stated in rhetorical paragraph 19 of the Amended Complaint.

20. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 20 of the Amended Complaint.

21. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 21 of the Amended Complaint.

22. In response to rhetorical paragraph 22, Premier and Blackburn restate their responses to rhetorical paragraph 1 through 21 of the Amended Complaint.

23. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 23 of the Amended Complaint.

24. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 24 of

the Amended Complaint.

25. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 25 of the Amended Complaint.

26. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 26 of the Amended Complaint.

27. Premier and Blackburn admit the truth of the allegations stated in rhetorical paragraph 27 of the Amended Complaint.

28. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 28 of the Amended Complaint.

29. In response to rhetorical paragraph 29, Premier and Blackburn restate their responses to rhetorical paragraph 1 through 28 of the Amended Complaint.

30. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 30 of the Amended Complaint.

31. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 31 of the Amended Complaint.

32. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 32 of the Amended Complaint.

33. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 33 of the Amended Complaint.

34. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 34 of the Amended Complaint.

35. Premier and Blackburn lack knowledge or information sufficient to form a belief as to the truth of the allegations stated in rhetorical paragraph 35 of the Amended Complaint.

<u>AFFIRMATIVE DEFENSES</u>

Premier and Blackburn state the following affirmative defenses in further response to the allegations of the Plaintiff's Amended Complaint:

1. Plaintiff has waived any claims herein.

2. Plaintiff is estopped to bring this action by reason of its own breach of the stated agreements.

3. Premier and Blackburn are excused from performance under the stated agreements by reason of the Plaintiff's interference in certain business relationships of Premier and Blackburn rendering their performance impossible.

Wherefore, Premier and Blackburn pray that Plaintiff take nothing by way of its Amended Complaint, and for all other relief necessary and proper in the premises.

                        Respectfully submitted:

                        ROCAP LAW FIRM LLC

                        */s/ Richard A. Rocap*
                        Richard A. Rocap, #6333-49
                        *Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 28, 2022, a true and correct copy of the above and foregoing *Answer to Amended Complaint* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

                   /s/ Richard A. Rocap
                  Richard A. Rocap, #6333-49
                  *Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

6

*Answer to Amended Complaint (Premier/Blackburn)*               1:20-cv-00354-TWP-DLP