**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants.* | **CASE NO. 1:20-cv-00354-TWP-DLP** |

**NEXTGEAR CAPITAL, INC.'S
MOTION FOR SUMMARY JUDGMENT**

NextGear Capital, Inc. ("NextGear") respectfully submits its Motion for Summary Judgment pursuant to FED. R. CIV. P. 56, and states:

1. The Court should grant summary judgment in favor of NextGear because there are no genuine issues of material fact that Defendants Premier Group Autos, LLC ("Premier"), James Blackburn, and Edward Kessler are liable to NextGear for their breaches of contract.

2. The Defendants' liability to NextGear is based on the following:

    a. NextGear advanced funds to Premier and to one or more third parties on Premier's behalf in order to finance Premier's inventory.

    b. The advances were made by NextGear in conformity with the terms of the Demand Promissory Note and Loan and Security Agreement, but have not been fully repaid as agreed by Premier and Blackburn and Kessler.

    c.  As such, Premier defaulted pursuant to Paragraph 6 of the Note, which NextGear owns and holds.

    d.  As a result of the occurrence and continuance of an event of default, NextGear declared the entire debt to be due and owing

    e.  As a result of Premier's default, NextGear has incurred and continues to incur expenses under the Note, including, without limitation, attorneys' fees and costs, all of which NextGear is entitled to recover under the Note.

    f.  Despite NextGear's demand for payment, Premier has failed to make payments for the amounts due and owing under the Note.

    g.  Interest continues to accrue on the debt owed by Premier to NextGear

    h.  Pursuant to their respective Individual Guaranties, Blackburn and Kessler are each liable to NextGear for payment of the remaining debt.

    i.  All conditions precedent to the right of NextGear to recover under the Note and the Guaranties have occurred or have been waived.

    j.  The Guaranties also provide for the recovery by NextGear of all costs of collection, including reasonable attorneys' fees.

    k.  As of January 26, 2022, NextGear's damages total $429,070.39, including principal, interest, and fees.

    l.  Premier, Blackburn, and Kessler are liable for all of those damages, plus NextGear's attorney's fees and costs.

    3.  These facts, and others, are discussed more fully in NextGear's Brief in Support and are established by the documents, depositions, and declarations in NextGear's Designation of Evidence, all of which are incorporated herein by reference, and demonstrate that NextGear is entitled to judgment in its favor as a matter of law.

## CONCLUSION

Accordingly, NextGear respectfully requests that judgment be entered in its favor and against Defendants, for actual damages in the amount of $429,070.39, plus attorney fees, post-judgment interest, and for all other relief as the Court may deem just and proper at law or in equity.

Dated: January 31, 2022                     Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

## CERTIFICATE OF SERVICE

    I certify that on January 31, 2022, a true and correct copy of the above and foregoing was served on all counsel of record through CM/ECF.

/s/ Brian S. Jones
BRIAN S. JONES

4303741