IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants*. | CASE NO. 1:20-cv-00354-TWP-DLP |

**NEXTGEAR CAPITAL, INC.'S DESIGNATION OF EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

NextGear Capital, Inc. ("NextGear") respectfully designates the following evidence in support of its Motion for Summary Judgment and incorporates the same by reference:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Demand Promissory Note and Loan and Security Agreement |
| B | Blackburn Guaranty |
| C | Kessler Guaranty |
| D | Excerpts from the Deposition of Edward Kessler |
| E | Excerpts from the Deposition of James Blackburn |
| F | Nov. 5, 2018 Letter Agreement |
| G | Overfinch Agreement |
| H | Kessler Loan Agreement |
| I | Kessler Parents Loan Agreement |
| J | Analysis Email |
| K | Vehicle History Report (Stock Number 2) |
| L | Collection Management Notes |
| M | Declaration of Stephen Smith |
| N | Nov. 2019 Overfinch Letter |
| O | Florida Complaint |
| P | NextGear's Second Amended Responses to Kessler's Interrogatories |
| Q | Premier POA |
| R | Excerpts from the Deposition of Arturo Mayoral |
| S | Manheim Bill of Sale |
| T | Declaration of Brian Jones |

1

2

Dated: January 31, 2022	Respectfully submitted,

/s/ Brian S. Jones
DAVID J. JURKIEWICZ
Attorney No. 18018-53
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
djurkiewicz@boselaw.com
b.jones@boselaw.com

**ATTORNEYS FOR NEXTGEAR CAPITAL, INC.**

## CERTIFICATE OF SERVICE

I certify that on January 31, 2022, a true and correct copy of the above and foregoing was served on all counsel of record through CM/ECF.

/s/ Brian S. Jones
BRIAN S. JONES

4303926