# Exhibit "F"

Agreement Between Ed Kessler and James Blackburn
5th November 2018

Agreed the following:

- Ed and James will own 50% each of The Premier Group and its subsidiary Overfinch Miami.
- Both parties agree to support the company in their own relative capacity.
- More detailed agreement to follow after training in London in December.
- Initial commitments below.

Ed Kessler
- $50,000 in upfront capital provided
- Use of credit facilities for purchase of floorplan financing and showroom build out.
- Director of operations for the company
- Purchase of first vehicle to be financed
- Any additional financing required via loan or capital support

James Blackburn
- $50,000 in upfront capital provided
- Use of credit facilities for purchase of floorplan financing and showroom build out.
- Chief Executive officer for the company
- Purchase of the first vehicle to be financed
- Any additional financing required via loan or capital support

Any additional financing needed shall be agreed to buy both parties and shall be provided equally.
Both parties capital input is capped at $100,000.
Any extra funds needed shall be sourced in a mutually agreed way.

Ed Kessler

James Blackburn

**EXHIBIT**
**1**

PAG-B0031