# Exhibit "H"

Agreement between
Edward Anthony Kessler
&
Premier Group Autos LLC

12.03.2018

This agreement made today between the above parties is subject to the following terms:

1. Edward Kessler will provide a loan to Premier Group Autos LLC for the purchase of the first vehicle.
2. The loan amount will be $160,000 USD
3. The loan will bear interest at 5% per annum
4. The initial term of the loan will be 12 months
5. Upon sale of the vehicle the lessor has the ability to re – loan at his discretion.

Signed

Edward Kessler

*[signature]*

James Blackburn

*[signature]*

**EXHIBIT 3**