# Exhibit "I"

BUSINESS LOAN AGREEMENT

MADE: the 11th Day of March 2019

BETWEEN

PREMIER GROUP AUTOS, LLC, a Florida Limited Liability Corporation

DBA – "OVERFINCH MIAMI"

(hereinafter called "BORROWER")

AND

EDWARD P. KESSLER & KRISTINE E. KESSLER (hereinafter called "LENDER")

WHEREAS, the LENDER promises to loan the BORROWER and the BORROWER promises to repay this principal amount to the LENDER. The LOAN amount will be:

*THREE HUNDRED THOUSAND DOLLARS AND ZERO CENTS*

*$300,000.00*

@ $i^{(12)} = 8.00\%$ annual which is equivalent to $i^{(12)}/12 = 0.666\%$ per month

Lawful money of the United States of America, together with interest thereon at the rate provided in the LOAN until the indebtedness is paid in full and in the manner and at the times therein set forth.

A. TRANSER OF FUNDS
   a. The funds will be wired per the wiring instructions presented in various emails.

B. PAYMENTS
   a. The BORROWER will pay the LENDER interest payments on the 1st of every month starting on May 1st, 2019
   b. Per the agreement, the interest on the principal is due on the 1st of every month.
   c. The BORROWER has the right to either write a check or wire the interest payments to the LENDER.
   d. The LENDER will, if not already, have a wiring agreement set up with a bank in order to receive the wire transfers.

BORROWER Initials  EAK  /_____          LENDER Initials _____/_____          Page **1** of 4

**EXHIBIT 21**

C. PURPOSE OF LOAN
   a. The LOAN was lent to the BORROWER in order to purchase two (2) new Overfinch Range Rovers in order to increase the inventory of the fleet owned by the BORROWER. BORROWER will use this loan strictly for business transactions in "revolving" its inventory for the betterment of the business.
   b. The BORROWER is to use this money for only purchasing vehicles in which will be reinvested into a new vehicle once a current vehicle has been sold.

D. DEFAULT
   a. Notwithstanding anything to the contrary in this Agreement, if the BORROWER defaults in the performance of any obligation under this Agreement, then the LENDER may declare the principal amount owing and interest due under this Agreement at the time to be immediately due and payable.
   b. If the BORROWER defaults and does not meet the financial statues or number of car sales expected to repay the LENDER the principal amount, but has inventory (Overfinch Range Rover) available, the title of the vehicle/s will be transferred from the BORROWER to the LENDER in order for the LENDER to acquire an "asset" as a substitute for repayments. This will give LENDER opportunity to sell vehicle on its own to receive the principal in a different route.

E. BINDING EFFECT
   a. This Agreement will pass to the benefit of an be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The BORROWER waives presentment for payment, notice of non-payment, protest, and notice of protest.

F. LOAN TERMS REVISIT
   a. This LOAN agreement will be revisited by all parties in OCTOBER of the 2019 fiscal year.
   b. Terms will depend on the performance of the BORROWER throughout the year.
   c. Terms will be negotiated by all parties on whether all or some of the principal will be repaid by the end of the 2019 fiscal year. The option of keeping the money in the company will be on the table as well.
   d. Whatever decision is made, all parties will have to agree on the terms, but seniority will go to the LENDER.

G. EVENT OF ADDITIONAL FUNDING REQUESTS FROM DIFFERENT LENDERS
   a. In the event the BORROWER askes for more loans from different parties, the LENDER of this loan shall be made aware of any requests. The LENDER of this

BORROWER Initials _FAK_ / _____          LENDER Initials _____ / _____          Page **2** of **4**

loan will distinguish what path it would like to take as an effect to a choice made by the BORROWER.

H. SENIORITY
   a. This loan will have seniority over other loans already put in the business by the current owners of the business.
   b. The owners will have to repay this principal prior to repaying the principal of their own loans, unless the LENDER of this agreement agrees with any of those requests/transactions in writing.
   c. This loan will also have seniority over any stock holder's contributions (equity) in the company as it stands before the processing of this loan. The owners of the BORROWER will know draw contribution money out of the company, and not

WITNESS and due execution hereof the day and year first above written.

BORROWER

WITNESS:

PREMIER GROUP AUTOS, LLC
DBA: OVERFINCH MIAMI

_____

By: *[signature]*
Edward A. Kessler – Member/Manager

_____

By: _____
James Blackburn – Member/Manager

LENDER:

WITNESS:

_____

By: _____
Edward P. Kessler

_____

By: _____
Kristine E. Kessler

BORROWER Initials  EAK /_____   LENDER Initials _____/_____   Page **4** of **4**