# Exhibit "J"

# Edward Kessler

| | |
|---|---|
| **From:** | Adam Zhamukhanov <adam@adamzlegal.com> |
| **Sent:** | Tuesday, March 26, 2019 7:20 PM |
| **To:** | Edward Kessler |
| **Subject:** | RE: Agreement |

Ed,

I didn't go over all of the documents, but here is a quick summary of the points you were asking about:

1. Granting NextGear Capital, Inc. a security interest in "all of Borrower's assets and properties, wherever located…including all equipment…all vehicles…all vehicle parts…all inventory, [etc] now owned or hereafter acquired. – **Premier Group Autos LLC.**

2. **Personal Guarantee:** You are personally guaranteeing the loan and are liable if the company cannot repay/defaults.

3. **You are giving the power of attorney to NextGear Capital, Inc., which will allow them to do pretty much anything, including:**

    a. to take any and all actions necessary to execute and deliver any and all loan documents and instruments;

    b. **sell any of the collateral, e.g., all of Borrower's assets and properties;**

    c. do anything and everything necessary to satisfy the borrower's liabilities under the note and other loan documents.

**An advancement of money is being made directly to Ready Logistics, for which Premier Group Autos LLC will be liable and will have to repay.**

Call me if you have any questions.

Adam Zhamukhanov, Esq.
Adam Legal, LLC
2326 S. Congress Ave. Suite 2D,
Palm Springs, FL 33406
Tel: (386) 627-0746 | Email: Adam@adamzlegal.com

*Confidentiality Statement: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message*

*Legal advice: Clients often have informal discussions with lawyers re the lawyer's sense of whether and how laws may apply. Those informal discussions do not constitute legal advice and should not be relied upon as such. The only way for someone to be assured by a lawyer in this firm regarding the foregoing is to (1) formally retain the firm, and (2) obtain a written research memo or legal opinion. Any purely verbal discussion on such matters is simply the lawyer's best (and unconfirmed) understanding and may not be relied upon.*

**From:** Edward Kessler <ek13@peaksolutionsllc.net>
**Sent:** Tuesday, March 26, 2019 6:57 PM



Exhibit 33
Witness Kessler
Date 10/29/21  ETL

1

**To:** Adam Zhamukhanov <adam@adamzlegal.com>
**Subject:** Agreement


Ed Kessler, MBA, PMP, PMI-SP
Peak Solutions III, LLC
C: (412) 527-8695

2