# Exhibit "K"

# Vehicle History Detail Report



**Business:** 125308
**Stock Number(s):** N/A
**Stock Number Range:** 2 thru last Stock Number found
**Floorplan Status:** Approved,Completed,Written Off

### Vehicle History Detail For Stock Number 2, Overfinch Miami (125308)

| | | |
|---|---|---|
| **Floorplan Status:** Completed | **Year:** 2010 | **Vehicle Status:** In Stock |
| **Flooring Date:** 2019/04/16 | **Make:** Mercedes-Benz | **Mileage:** 64548 |
| **VIN:** WDZPE8CC1A5491137 | **Model:** Sprinter Passenger Vans | **Color:** Black |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---:|---:|---:|
| **Charge** | | | | | | |
| 2019/08/16 | Fee | | Curtailment Extension | $100.00 | | |
| 2019/06/17 | Collateral Protection | | | $172.02 | | |
| 2019/06/17 | Interest | | | $328.38 | | |
| 2019/07/18 | Fee | | Late | $90.00 | | |
| 2019/06/18 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/04/16 | Fee | | Floorplan / Curtailment | $80.00 | | |
| 2019/04/16 | Fee | | Records Services Charge | $18.00 | | |
| 2019/04/16 | Principal | | | $17,900.00 | | |
| 2019/08/22 | Interest | | | $24.92 | | |
| 2019/08/22 | Collateral Protection | | | $18.79 | | |
| 2019/07/18 | Collateral Protection | | | $88.96 | | |
| 2019/07/18 | Interest | | | $141.94 | | |
| 2019/07/18 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/08/17 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/08/16 | Interest | | | $133.23 | | |
| 2019/08/16 | Collateral Protection | | | $93.98 | | |
| **Total Charge** | | | | **$19,325.22** | | |
| **Total Number of Charge** | | 16 | | | | |
| **Payment** | | | | | | |
| 2019/06/17 | Payment | | Interest | | $328.38 | |
| 2019/06/17 | Payment | | Principal | | $1,790.00 | |
| 2019/06/17 | Payment | | Collateral Protection | | $172.02 | |
| 2019/06/17 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/06/17 | Payment | Fee | Floorplan / Curtailment | | $80.00 | |
| 2019/08/22 | Payment | | Collateral Protection | | $18.79 | |
| 2019/08/22 | Payment | | Interest | | $24.92 | |
| 2019/08/22 | Payment | Fee | Floorplan / Curtailment | | $45.00 | |
| 2019/08/22 | Payment | | Principal | | $14,539.28 | |

Page 1 of 16
Report Id : SSRS-2288

NG000218

**EXHIBIT 44**

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 2, Overfinch Miami (125308)**

| | | | |
|---|---|---|---|
| **Floorplan Status:** Completed | **Year:** 2010 | **Vehicle Status:** In Stock |
| **Flooring Date:** 2019/04/16 | **Make:** Mercedes-Benz | **Mileage:** 64548 |
| **VIN:** WDZPE8CC1A5491137 | **Model:** Sprinter Passenger Vans | **Color:** Black |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| 2019/07/18 | Payment | Interest | | | $141.94 | |
| 2019/07/18 | Payment | Fee | Floorplan / Curtailment | | $45.00 | |
| 2019/07/18 | Payment | Fee | Late | | $90.00 | |
| 2019/07/18 | Payment | Collateral Protection | | | $88.96 | |
| 2019/07/18 | Payment | Principal | | | $805.50 | |
| 2019/08/16 | Payment | Interest | | | $133.23 | |
| 2019/08/16 | Payment | Collateral Protection | | | $93.98 | |
| 2019/08/16 | Payment | Fee | Floorplan / Curtailment | | $45.00 | |
| 2019/08/16 | Payment | Fee | Curtailment Extension | | $100.00 | |
| 2019/08/16 | Payment | Principal | | | $765.22 | |
| **Total Payment** | | | | | **$19,325.22** | |
| **Total Number of Payment** | | 19 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Totals for Stock Number** | 2 | | $19,325.22 | $19,325.22 | $0.00 |
| **Outstanding Balance** | $0.00 | | | | |

NG000219

# Vehicle History Detail Report



### Vehicle History Detail For Stock Number 3, Overfinch Miami (125308)

**Floorplan Status:** Completed        **Year:** 2014        **Vehicle Status:** Collateral Unverified
**Flooring Date:** 2019/04/18        **Make:** LAND ROVER        **Mileage:** 21150
**VIN:** SALGS3TFXEA163212        **Model:** RANGE ROVER V8 FFV        **Color:** Red

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/04/25 | Collateral Protection | | | $43.40 | | |
| 2019/04/25 | Interest | | | $82.34 | | |
| 2019/04/18 | Fee | | Floorplan / Curtailment | $200.00 | | |
| 2019/04/18 | Principal | | | $40,000.00 | | |
| 2019/04/18 | Fee | | Records Services Charge | $18.00 | | |
| 2019/04/18 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| **Total Charge** | | | | $40,418.74 | | |
| **Total Number of Charge** | | 6 | | | | |
| **Payment** | | | | | | |
| 2019/04/25 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/04/25 | Payment | Principal | | | $40,000.00 | |
| 2019/04/25 | Payment | Fee | Floorplan / Curtailment | | $200.00 | |
| 2019/04/25 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |
| 2019/04/25 | Payment | Interest | | | $82.34 | |
| 2019/04/25 | Payment | Collateral Protection | | | $43.40 | |
| **Total Payment** | | | | | $40,418.74 | |
| **Total Number of Payment** | | 6 | | | | |
| **Totals for Stock Number** | | 3 | | $40,418.74 | $40,418.74 | $0.00 |
| **Outstanding Balance** | | $0.00 | | | | |

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 4, Overfinch Miami (125308)**

**Floorplan Status:** Completed  **Year:** 2019  **Vehicle Status:** Collateral Verified
**Flooring Date:** 2019/05/01  **Make:** LAND ROVER  **Mileage:** 1000
**VIN:** SALGS2RE6KA546018  **Model:** RANGE ROVER V8  **Color:** White

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/05/01 | Principal | | | $40,000.00 | | |
| 2019/05/01 | Fee | | Records Services Charge | $18.00 | | |
| 2019/05/01 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/07/01 | Interest | | | $723.20 | | |
| 2019/07/01 | Collateral Protection | | | $378.20 | | |
| 2019/07/02 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/05/01 | Fee | | Floorplan / Curtailment | $200.00 | | |
| 2019/07/16 | Interest | | | $158.00 | | |
| 2019/07/16 | Collateral Protection | | | $105.00 | | |
| **Total Charge** | | | | $41,702.40 | | |
| **Total Number of Charge** | | 9 | | | | |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Payment** | | | | | | |
| 2019/07/01 | Payment | Principal | | | $4,000.00 | |
| 2019/07/01 | Payment | Collateral Protection | | | $378.20 | |
| 2019/07/01 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/07/01 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |
| 2019/07/01 | Payment | Fee | Floorplan / Curtailment | | $200.00 | |
| 2019/07/01 | Payment | Interest | | | $723.20 | |
| 2019/07/16 | Payment | Principal | | | $36,000.00 | |
| 2019/07/16 | Payment | Fee | Floorplan / Curtailment | | $45.00 | |
| 2019/07/16 | Payment | Collateral Protection | | | $105.00 | |
| 2019/07/16 | Payment | Interest | | | $158.00 | |
| **Total Payment** | | | | | $41,702.40 | |
| **Total Number of Payment** | | 10 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals for Stock Number** | | 4 | | $41,702.40 | $41,702.40 | $0.00 |
| **Outstanding Balance** | | $0.00 | | | | |

# Vehicle History Detail Report



### Vehicle History Detail For Stock Number 5, Overfinch Miami (125308)

**Floorplan Status:** Completed  
**Flooring Date:** 2019/05/03  
**VIN:** WDDUG8CB2FA140598  

**Year:** 2015  
**Make:** Mercedes-Benz  
**Model:** S Class  

**Vehicle Status:** Collateral Verified  
**Mileage:** 90261  
**Color:** Black  

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---:|---:|---:|
| **Charge** | | | | | | |
| 2019/05/03 | Fee | | Records Services Charge | $18.00 | | |
| 2019/05/03 | Principal | | | $36,030.00 | | |
| 2019/05/03 | Fee | | Floorplan / Curtailment | $80.00 | | |
| 2019/06/05 | Collateral Protection | | | $184.29 | | |
| 2019/06/05 | Interest | | | $349.36 | | |
| **Total Charge** | | | | $36,661.65 | | |
| **Total Number of Charge** | | 5 | | | | |
| **Payment** | | | | | | |
| 2019/06/05 | Payment | Principal | | | $36,030.00 | |
| 2019/06/05 | Payment | Fee | Floorplan / Curtailment | | $80.00 | |
| 2019/06/05 | Payment | Collateral Protection | | | $184.29 | |
| 2019/06/05 | Payment | Interest | | | $349.36 | |
| 2019/06/05 | Payment | Fee | Records Services Charge | | $18.00 | |
| **Total Payment** | | | | | $36,661.65 | |
| **Total Number of Payment** | | 5 | | | | |
| **Totals for Stock Number** | | 5 | | $36,661.65 | $36,661.65 | $0.00 |
| **Outstanding Balance** | | $0.00 | | | | |

NG000222

# Vehicle History Detail Report



### Vehicle History Detail For Stock Number 7, Overfinch Miami (125308)

**Floorplan Status:** Written Off  **Year:** 2019  **Vehicle Status:** Sold Out Of Trust
**Flooring Date:** 2019/05/09  **Make:** Land Rover  **Mileage:** 50
**VIN:** SALGS5RE4KA551428  **Model:** Range Rover  **Color:** Black

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/10/08 | Fee | | Late | $90.00 | | |
| 2019/08/08 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/07/09 | Collateral Protection | | | $377.59 | | |
| 2019/07/09 | Interest | | | $709.10 | | |
| 2019/05/09 | Fee | | Records Services Charge | $18.00 | | |
| 2019/05/09 | Principal | | | $39,999.00 | | |
| 2019/05/09 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/07/09 | Fee | | Late | $90.00 | | |
| 2019/05/09 | Fee | | Floorplan / Curtailment | $80.00 | | |
| 2019/07/09 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/09/06 | Fee | | Curtailment Extension | $100.00 | | |
| 2019/08/05 | Interest | | | $294.48 | | |
| 2019/08/05 | Collateral Protection | | | $196.00 | | |
| 2019/09/06 | Collateral Protection | | | $223.99 | | |
| 2019/09/06 | Interest | | | $313.34 | | |
| 2019/09/07 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2020/03/30 | Interest | | | $1,045.74 | | |
| 2020/03/30 | Collateral Protection | | | $636.98 | | |
| 2020/03/30 | Interest | | | $837.94 | | |
| **Total Charge** | | | | **$45,222.16** | | |
| **Total Number of Charge** | | 19 | | | | |
| **Payment** | | | | | | |
| 2019/11/14 | Record Void | Payment | | | ($32,489.19) | |
| 2019/07/09 | Payment | Interest | | | $709.10 | |
| 2019/07/09 | Payment | Principal | | | $3,999.90 | |
| 2019/07/09 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/07/09 | Payment | Collateral Protection | | | $377.59 | |
| 2019/07/09 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |

NG000223

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 7, Overfinch Miami (125308)**

| | | | | | |
|---|---|---|---|---|---|
| **Floorplan Status:** Written Off | | **Year:** 2019 | | **Vehicle Status:** Sold Out Of Trust | |
| **Flooring Date:** 2019/05/09 | | **Make:** Land Rover | | **Mileage:** 50 | |
| **VIN:** SALGS5RE4KA551428 | | **Model:** Range Rover | | **Color:** Black | |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| 2019/07/09 | Payment | Fee | Floorplan / Curtailment | | $80.00 | |
| 2019/07/09 | Payment | Fee | Late | | $90.00 | |
| 2019/11/12 | Payment | Principal | | | $32,489.19 | |
| 2019/08/05 | Payment | Collateral Protection | | | $196.00 | |
| 2019/08/05 | Payment | Fee | Floorplan / Curtailment | | $45.00 | |
| 2019/08/05 | Payment | Principal | | | $1,799.95 | |
| 2019/08/05 | Payment | Interest | | | $294.48 | |
| 2019/09/06 | Payment | Interest | | | $313.34 | |
| 2019/09/06 | Payment | Principal | | | $1,709.96 | |
| 2019/09/06 | Payment | Collateral Protection | | | $223.99 | |
| 2019/09/06 | Payment | Fee | Curtailment Extension | | $100.00 | |
| 2019/09/06 | Payment | Fee | Floorplan / Curtailment | | $45.00 | |
| **Total Payment** | | | | | $10,077.31 | |
| **Total Number of Payment** | | 18 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Totals for Stock Number** | | 7 | | $45,222.16 | $10,077.31 | $0.00 |
| **Outstanding Balance** | | $35,144.85 | | | | |

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 8, Overfinch Miami (125308)**

| | | | |
|---|---|---|---|
| **Floorplan Status:** Written Off | **Year:** 2018 | **Vehicle Status:** Sold and Unpaid |
| **Flooring Date:** 2019/06/05 | **Make:** Land Rover | **Mileage:** 18374 |
| **VIN:** SALVP2RX6JH295033 | **Model:** Range Rover Evoque | **Color:** White |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---:|---:|---:|
| **Charge** | | | | | | |
| 2019/09/17 | Fee | | Collateral Audit: Reconciliation Fees | $85.00 | | |
| 2019/10/05 | Fee | | Late | $90.00 | | |
| 2019/06/05 | Fee | | Records Services Charge | $18.00 | | |
| 2019/06/05 | Principal | | | $33,100.00 | | |
| 2019/06/05 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/08/05 | Collateral Protection | | | $336.13 | | |
| 2019/08/05 | Interest | | | $596.26 | | |
| 2019/08/06 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2020/03/30 | Interest | | | $997.40 | | |
| 2019/06/05 | Fee | | Floorplan / Curtailment | $80.00 | | |
| 2020/03/30 | Collateral Protection | | | $695.10 | | |
| 2020/03/30 | Interest | | | $1,026.49 | | |
| 2019/09/05 | Fee | | Floorplan / Curtailment | $45.00 | | |
| **Total Charge** | | | | **$37,189.38** | | |
| **Total Number of Charge** | | 13 | | | | |
| **Payment** | | | | | | |
| 2019/11/14 | Record Void | Payment | | | ($29,790.00) | |
| 2019/11/12 | Payment | Principal | | | $29,790.00 | |
| 2019/08/05 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |
| 2019/08/05 | Payment | Fee | Floorplan / Curtailment | | $80.00 | |
| 2019/08/05 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/08/05 | Payment | Principal | | | $3,310.00 | |
| 2019/08/05 | Payment | Collateral Protection | | | $336.13 | |
| 2019/08/05 | Payment | Interest | | | $596.26 | |
| **Total Payment** | | | | | **$4,415.39** | |
| **Total Number of Payment** | | 8 | | | | |
| **Totals for Stock Number** | | 8 | | **$37,189.38** | **$4,415.39** | **$0.00** |
| **Outstanding Balance** | | $32,773.99 | | | | |

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 9, Overfinch Miami (125308)**

| | | |
|---|---|---|
| **Floorplan Status:** Completed | **Year:** 2002 | **Vehicle Status:** Pending Funding Auction |
| **Flooring Date:** 2019/07/09 | **Make:** HUMMER | **Mileage:** 87512 |
| **VIN:** 137FA90302E197587 | **Model:** H1 TDSL | **Color:** Red |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/07/09 | Principal | | | $28,000.00 | | |
| 2019/07/09 | Fee | | Records Services Charge | $18.00 | | |
| 2019/07/09 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/08/23 | Interest | | | $367.79 | | |
| 2019/08/23 | Collateral Protection | | | $220.50 | | |
| 2019/07/09 | Fee | | Floorplan / Curtailment | $80.00 | | |
| **Total Charge** | | | | **$28,761.29** | | |
| **Total Number of Charge** | | 6 | | | | |
| **Payment** | | | | | | |
| 2019/08/23 | Payment | Fee | Floorplan / Curtailment | | $80.00 | |
| 2019/08/23 | Payment | Principal | | | $2,800.00 | |
| 2019/08/23 | Payment | Principal | | | $25,200.00 | |
| 2019/08/23 | Payment | Interest | | | $367.79 | |
| 2019/08/23 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |
| 2019/08/23 | Payment | Collateral Protection | | | $220.50 | |
| 2019/08/23 | Payment | Fee | Records Services Charge | | $18.00 | |
| **Total Payment** | | | | | **$28,761.29** | |
| **Total Number of Payment** | | 7 | | | | |
| **Totals for Stock Number** | | 9 | | **$28,761.29** | **$28,761.29** | **$0.00** |
| **Outstanding Balance** | | $0.00 | | | | |

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 10, Overfinch Miami (125308)**

| | | | |
|---|---|---|---|
| **Floorplan Status:** Written Off | **Year:** 2002 | **Vehicle Status:** Sold and Unpaid | |
| **Flooring Date:** 2019/08/06 | **Make:** HUMMER | **Mileage:** 54000 | |
| **VIN:** 137FA84352E197749 | **Model:** H1 TDSL | **Color:** Green | |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/10/08 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/12/07 | Fee | | Late | $90.00 | | |
| 2019/11/07 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/10/08 | Fee | | Late | $90.00 | | |
| 2019/08/06 | Fee | | Records Services Charge | $18.00 | | |
| 2019/08/06 | Principal | | | $42,700.00 | | |
| 2019/08/06 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/09/17 | Fee | | Collateral Audit: Reconciliation Fees | $85.00 | | |
| 2019/11/07 | Fee | | Late | $90.00 | | |
| 2020/03/30 | Interest | | | $1,404.87 | | |
| 2020/03/30 | Collateral Protection | | | $911.65 | | |
| 2020/03/30 | Interest | | | $1,501.97 | | |
| 2019/08/06 | Fee | | Floorplan / Curtailment | $213.50 | | |
| **Total Charge** | | | | $47,269.99 | | |
| **Total Number of Charge** | | 13 | | | | |
| **Payment** | | | | | | |
| 2019/11/14 | Record Void | Payment | | | ($42,700.00) | |
| 2019/11/12 | Payment | Principal | | | $42,700.00 | |
| **Total Payment** | | | | | | |
| **Total Number of Payment** | | 2 | | | | |
| **Totals for Stock Number** | | 10 | | $47,269.99 | $0.00 | $0.00 |
| **Outstanding Balance** | | $47,269.99 | | | | |

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 11, Overfinch Miami (125308)**

| | | | | | |
|---|---|---|---|---|---|
| **Floorplan Status:** Written Off | | **Year:** 2019 | | **Vehicle Status:** Sold and Unpaid | |
| **Flooring Date:** 2019/09/10 | | **Make:** LAND ROVER | | **Mileage:** 1650 | |
| **VIN:** SALGS5RE6KA530077 | | **Model:** RANGE ROVER V8 | | **Color:** Gray | |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---:|---:|---|
| **Charge** | | | | | | |
| 2019/09/10 | Fee | | Floorplan / Curtailment | $225.00 | | |
| 2019/09/10 | Fee | | Records Services Charge | $18.00 | | |
| 2019/09/10 | Principal | | | $45,000.00 | | |
| 2019/09/10 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/09/27 | Fee | | Collateral Audit: Reconciliation Fees | $85.00 | | |
| 2019/10/04 | Fee | | Collateral Audit: Reconciliation Fees | $85.00 | | |
| 2019/09/17 | Interest | | | $90.40 | | |
| 2019/09/17 | Collateral Protection | | | $55.13 | | |
| 2020/03/30 | Interest | | | $1,494.27 | | |
| 2020/03/30 | Interest | | | $1,077.57 | | |
| 2020/03/30 | Collateral Protection | | | $661.50 | | |
| 2019/09/20 | Record Void | Collateral Protection | | ($55.13) | | |
| 2019/09/20 | Record Void | Interest | | ($90.40) | | |
| **Total Charge** | | | | $48,721.34 | | |
| **Total Number of Charge** | | 13 | | | | |
| **Payment** | | | | | | |
| 2019/11/14 | Record Void | Payment | | | ($45,000.00) | |
| 2019/11/12 | Payment | Principal | | | $45,000.00 | |
| 2019/09/17 | Payment | Principal | | | $45,000.00 | |
| 2019/09/17 | Payment | Collateral Protection | | | $55.13 | |
| 2019/09/17 | Payment | Fee | Floorplan / Curtailment | | $225.00 | |
| 2019/09/17 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/09/17 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |
| 2019/09/17 | Payment | Interest | | | $90.40 | |
| 2019/09/20 | Record Void | Payment | Floorplan / Curtailment | | ($225.00) | |
| 2019/09/20 | Record Void | Payment | Records Services Charge | | ($18.00) | |
| 2019/09/20 | Record Void | Payment | Advances: Specific Source Fee | | ($75.00) | |
| 2019/09/20 | Record Void | Payment | | | ($90.40) | |
| 2019/09/20 | Record Void | Payment | | | ($45,000.00) | |

NG000228

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 11, Overfinch Miami (125308)**

| **Floorplan Status:** Written Off | **Year:** 2019 | **Vehicle Status:** Sold and Unpaid |
|---|---|---|
| **Flooring Date:** 2019/09/10 | **Make:** LAND ROVER | **Mileage:** 1650 |
| **VIN:** SALGS5RE6KA530077 | **Model:** RANGE ROVER V8 | **Color:** Gray |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| 2019/09/20 | Record Void | Payment | | | ($55.13) | |
| **Total Payment** | | | | | | |
| **Total Number of Payment** | | 14 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals for Stock Number** | | 11 | | $48,721.34 | $0.00 | $0.00 |
| **Outstanding Balance** | | $48,721.34 | | | | |

NG000229

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 12, Overfinch Miami (125308)**

| | | | |
|---|---|---|---|
| **Floorplan Status:** Written Off | **Year:** 2019 | **Vehicle Status:** Sold and Unpaid |
| **Flooring Date:** 2019/09/11 | **Make:** LAND ROVER | **Mileage:** 75 |
| **VIN:** SALGS5RE5KA548540 | **Model:** RANGE ROVER V8 | **Color:** Gray |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/09/30 | Fee | | Collateral Audit: Reconciliation Fees | $85.00 | | |
| 2019/12/13 | Fee | | Late | $90.00 | | |
| 2019/11/13 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/09/11 | Principal | | | $99,999.00 | | |
| 2019/09/11 | Fee | | Records Services Charge | $18.00 | | |
| 2019/09/11 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2020/01/14 | Fee | | Late | $90.00 | | |
| 2019/09/23 | Record Void | Interest | | | ($200.66) | |
| 2019/09/23 | Record Void | Collateral Protection | | | ($122.50) | |
| 2019/11/13 | Fee | | Late | $90.00 | | |
| 2019/09/18 | Interest | | | $200.66 | | |
| 2019/09/18 | Collateral Protection | | | $122.50 | | |
| 2019/12/13 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/09/11 | Fee | | Floorplan / Curtailment | $500.00 | | |
| 2020/03/30 | Interest | | | $2,221.96 | | |
| 2020/03/30 | Interest | | | $3,456.85 | | |
| 2020/03/30 | Collateral Protection | | | $2,134.98 | | |
| 2019/10/07 | Fee | | Collateral Audit: Reconciliation Fees | $85.00 | | |
| **Total Charge** | | | | $108,935.79 | | |
| **Total Number of Charge** | | 18 | | | | |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Payment** | | | | | | |
| 2019/09/23 | Record Void | Payment | Floorplan / Curtailment | | ($500.00) | |
| 2019/09/23 | Record Void | Payment | Advances: Specific Source Fee | | ($75.00) | |
| 2019/09/23 | Record Void | Payment | Records Services Charge | | ($18.00) | |
| 2019/09/23 | Record Void | Payment | | | ($200.66) | |
| 2019/09/23 | Record Void | Payment | | | ($122.50) | |
| 2019/09/23 | Record Void | Payment | | | ($99,999.00) | |
| 2019/09/18 | Payment | Principal | | | $99,999.00 | |
| 2019/09/18 | Payment | Fee | Advances: Specific Source Fee | | $75.00 | |
| 2019/09/18 | Payment | Fee | Floorplan / Curtailment | | $500.00 | |

# Vehicle History Detail Report



### Vehicle History Detail For Stock Number 12, Overfinch Miami (125308)

**Floorplan Status:** Written Off
**Flooring Date:** 2019/09/11
**VIN:** SALGS5RE5KA548540

**Year:** 2019
**Make:** LAND ROVER
**Model:** RANGE ROVER V8

**Vehicle Status:** Sold and Unpaid
**Mileage:** 75
**Color:** Gray

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| 2019/09/18 | Payment | Fee | Records Services Charge | | $18.00 | |
| 2019/09/18 | Payment | Interest | | | $200.66 | |
| 2019/09/18 | Payment | Collateral Protection | | | $122.50 | |
| **Total Payment** | | | | | | |
| **Total Number of Payment** | | **12** | | | | |
| | | | | | | |
| **Totals for Stock Number** | | **12** | | **$108,935.79** | **$0.00** | **$0.00** |
| **Outstanding Balance** | | **$108,935.79** | | | | |

# Vehicle History Detail Report



**Vehicle History Detail For Stock Number 14, Overfinch Miami (125308)**

| **Floorplan Status:** Written Off | **Year:** 2019 | **Vehicle Status:** Sold Out Of Trust |
|---|---|---|
| **Flooring Date:** 2019/09/19 | **Make:** Land Rover | **Mileage:** 1500 |
| **VIN:** SALGS2RE6KA546018 | **Model:** Range Rover | **Color:** White |

| Date | Type | Applied To | Fee Description | Debit | Credit | Waiver |
|---|---|---|---|---|---|---|
| **Charge** | | | | | | |
| 2019/09/19 | Fee | | Floorplan / Curtailment | $475.00 | | |
| 2019/09/19 | Principal | | | $95,000.00 | | |
| 2019/09/19 | Fee | | Records Services Charge | $18.00 | | |
| 2019/09/19 | Fee | | Advances: Specific Source Fee | $75.00 | | |
| 2019/11/19 | Fee | | Late | $90.00 | | |
| 2019/12/19 | Fee | | Late | $90.00 | | |
| 2019/12/19 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2019/11/19 | Fee | | Floorplan / Curtailment | $45.00 | | |
| 2020/03/30 | Interest | | | $1,942.15 | | |
| 2020/03/30 | Collateral Protection | | | $1,995.00 | | |
| 2020/03/30 | Interest | | | $3,215.38 | | |
| 2020/01/18 | Fee | | Late | $90.00 | | |
| **Total Charge** | | | | $103,080.53 | | |
| **Total Number of Charge** | | 12 | | | | |

| Totals for Stock Number | 14 | | | $103,080.53 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| **Outstanding Balance** | $103,080.53 | | | | | |

# Vehicle History Detail Report



**Vehicle History Summary For Overfinch Miami (125308)**

| Stock # | Flooring Date | Floorplan Status | Charge Count | Payments Count | Debits | Credits | Waivers | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| 2 | 2019/04/16 | Completed | 16 | 19 | $19,325.22 | $19,325.22 | $0.00 | $0.00 |
| 3 | 2019/04/18 | Completed | 6 | 6 | $40,418.74 | $40,418.74 | $0.00 | $0.00 |
| 4 | 2019/05/01 | Completed | 9 | 10 | $41,702.40 | $41,702.40 | $0.00 | $0.00 |
| 5 | 2019/05/03 | Completed | 5 | 5 | $36,661.65 | $36,661.65 | $0.00 | $0.00 |
| 7 | 2019/05/09 | Written Off | 19 | 18 | $45,222.16 | $10,077.31 | $0.00 | $35,144.85 |
| 8 | 2019/06/05 | Written Off | 13 | 8 | $37,189.38 | $4,415.39 | $0.00 | $32,773.99 |
| 9 | 2019/07/09 | Completed | 6 | 7 | $28,761.29 | $28,761.29 | $0.00 | $0.00 |
| 10 | 2019/08/06 | Written Off | 13 | 2 | $47,269.99 | $0.00 | $0.00 | $47,269.99 |
| 11 | 2019/09/10 | Written Off | 13 | 14 | $48,721.34 | $0.00 | $0.00 | $48,721.34 |
| 12 | 2019/09/11 | Written Off | 18 | 12 | $108,935.79 | $0.00 | $0.00 | $108,935.79 |
| 14 | 2019/09/19 | Written Off | 12 | 0 | $103,080.53 | $0.00 | $0.00 | $103,080.53 |
|  |  |  | 130 | 101 | $557,288.49 | $181,362.00 | $0.00 | $375,926.49 |