# Exhibit "L"

| Modified On | Modified By | Method | Comment |
|---|---|---|---|
| | | | Incident Created |
| 9/20/2019 | Agnew, Micky | Monitor | Risk Review<br>•Dealer's 1st NSF...account opened 2/2019<br>•NSF due to payoff...title released<br>•Dealer on title hold for minimum of 30 days<br>•OSB 205K/LOC 150K...<br>•Dealer has 4 incidents...4 of 4 floored buyer funded...50% units are aged, with an additional 0 unit at 61+ days total 50%, 49 average day turn, current turn is 87, Dealer has 67% (9/10/2019) offsite last audit...Risk Score 52/CS Sept 762/595, Dealer sells approx. 1 units per month and currently has 4 units floored, 4mos floored inventory...0 NSF...1 extensions...87% on time<br>•Account locked until current and bank statements reviewed<br><br>Dealer # & Name:<br>Current ARS Score: 125308 Overfinch Miami<br>52<br>Dealer has NSF returns totaling$45,550.63<br>NSF was on payoffs for STK #sStk 11<br>Titles are Buyer<br>Number of payments in the pipeline1<br>Total $ amount of payments in the pipeline $100K<br>Last Audit  Date 9/10/2019<br>Number of NSF in the last 90 days0<br>Current OSB 205K<br>LOC = 150K |
| 9/22/2019 | Task, CollectionsIncid | Monitor | Risk Review<br>•Dealer's 1st NSF...account opened 2/2019<br>•NSF due to payoff...title released<br>•Dealer on title hold for minimum of 30 days<br>•OSB 205K/LOC 150K...<br>•Dealer has 4 incidents...4 of 4 floored buyer funded...50% units are aged, with an additional 0 unit at 61+ days total 50%, 49 average day turn, current turn is 87, Dealer has 67% (9/10/2019) offsite last audit...Risk Score 52/CS Sept 762/595, Dealer sells approx. 1 units per month and currently has 4 units floored, 4mos floored inventory...0 NSF...1 extensions...87% on time<br>•Account locked until current and bank statements reviewed<br><br>Dealer # & Name:<br>Current ARS Score: 125308 Overfinch Miami<br>52<br>Dealer has NSF returns totaling$45,550.63<br>NSF was on payoffs for STK #sStk 11<br>Titles are Buyer<br>Number of payments in the pipeline1<br>Total $ amount of payments in the pipeline $100K<br>Last Audit  Date 9/10/2019<br>Number of NSF in the last 90 days0<br>Current OSB 205K<br>LOC = 150K |

NG000014

| | | | |
|---|---|---|---|
| 9/23/2019 | Agnew, Micky | Monitor | 9/23 mma-NSF<br>Risk review<br>•Dealer's 2nd NSF in 2wks<br>•NSF due to payoff...title released<br>•Account locked<br><br>Dealer # & Name:<br>Current ARS Score: 125308 Overfinch Miami 52<br>Dealer has NSF returns totaling$146,780.56<br>NSF was on payoffs for STK #sStk 11,12<br>Titles are Buyer<br>Number of payments in the pipeline0<br>Total $ amount of payments in the pipeline 0<br>Last Audit  Date 9/10/2019<br>Number of NSF in the last 90 days1<br>Current OSB 350K<br>LOC = 150K/temp 100K<br>Dealer will need to wire (today)$146,780.56<br><br>Risk Review<br>•Dealer's 1st NSF....account opened 2/2019<br>•NSF due to payoff...title released<br>•Dealer on title hold for minimum of 30 days<br>•OSB 205K/LOC 150K...<br>•Dealer has 4 incidents...4 of 4 floored buyer funded...50% units are aged, with an additional 0 unit at 61+ days total 50%, 49 average day turn, current turn is 87, Dealer is 67% (9/10/2019) offsite last audit...Risk Score 52/CS Sept 762/595, Dealer sells approx. 1 units per month and currently has 4 units floored, 4mos floored inventory...0 NSF...1 extensions...87% on time<br>•Account locked until current and bank statements reviewed<br><br>Dealer # & Name:<br>Current ARS Score: 125308 Overfinch Miami 52<br>Dealer has NSF returns totaling$45,550.63<br>NSF was on payoffs for STK #sStk 11<br>Titles are Buyer<br>Number of payments in the pipeline1<br>Total $ amount of payments in the pipeline $100K<br>Last Audit  Date 9/10/2019<br>Number of NSF in the last 90 days0<br>Current OSB 205K |
| 9/23/2019 | Agnew, Micky | Monitor | 9/23 mma-sent email to dealer for wire payoff |
| 9/23/2019 | Agnew, Micky | Monitor | 9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 9/23/2019 | Agnew, Micky | Monitor | 9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |

| Date | Name | Type | Notes |
|---|---|---|---|
| 9/24/2019 | Agnew, Micky | Monitor | 9/24 mma-rcvd email from RD: I spoke with the office manager and updated notes in SF. She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM: I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 9/25/2019 | Agnew, Micky | Monitor | 9/25 mma-sent email to PM: looking for update<br><br>9/24 mma-rcvd email from RD: I spoke with the office manager and updated notes in SF. She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM: I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 9/26/2019 | Agnew, Micky | Monitor | 9/26 mma-rcvd email from PM: I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM: looking for update<br><br>9/24 mma-rcvd email from RD: I spoke with the office manager and updated notes in SF. She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM: I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 9/27/2019 | Agnew, Micky | Monitor | 9/26 mma-rcvd email from PM: I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM: looking for update<br><br>9/24 mma-rcvd email from RD: I spoke with the office manager and updated notes in SF. She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM: I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |

NG000016

| Date | Name | | Notes |
|---|---|---|---|
| 9/27/2019 | Agnew, Micky | Monitor | 9/27 mma-sent email to dealer for wire payment...may have to default on Monday...RD has Asked PM to go to lot first thing Monday<br><br>9/26 mma-rcvd email from PM:<br>I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM:<br>looking for update<br><br>9/24 mma-rcvd email from RD:<br>I spoke with the office manager and updated notes in SF.  She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 10/1/2019 | Agnew, Micky | Monitor | 10/1 mma-spk with PM...dealer has 3 units that the dealer supposely purchased but has never received, dealer has sold stk 7 and the other 2 units are at car shows in CA and  one of the carolinas...dealer states he can pay ous 100K tomorrow when he get home and is supposed be taking out a Loan for 1mil...i think we should default once the 100k is sent<br><br>9/27 mma-sent email to dealer for wire payment....may have to default on Monday...RD has Asked PM to go to lot first thing Monday<br><br>9/26 mma-rcvd email from PM:<br>I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM:<br>looking for update<br><br>9/24 mma-rcvd email from RD:<br>I spoke with the office manager and updated notes in SF.  She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 10/2/2019 | Agnew, Micky | Monitor | 10/1 mma-spk with PM...dealer has 3 units that the dealer supposely purchased but has never received, dealer has sold stk 7 and the other 2 units are at car shows in CA and  one of the carolinas...dealer states he can pay ous 100K tomorrow when he get home and is supposed be taking out a Loan for 1mil...i think we should default once the 100k is sent<br><br>9/27 mma-sent email to dealer for wire payment....may have to default on Monday...RD has Asked PM to go to lot first thing Monday<br><br>9/26 mma-rcvd email from PM:<br>I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM:<br>looking for update<br><br>9/24 mma-rcvd email from RD:<br>I spoke with the office manager and updated notes in SF.  She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |

| | | | |
|---|---|---|---|
| 10/3/2019 | Agnew, Micky | Monitor | 10/3 mma-sent email to PM/RD:<br>The dealer was supposed to send 100K...I do not see that we have received...I think we need to default<br>Thoughts?<br><br>10/1 mma-spk with PM...dealer has 3 units that the dealer supposely purchased but has never received, dealer has sold stk 7 and the other 2 units are at car shows in CA and one of the carolinas...dealer states he can pay ous 100K tomorrow when he get home and is supposed be taking out a Loan for 1mil...i think we should default once the 100k is sent<br><br>9/27 mma-sent email to dealer for wire payment...may have to default on Monday...RD has Asked PM to go to lot first thing Monday<br><br>9/26 mma-rcvd email from PM:<br>I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM:<br>looking for update<br><br>9/24 mma-rcvd email from RD:<br>I spoke with the office manager and updated notes in SF. She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |
| 10/7/2019 | Agnew, Micky | Monitor | 10/7 mma-rcvd email from RD<br>Morning Micky - ok to default Overfinch. Claudia reached out to dealer today and no update<br><br>10/3 mma-sent email to PM/RD:<br>The dealer was supposed to send 100K...I do not see that we have received...I think we need to default<br>Thoughts?<br><br>10/1 mma-spk with PM...dealer has 3 units that the dealer supposely purchased but has never received, dealer has sold stk 7 and the other 2 units are at car shows in CA and one of the carolinas...dealer states he can pay ous 100K tomorrow when he get home and is supposed be taking out a Loan for 1mil...i think we should default once the 100k is sent<br><br>9/27 mma-sent email to dealer for wire payment...may have to default on Monday...RD has Asked PM to go to lot first thing Monday<br><br>9/26 mma-rcvd email from PM:<br>I heard back from James and he said they are making the wire today, I asked him to send me a copy of the receipt. I'll update again when I have it or if he doesn't make it by morning.<br><br>9/25 mma-sent email to PM:<br>looking for update<br><br>9/24 mma-rcvd email from RD:<br>I spoke with the office manager and updated notes in SF. She is going to call the other owner...told her it was important we handled this ASAP.<br><br>9/23 mma-rcvd email from RD...having lending remove $100K temp...PM spoke with James<br><br>9/23 mma-rcvd email from PM:<br>I spoke with this dealer today, he said he is in England at the moment and said that his bank account had been compromised which caused the issue with the payments. His partner in the US is opening a new account and will be able to make the wire payment to make up for the NSF's by Thursday 9/24. He let me know he is reachable by phone while in England at 954-232-7661 if anyone needs to get hold of him. I will follow up this week to update.<br><br>9/23 mma-sent email to dealer for wire payoff |

NG000018

| 10/7/2019 | Agnew, Micky | Involuntary Liquidation | Default Notification<br><br>Default Date:  10/7/2019<br>Account # / Dealership Name: 125308 Overfinch Miami<br>Auction Access #: 5448050<br>ARS Score: 78<br>RD:  Jack Marcinkewicz<br>PM:  Claudia Coello<br>Default Trigger: (Audit, NSF, Uninsured List, BK, Other):  NSF<br>LOC Amount:  150K<br>Current OSB: 344,978.19<br>Stock #'s Recovered:<br>Stock #'s not Recovered: stk 8,7,10,11,14,12<br>Recovery % Needed:  55%<br>Projected Recovery %: 5%<br>Projected Loss $:  327,729.28<br>Manheim Debt:<br>Will send once I am able to open website<br>Additional Comments: |
| 10/7/2019 | Agnew, Micky | Involuntary Liquidation | DRAM assigned by system |
| 10/7/2019 | Smith, William | Involuntary Liquidation | New Contact:<br>Blackburn, James<br>GUARANTOR<br>auto-populated with information from business contact<br>[Collections App comment_id=c8df7bb0-b092-4213-8a6b-5060crc6e07c0 |
| 10/7/2019 | Smith, William | Involuntary Liquidation | New phone number(s) business cell phone:9542327661, business phone:9544400717, home phone:7542008823 added for 'Blackburn, James'<br>[Collections App comment_id=eb24d50d-06f1-40c5-a58c-3af97618132a] |
| 10/7/2019 | Smith, William | Involuntary Liquidation | Added contact address(es) for Blackburn, James:<br><br>home address:<br>RESIDENTIAL<br>4875 NE 4th Ave Fl 33316<br>1500 Cordova Rd #206 Fort Lauderdale, FL 33316<br>Fort Lauderdale, FL 333346050<br>[Collections App comment_id=eb173107-2061-46b4-0bac-16ba53240e03 |
| 10/7/2019 | Smith, William | Involuntary Liquidation | Added email address(es) business contact email:james@overfinchmiami.com for 'Blackburn, James'<br>[Collections App comment_id=dcfd3b13-a75a-47e0-9a07-9ae0c1acf8fe] |
| 10/7/2019 | Smith, William | Involuntary Liquidation | New Contact:<br>Kessler, Edward<br>GUARANTOR<br>auto-populated with information from business contact<br>[Collections App comment_id=0a2bd1ac-ad3d-4fb5-a94f-08564affe7c8 |
| 10/7/2019 | Smith, William | Involuntary Liquidation | Added email address(es) business contact email:ek13@peaksolutionsllc.net for 'Kessler, Edward'<br>[Collections App comment_id=3ae3575b-d18c-4bde-9f6b-eb513437642f] |
| 10/7/2019 | Smith, William | Involuntary Liquidation | New phone number(s) business cell phone:4125278695, business phone:9544400717, home phone:9548707174 added for 'Kessler, Edward'<br>[Collections App comment_id=22ff590b-dad6-46d5-9941-4a20122e2c3b] |

NG000019

| | | | |
|---|---|---|---|
| 10/7/2019 | Smith, William | Involuntary Liquidation | Added contact address(es) for Kessler, Edward:<br><br>home address:<br>RESIDENTIAL<br>5909 Murray Ave Fl 33316<br>1500 Cordova Rd #206 Fort Lauderdale, FL 33316<br>Bethel Park, PA 151023449<br>[Collections App comment  id=2bd2f734-7241-4545-b372-6c400893a401 |
| 10/7/2019 | Smith, William | Involuntary Liquidation | Emailed dealer (James/Edward):<br>james@overfinchmiami.com<br>ek13@peaksolutionsllc.net<br><br>James and Edward,<br><br>This email is in reference to your recent default with NextGear Capital. It is important at this time that I speak with in regards to what we can do to work cooperatively in resolving your obligation. I can help assist with working out a plan to help you get this matter behind you.<br><br>We BOTH want the same thing here: to get this situation behind us. If you understand that, then you know I am here to assist in those efforts (preferably with your aid) to the fullest extent of my ability.<br><br>Please contact me as soon as possible to discuss this. You can reply to this email or feel free to contact me at any of the numbers below.<br><br>I do need to advise you that, if I do not hear from you, action will be taken against you to recover our losses. This includes notifying Manheim and AIA to recommend revocation of your auction access as well as filing lawsuit against you unless we can discuss and work towards handling this matter.<br><br>You will find a copy of the balances due today on your floorplan in the attached Account Summary. These balances continue to accrue interest daily, please be aware that these amounts are subject to change as time passes. There also might be Repo fees or other fees that change the balance—please call me to review those as well.<br><br>I am here to help if you would like to take this opportunity to accept my assistance in getting you back on the right track.<br>The decision of how things move forward is yours to decide. The first step is reaching out to me to communicate.<br><br>I hope to speak with you soon.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist |

NG000020

| | | | |
|---|---|---|---|
| 10/8/2019 | Task, CollectionsIncid | Involuntary Liquidation | Emailed dealer (James/Edward):<br>james@overfinchmiami.com<br>ek13@peaksolutionsllc.net<br><br>James and Edward,<br><br>This email is in reference to your recent default with NextGear Capital. It is important at this time that I speak with in regards to what we can do to work cooperatively in resolving your obligation. I can help assist with working out a plan to help you get this matter behind you.<br><br>We BOTH want the same thing here: to get this situation behind us. If you understand that, then you know I am here to assist in those efforts (preferably with your aid) to the fullest extent of my ability.<br><br>Please contact me as soon as possible to discuss this. You can reply to this email or feel free to contact me at any of the numbers below.<br><br>I do need to advise you that, if I do not hear from you, action will be taken against you to recover our losses. This includes notifying Manheim and AIA to recommend revocation of your auction access as well as filing lawsuit against you unless we can discuss and work towards handling this matter.<br><br>You will find a copy of the balances due today on your floorplan in the attached Account Summary. These balances continue to accrue interest daily, please be aware that these amounts are subject to change as time passes. There also might be Repo fees or other fees that change the balance—please call me to review those as well.<br><br>I am here to help if you would like to take this opportunity to accept my assistance in getting you back on the right track.<br>The decision of how things move forward is yours to decide. The first step is reaching out to me to communicate.<br><br>I hope to speak with you soon.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist |
| 10/8/2019 | Task, CollectionsIncid | Involuntary Liquidation | Emailed dealer (James/Edward):<br>james@overfinchmiami.com<br>ek13@peaksolutionsllc.net<br><br>James and Edward,<br><br>This email is in reference to your recent default with NextGear Capital. It is important at this time that I speak with in regards to what we can do to work cooperatively in resolving your obligation. I can help assist with working out a plan to help you get this matter behind you.<br><br>We BOTH want the same thing here: to get this situation behind us. If you understand that, then you know I am here to assist in those efforts (preferably with your aid) to the fullest extent of my ability.<br><br>Please contact me as soon as possible to discuss this. You can reply to this email or feel free to contact me at any of the numbers below.<br><br>I do need to advise you that, if I do not hear from you, action will be taken against you to recover our losses. This includes notifying Manheim and AIA to recommend revocation of your auction access as well as filing lawsuit against you unless we can discuss and work towards handling this matter.<br><br>You will find a copy of the balances due today on your floorplan in the attached Account Summary. These balances continue to accrue interest daily, please be aware that these amounts are subject to change as time passes. There also might be Repo fees or other fees that change the balance—please call me to review those as well.<br><br>I am here to help if you would like to take this opportunity to accept my assistance in getting you back on the right track.<br>The decision of how things move forward is yours to decide. The first step is reaching out to me to communicate.<br><br>I hope to speak with you soon.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist |

NG000021

| | | | |
|---|---|---|---|
| 10/8/2019 | Smith, William | Involuntary Liquidation | ** PM stated that Overfinch is a well known brand for doing upgrades/enhancements for Land Rovers. They are based out of London, England. Claudia stated that the inventory is as follows:<br><br>* STK# 11,12,14   Dealer had rapid pay on these and signed the titles over to his previous seller. He is supposed to get 3 more Land Rovers sent to him to cover these costs/losses.<br><br>* STK# 7  @ Auto Show in California-- dealer claims this vehicle was revamped and is worth $250k??<br><br>* STK# 8  Sold and dealer stated will payoff<br><br>* STK# 10  Dealer stated will payoff-- wire info was sent to him 10/7/19 to pay this.<br>[Collections App comment_id=7310f84c-496b-4432-9c52-e8b3cc6699e5 |
| 10/8/2019 | Smith, William | Involuntary Liquidation | New phone number(s) Possible Office:9548707174 added for 'Blackburn, James'<br>[Collections App comment_id=90e491d3-1675-42f1-badf-527c42185b62] |
| 10/8/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) (954) 232-7661 - He stated that is in the UK right now, but will have funds moved over within 48 hours to resolve this. He stated that receiving $500k+ through other sales, will transfer and call on Thursday to get exact amount to wire over to PIF. I adv that easy enough as long as follows through. I adv that will be in touch then to resolve.<br>[Collections App comment_id=907ac84f-eb74-4ace-b944-2d779c110046] |
| 10/8/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) (954) 232-7661 - He stated that is in the UK right now, but will have funds moved over within 48 hours to resolve this. He stated that receiving $500k+ through other sales, will transfer and call on Thursday to get exact amount to wire over to PIF. I adv that easy enough as long as follows through. I adv that will be in touch then to resolve.<br>[Collections App comment_id=907ac84f-eb74-4ace-b944-2d779c110046] |
| 10/8/2019 | Smith, William | Involuntary Liquidation | Incident status updated: Repo - Authorized -> Under Plan<br><br>[Collections App comment_id=cefff563-2ede-4325-89ac-93e967ee03b4] |
| 10/8/2019 | Allen, Sarah | Involuntary Liquidation | Per DRAM - No 9607s sent<br>[Collections App comment_id=f6f5608f-6414-45de-91cf-915b23ea59a1] |
| 10/8/2019 | Allen, Sarah | Involuntary Liquidation | #1 NGC<br>[Collections App comment_id=b816c9be-7faa-464d-afb1-9ff2a32697c5] |
| 10/9/2019 | Smith, William | Involuntary Liquidation | Emailed dealer (James) *WIRE INSTRUCT*:<br>James Blackburn <james@overfinchmiami.com><br><br>Hello James,<br><br>I wanted to send you a quick follow-up on the recent default with Overfinch Miami. In my understanding, you told me that we will receive full payoff tomorrow 10/10/19 via a bank wire. Please confirm that everything is on schedule with our expectations.<br><br>If you need the exact amount tomorrow to wire on 10/10/19, that amount is $353,595.19. I have also attached wire instructions to send the payment. Please email me the wire confirmation receipt from the bank once the funds are sent so I can have them applied promptly.<br><br>Once the funds are posted, I will get things sorted out with Manheim and release of any title that we still hold.<br><br>Should you need anything further at this time, please call me directly at #317-740-3458.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist<br>[Collections App comment_id=639bcc42-65ce-4267-88cf-98def7528b7b] |

NG000022

| 10/10/2019 | Smith, William | Involuntary Liquidation | Email exchange with dealer (James): james@overfinchmiami.com |
|---|---|---|---|

Will I am wanting to resolve this as soon as possible. One of three will happen and I will settle the account in full.

1. My new 1,000,000 floor plan comes into place.
2. I sell my 2019 Range Rover for its asking price of 250.
3. I get the 570 returned to me which I paid out for the three cars that have not been delivered. (This is what our is in this mess)

The important thing to know is that we are keen to resolve this issue ASAP and get next gear and myself paid back.

I am traveling back from London having had to extend for 24 hours and I will be back in the office tomorrow.

Very Best Regards,

James Blackburn
Chief Executive

Overfinch Miami

1500 Cordova Road, Suite 206
Fort Lauderdale, Florida, 33316

Cell: +1 954 232 7661
Office: 954 870 7174
Email: james@overfinchmiami.com
Web: www.overfinch.com

Confidentiality Notice: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.

On Oct 10, 2019, at 13:40, Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com> wrote:

James,

I find that interesting since you mentioned something about getting $500k in the next couple days and having this resolved in 48 hours from when we spoke. If your memory doesn't recall that, I can always try to have the recording pulled and we can listen together. You distinctly mentioned having this resolved in 48 hours in our conversation.

Since that is not the case—when do you intend to have the funds to us to resolve this? If I don't have a date that I can expect resolution, then we don't have any agreement/arrangement which is an issue.

I would like to resolve this swiftly and amicably, but you will ultimately make the decision of how things go.

| Date | Name | Type | Notes |
|---|---|---|---|
| 10/10/2019 | Smith, William | Involuntary Liquidation | Emailed dealer (James):<br><br>James Blackburn <james@overfinchmiami.com><br><br>While I understand your intentions here, there is an important thing for you to know: this is exactly what every dealer tells me and few bring it to fruition: "…we are keen to resolve this issue ASAP and get next gear and myself paid back" as well as "I am wanting to resolve this as soon as possible."<br><br>99.9% of them, James. The ones that supply me with a timeframe are normally the ones that follow through. I have no idea what the status of your $1 Mil floorplan is and how that would even assist us since we can't floor the units that were sold out of trust. Selling your Range Rover yields only $250k and the balance is $353.5k+. I also have no idea what the status is of you getting the $570k returned to you.<br><br>These details are important. Otherwise, it's just promises, promises without any accountability from your end to get the matter sorted out. Without these deadlines and due dates in place, I have the expectation from NextGear Capital to take actions against you and the dealership to recover the loss through negative recourse. I would like to avoid this.<br><br>Please define "ASAP" so I can have an idea what your perception of that terms means.<br><br>Thanks,<br>-Will |
| 10/11/2019 | Smith, William | Involuntary Liquidation | $$$>>> Send all titles here per dealer:<br><br>Overfinch Miami<br>1500 Cordova Rd Ste 206<br>Fort Lauderdale, FL 33316-2190<br>954-232-7661 |
| 10/11/2019 | Smith, William | Involuntary Liquidation | I/C talked to dealer (James) 954-232-7661 - He stated that will have $225k from moving a unit over to his other floorplan, wired to us, no later than 10/18. He stated that should be able to resolve the remainder of the balance within the following week (by/on 10/25), but he is uncertain. I adv that will cross that bridge then-- I do not want to plan for him to fail on the execution of the OSB to us. James understands. Will callback next week to confirm wire sent and provide confirmation receipt.<br>[Collections App comment_id=35c58e01-8ee0-4092-8fbe-0b3bd419c457] |
| 10/11/2019 | Smith, William | Involuntary Liquidation | * Dealer guaranteed that $225k will be here *no* later than 10/18 via wire.  If this does not happen, steps need to be taken to define relationship.<br>[Collections App comment_id=4a7df5b3-5828-4e27-bb52-2495a5824be1] |
| 10/18/2019 | Task, CollectionsIncid | Involuntary Liquidation | * Dealer guaranteed that $225k will be here *no* later than 10/18 via wire.  If this does not happen, steps need to be taken to define relationship.<br>[Collections App comment_id=4a7df5b3-5828-4e27-bb52-2495a5824be1] |
| 10/18/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - He stated that did not receive the funds as expectd today-- he stated that his investor is going to meet him on 10/25 at 930a and his goal is to have the money wired that same day. I adv that not happy with breaking expectations-- I adv that unacceptable to guarantee his *own* proposal twice and then fail to execute it. I adv that if he fails to come through on 10/25-- then i will take all appropriate action against him as I possibly can.<br>[Collections App comment_id=5f79e918-25e1-4799-97b7-43028df3a18b] |
| 10/24/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - NML<br>[Collections App comment_id=b3fd0687-0fa8-4cb4-a605-9c4549c41306] |
| 10/24/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - He stated that everything is still on course with getting the funds tomorrow. He stated that is meeting with the investor about 11am and will have a call back to me by 1pm. I confirmed that the intent here is to have the $225k wire sent tomorrow to apply towards the balance-- James confirmed that everything is on track for that.<br>[Collections App comment_id=21f6ca94-273f-4629-b85d-b1cf9a99d859] |

NG000024

| 10/25/2019 | Smith, William | Involuntary Liquidation | Email exchange with dealer (James):<br><br>Hello James,<br><br>Hopefully, the delay is a good sign and not a bad one.<br><br>I'll look forward to speaking to you shortly.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist<br>Will.smith@coxautoinc.com<br>Office: 866-262-0073 (x-15)<br>PLEASE NOTE MY NEW DIRECT NUMBER BELOW:<br>Direct: 317-740-3458<br>Fax: 317-708-0087 (Attention: Will Smith)<br><br><br>From: James Blackburn <james@overfinchmiami.com><br>Sent: Friday, October 25, 2019 2:11 PM<br>To: Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com><br>Subject: Still meeting<br><br>Hi Will,<br><br>Still here I will call you as soon as I get out.<br>Very Best Regards,<br><br><br>James Blackburn<br>Chief Executive<br><br><br><br>Overfinch Miami<br><br>1500 Cordova Road, Suite 206<br>Fort Lauderdale, Florida, 33316<br><br>Cell: +1 954 232 7661<br>Office: 954 870 7174<br>Email: james@overfinchmiami.com |
| 10/28/2019 | Smith, William | Involuntary Liquidation | ** Exchanged texts with dealer-- he stated that received the $225k and is waiting on it to clear his bank so he can send the funds to us via wire. Texted him at approx. 1pm and the funds were still pending-- his bank advised they would be available "shortly".<br>[Collections App comment_id=c6333d02-6942-4c46-a28e-38207b9ec32e] |
| 10/29/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) #954-232-7661 - LMOVM needing update on funds to be wired<br>[Collections App comment_id=48eeb3f9-70f6-4afc-840a-67ee7f56edaf] |
| 10/29/2019 | Smith, William | Involuntary Liquidation | I/C dealer (James) #954-232-7661 - He stated that he will send me over a copy of the agreement for the loan he is getting. Claims he spoke with the loan office at 8:30a today and they stated they have everything they need and it is "in process". I adv that running out of time to hold off any negative action-- we need to receive funds before close of the month to prevent it. James stated he understands and is doing all he can to resolve this promptly. I adv that will review the agreement once I receive it (dealer stated approx 11am he will have email to me).<br>[Collections App  comment_id=9120a743-18b3-45f1-9cc3-a54ace4e11c2 |

| | | | |
|---|---|---|---|
| 10/29/2019 | Smith, William | Involuntary Liquidation | Email exchange with dealer (James): james@overfinchmiami.com<br><br>Knowing that this has been in the works for almost the entire month is not very reassuring considering the continued delays. James, all I can say is that I hope you can pull this off within the next 24 hours—otherwise, I am obligated by my employer to start moving things in another direction entirely.<br><br>Please let me know via email, phone, or text as soon as you have the funds available and I will make every effort to delay any negative recourse taken by our counsel or by management's involvement.<br><br>Thanks,<br>-Will<br><br>From: James Blackburn <james@overfinchmiami.com><br>Sent: Tuesday, October 29, 2019 2:21 PM<br>To: Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com><br>Subject: Re: doc00980120191029114851.pdf<br><br>Hi Will,<br><br>Yes this is a valid document. This is what I have been working towards for a while. I am hoping to close ASAP to get this done .<br><br>Very Best Regards,<br><br><br>James Blackburn<br>Chief Executive<br><br><br>Overfinch Miami<br><br>1500 Cordova Road, Suite 206<br>Fort Lauderdale, Florida, 33316<br><br>Cell: +1 954 232 7661<br>Office: 954 870 7174<br>Email: james@overfinchmiami.com<br>Web: www.overfinch.com<br><br>Confidentiality Notice: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.<br><br>On Oct 29, 2019, at 14:02, Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com> wrote:<br><br>Hello James,<br><br>I'm interested to know why the date of the agreement is showing 10/3/19 (which would have been several days before default)... and it also mentions the first payment being due on 10/17/19—which has already passed. Additionally, there's no signature for any of this on the document to substantiate you have a pending agreement with whatever entity this is. |
| 10/30/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - He stated that still not received funds-- hopefully by the end of the day. I adv that is becoming his slogan. I adv that at some point, after hearing the same thing every day for 4+ days now, it begins to lose its meaning. I adv that if no funds by end of day, I will be recommending revocation of auction access. He stated that if he pays by Friday or the like then will be resolved regardless. I adv that once submitted for review on auction access-- if he is placed on Uninsurable list and Master 19, it's not easy to get off that list. I adv that takes quite a bit of time to resolve that. I adv that my preference is not create future problems for him to resolve, but I need the funds today or that is the option I need to take obviously. He stated that understands-- promised to call me before end of day with resolution. I adv that hopefully he does.<br>[Collections App comment_id=974a8ed2-c0fa-4ad6-8e5c-d7d86df80d4f] |
| 10/30/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - He stated that still not received funds-- hopefully by the end of the day. I adv that is becoming his slogan. I adv that at some point, after hearing the same thing every day for 4+ days now, it begins to lose its meaning. I adv that if no funds by end of day, I will be recommending revocation of auction access. He stated that if he pays by Friday or the like then will be resolved regardless. I adv that once submitted for review on auction access-- if he is placed on Uninsurable list and Master 19, it's not easy to get off that list. I adv that takes quite a bit of time to resolve that. I adv that my preference is not create future problems for him to resolve, but I need the funds today or that is the option I need to take obviously. He stated that understands-- promised to call me before end of day with resolution. I adv that hopefully he does.<br>[Collections App comment_id=974a8ed2-c0fa-4ad6-8e5c-d7d86df80d4f] |

| Date | Name | Status | Comment |
|---|---|---|---|
| 10/30/2019 | Smith, William | Involuntary Liquidation | Incident status updated: Under Plan -> Non-Compliant<br><br>[Collections App comment_id=2a46f5f2-a751-4bec-832d-a9ae11faff5e] |
| 10/31/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - Still no momentum here-- he stated that has a conference call with the investor at 1pm. I adv that at this point-- I don't think we are going to get this moving. He's been trying for 4 weeks to get *some* of what is owed to us and he has come up with nothing whatsoever. I adv that I am prepared to re-focus my attention at this point and stop providing an amicable opportunity to resolve this. He stated that will have the call at 1pm and will call me by 2pm. I adv that he never calls when he states he will, so I'm doubtful this will be an exception. No resolution at this time.<br>[Collections App comment_id=5489b7e1-1524-4e1a-9d15-798a945a311b |
| 10/31/2019 | Smith, William | Involuntary Liquidation | Please add the following to Master 19:<br><br>AA – 5448050  Overfinch Miami<br><br>Rep # - 101181385  James Michael Charles Blackburn<br><br>Account Balance - $356,956.88<br><br>Default – 4 SOTs<br>[Collections App comment_id=1ad67ea52-b022-40d4-ad72-691e52d8a90b |
| 10/31/2019 | Smith, William | Involuntary Liquidation | Submitted to AIA for Uninsurable List review<br>[Collections App comment_id=1bde7bec-3361-4c41-bfc0-52efcfeb734a] |
| 10/31/2019 | Smith, William | Involuntary Liquidation | ** Received several texts from dealer (James) claiming that he is still on a conference all with the investor-- since 1pm. Claims will call in shortly-- no return call at this time.<br>[Collections App comment_id=6bd7fd1d-8f19-48cc-9708-73c9ea7ed3c0] |
| 10/31/2019 | Smith, William | Involuntary Liquidation | ** Dealer has been making promises to resolve for over 3 weeks now and has not sent anything to date. Submitted to lawsuit queue at this point.<br>[Collections App comment_id=0e6986d5-9a5a-4ae4-b613-34b225e5f047] |
| 10/31/2019 | Smith, William | Involuntary Liquidation | ** Dealer has been making promises to resolve for over 3 weeks now and has not sent anything to date. Submitted to lawsuit queue at this point.<br>[Collections App comment_id=0e6986d5-9a5a-4ae4-b613-34b225e5f047] |
| 10/31/2019 | Smith, William | Involuntary Liquidation | Incident status updated: Non-Compliant -> Suit Pending<br><br>[Collections App comment_id=b0cc9c76-0096-43b1-9da5-2eca7a35a7e5] |
| 10/31/2019 | Smith, William | Involuntary Liquidation | Emailed dealer (James/Edward) *FINAL OPP*:<br>james@overfinchmiami.com<br>ek13@peaksolutionsllc.net<br><br>Hello James and Edward,<br><br>I have tried to contact you or work to resolve things repeatedly in regards to your debt with NextGear Capital. You have been unresponsive, broken arrangements, or have chosen to take no action in regards to my attempts to try and help you. At this time, consider this your final opportunity to email or give me a call directly at #317-740-3458 in order to resolve your debt. I am doing all I can to help you, but things will not get resolved if I am the only one putting forth the effort. We have extended countless opportunities pre-default and post-default for you to repay your debt and you have chosen to break each and every one of those arrangements. The time has come that we are seeking the legal option to recover our loss.<br><br>At this time, you are banned from auction and your account has been submitted to our legal counsel with my recommendation to file a suit against you. In some cases, such as yours (based on the amount of sold units on your floorplan), I will be also recommending a Conversion lawsuit which has the likelihood to triple the total amount of sold out of trust units you owe us. If you wish to stop this and put this matter to a close, please contact me so I can try to help. If not, be well aware that we will put forth every avenue available to us to recover the debt from you through any means we can.<br><br>The choice is yours. I leave it up to you at this point. If you have funds to resolve, now would be the time to do that and contact me with that intention. My direct line is 317-740-3458.<br><br>I hope you will make the right decision and handle your obligation promptly.<br><br>Best of luck to you,<br><br>Will Smith<br><br>Senior Recovery Specialist<br>[Collections App comment_id=61f0fcda-43b9-4d5e-bb4b-21870b380b80] |

| Date | Name | Status | Notes |
|---|---|---|---|
| 11/1/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - NML<br>[Collections App comment_id=7e0cb2bb-5f22-4e15-b1eb-7b7302d69e6d] |
| 11/5/2019 | Smith, William | Involuntary Liquidation | I/C dealer (James) 954-232-7661 - He stated that wants to pay $20k/mos until he potentially finds another way to resolve the debt. I adv that not really interested in a 1.5+ year repayment option. I ? about loan, he stated that still waiting on those funds. James stated that wants to work this out, but cautious about giving any real promises since he is not sure if he can do anything else. I adv that he needs to resolve the debt, regardless of the lawsuit-- because, if we can reach an agreement, I can stop that process to allow for it. He stated that will callback in 24 hours-- if not, please call him at 1pm tomorrow. I adv that is fine.<br>[Collections App comment_id=c1fb2fa8-37a4-4ee9-ac50-0ccf0648Sa4b |
| 11/7/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - LMOVM<br>[Collections App comment_id=94e8631c-0090-4907-a4ed-3f2041946722] |
| 11/8/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - NML<br>[Collections App comment_id=5137e9c5-c1b1-4561-82bb-8e8a1ffd5ff5] |
| 11/8/2019 | Smith, William | Involuntary Liquidation | I/C dealer (James) 954-232-7661 - Spoke to James-- he is upset because the main office terminated his franchise agreement and is not allowing him to sell any further vehicles or operate under their name. He stated that this has caused a lot of issues for him and he won't be able to repay if that is the case. I adv to him that spoke to the PM for the corporate office and he mentioned that they were informed when they tried to floor a vehicle being sold to them by a dealer in NY that was on the floorplan with Overfinch Miami. James requested that I reach out to Alex with Overfinch Corporate and just let him know that he and I have been discussing resolution. I adv that will consider-- but we have not *met* any resolution thus far and I will not state otherwise. James understands.<br>[Collections App comment_id=dfbf97f1-4e26-4630-8974-1403c0b40h75 |
| 11/8/2019 | Smith, William | Involuntary Liquidation | Emailed dealer (Alex #117663):<br>alex.sloane@overfinch.com:<br><br>Hello Alex,<br><br>I spoke briefly with Zach Nolen in regards to the situation with Overfinch Miami and James Blackburn. I've spoke to James several times in regards to the account and am still trying to actively work with him towards resolving the issue.<br><br>When I last spoke to him, he asked if I would be so kind as to email you and let you know that he and I have been communicating frequently. He has not, however, brought any resolution to the situation so far. I'm trying to be optimistic that he might. I'm frankly pretty surprised with where negotiations have brought me after looking into Overfinch in general. I expected that things would be handled promptly, but that is so far not the case. James has told me about a few different options of how he can get our loss taken care of—but I believe his present situation is preventing that.<br><br>I wanted to share that info with you as I told him I would consider. Please don't hesitate to reach out to me should you want to discuss things further or if you have any questions. I can be reach at this email or directly at #317-740-3458.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist<br>[Collections App comment_id=2811b29a-8fdd-40b2-bb1d-73cff19b6d40] |
| 11/11/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - He stated that appreciates me emailing Alex. he stated that he is out of town until tomorrow morning and he will callback then to discuss this further.<br>[Collections App comment_id=0c3b5488-a912-47e7-9cc0-ee7f259ad555] |
| 11/11/2019 | Smith, William | Involuntary Liquidation | ** RECVD Sales docs from another dealer on STK# 7-- James received a wire for $180k on 10/28 for the sale of STK#7. Need to discuss this on next call.<br>[Collections App comment_id=ee2cb3d9-3a7e-48f8-bd76-56f5a8b634b9] |
| 11/11/2019 | Smith, William | Involuntary Liquidation | ** Also have a Bill of Sale for STK# 14-- the vehicle was sold to Long Island Sports Cars LLC on 7/15/19 and then floored with NextGear on 9/19/19 via Rapid Pay.<br>[Collections App comment_id=d7f67a73-bf6d-473f-a4fa-c53deaaf5983] |
| 11/12/2019 | Smith, William | Involuntary Liquidation | Phoned dealer (James) 954-232-7661 - NML<br>[Collections App comment_id=c2012d6e-434e-4cd6-a847-94a3f8ac81be] |

| 11/12/2019 | Smith, William | Involuntary Liquidation | Email exchange with dealer (James): James Blackburn <james@overfinchmiami.com>

Well, in that case… here's where I am with you and this obligation. I feel it is unfortunate you have refused to be forthcoming with the truth. Since you don't want to have a conversation, I'll illustrate the severity of your situation in this email.

It was brought to my attention that you floored a sold unit with us. It was sold in July and floored with us in September with a copy of the title through Rapid Pay. I discussed how I felt this was probably the case with multiple units, but I have documentation to show that it most certainly happened on at least one vehicle.

Additionally, I received documentation that you were wired $180k on 10/28/2019 as you were stating to me that you didn't have anything to send us to resolve your obligation. Interesting considering the wire was from one of our "sold and funded" vehicles. You failed to mention that entirely.

You've created quite the situation for yourself through deception and not being transparent about anything, looking back now, during our negotiation. Those efforts are over.

I find it absolutely ridiculous and frankly, it should be at least, embarrassing for you to continue trying to place blame for your situation on a NextGear employee. Get real with yourself. You floored a vehicle that was already sold and got funded from us for almost $100k. You also got a $180k wire for a $32k unit that you simply kept (less than two weeks ago).

Govern yourself accordingly, James.

-Will

From: James Blackburn <james@overfinchmiami.com>
Sent: Tuesday, November 12, 2019 11:50 AM
To: Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com>
Subject: Zack


Hi Will,

I am just taking off to head back to Fort Lauderdale.

It turns out Zack, your Danville account manager, has taken it upon himself to find out from head office who my new floor plan was with and give him a call bringing him up to date.

Suffice to say he has called yesterday afternoon and cancelled any arrangement we had and ceased dealing with us.

At this point I have nothing to tell you. Can you please forward me a copy of my contract and all relevant documentation we signed when starting our relationship with you.

I believe if it wasn't for Zack this situation would be closer to being resolved. Now after his involvement not only discussing my account with head office but also calling my new financier and discussing the situation with him also provoking him cancelling any arrangement we had in place.

Very Best Regards,


James Blackburn
Chief Executive |

NG000029

| 11/12/2019 | Smith, William | Involuntary Liquidation | Email exchange with dealer (James) :<br>james@overfinchmiami.com<br><br>Where did the $180k wire go, James?<br><br>From: James Blackburn <james@overfinchmiami.com><br>Sent: Tuesday, November 12, 2019 12:23 PM<br>To: Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com><br>Subject: Re: Zack<br><br>Will,<br><br>It is not that I am unwilling to talk to you I am on a flight and can not pick up the phone.<br><br>I am not blaming my situation on anyone but myself and my company. What I am blaming on a member of your staff is the ability to rectify this situation being severely damaged due to his malicious and commercially unreasonable involvement.<br><br>We will continue to try and get this situation resolved as we have been.<br><br><br>Very Best Regards,<br><br><br>James Blackburn<br>Chief Executive<br><br><br>Overfinch Miami<br><br>1500 Cordova Road, Suite 206<br>Fort Lauderdale, Florida, 33316<br><br>Cell: +1 954 232 7661<br>Office: 954 870 7174<br>Email: james@overfinchmiami.com<br>Web: www.overfinch.com<br>[Collections App comment_id=d504050d-d526-4152-87d8-64a2380632e7 |
| 11/12/2019 | Smith, William | Involuntary Liquidation | ** ACH'd principal on STK# 7,8,10,11 since I received a wire confirmation from another dealer that they paid Overfinch Miami $180k wire on 10/28. Attempting to obtain funds since wire destination was the same bank account as on file with us.<br>[Collections App comment_id=6760cfb0-7217-4855-bba3-9a3fa6128530] |

NG000030

| | | | |
|---|---|---|---|
| 11/13/2019 | Smith, William | Involuntary Liquidation | Email exchange with dealer (James):<br><br>Ok will. Noted. Thanks.<br>Very best regards,<br><br>James Blackburn<br>President and Chief Executive<br><br>Premier Aviation Holdings LLC<br>1500 Cordova Road, Suite 206,<br>Fort Lauderdale, Florida, 33316<br><br>Cell: 954 232 7661<br>Office: 954 440 0717<br>Email: info@premieraviationholdings.com<br>Web: www.premieraviationholdings.com<br><br>Confidentiality Notice: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.<br><br>On Nov 13, 2019, at 09:08, Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com> wrote:<br><br>James,<br><br>I'm done with any efforts on this account to assist you—unless it is regarding plans for repayment. I've wasted enough of my time trying to negotiate this debt with you.<br><br>If you are looking for a copy of those/any documents, you and Edward are welcome to review them during the discovery period of your pending lawsuit. I'm not your secretary.<br><br>Thanks,<br>-Will<br><br>From: James Blackburn <james@premieraviationholdings.com><br>Sent: Wednesday, November 13, 2019 8:59 AM<br>To: Smith, Will (CAI - Carmel) <Will.Smith@coxautoinc.com><br>Subject: Documents<br><br>Will can you please provide me with a copy of the documents we signed when signing up. All of the agreements and pertinent documents. |
| 11/13/2019 | Smith, William | Involuntary Liquidation | Additional Master 19:<br><br>Please add the following to Master 19:<br><br>AA – 5448050  Overfinch Miami<br><br>Rep # - 101416135  Samuel Thomas Blackburn<br><br>Account Balance - $356,956.88<br><br>Default – 6 SOTs |

| Date | Name | Type | Comment |
|---|---|---|---|
| 11/14/2019 | Smith, William | Involuntary Liquidation | Emailed consumer/dealer on STK# 7  (Liz Hamilton): Liz@awcontractors.com<br><br>Hello Liz,<br><br>I've tried to call you a couple times at #757-737-1886 to discuss getting this title over to you. Zach Nolen forwarded the information/documents you sent me to review them.<br><br>Please give me a call when you can, I can be reached directly at #317-740-3458.<br><br>Thank you,<br><br>Will Smith<br><br>Senior Recovery Specialist |
| 11/14/2019 | Smith, William | Involuntary Liquidation | ** Dealer entirely non-cooperative-- admits to selling STK# 7 and spending the money on "other financial investors"-- also stated would use his remaining owned inventory to pay them as well. No intentions per conversation with Eric B. to repay this debt voluntarily.<br>[Collections App comment_id=9cac8a77-8bbd-4c3f-9405-3b1d9df19d65] |
| 11/14/2019 | Smith, William | Involuntary Liquidation | Phoned Liz Hamilton back #757-737-1886 - I adv that will get the title over to her for STK# 7 since they paid for the vehicle. I explained situation in her in regards to why the title is in our possession. Liz was extremely grateful for release of title-- provided address for release.<br><br>AW Contractors<br>C/o Liz Hamilton<br>530 Woodlake Cir.  Suite 200<br>Chesapeake, VA  23320<br>757-737-1886<br>[Collections App comment_id=e1209aa3-2ef0-4e14-a9a1-89b4376f1604] |
| 11/15/2019 | Task, CollectionsIncid | Involuntary Liquidation | Phoned Liz Hamilton back #757-737-1886 - I adv that will get the title over to her for STK# 7 since they paid for the vehicle. I explained situation in her in regards to why the title is in our possession. Liz was extremely grateful for release of title-- provided address for release.<br><br>AW Contractors<br>C/o Liz Hamilton<br>530 Woodlake Cir.  Suite 200<br>Chesapeake, VA  23320<br>757-737-1886<br>[Collections App comment_id=e1209aa3-2ef0-4e14-a9a1-89b4376f1604] |
| 11/15/2019 | Task, CollectionsIncid | Involuntary Liquidation | Phoned Liz Hamilton back #757-737-1886 - I adv that will get the title over to her for STK# 7 since they paid for the vehicle. I explained situation in her in regards to why the title is in our possession. Liz was extremely grateful for release of title-- provided address for release.<br><br>AW Contractors<br>C/o Liz Hamilton<br>530 Woodlake Cir.  Suite 200<br>Chesapeake, VA  23320<br>757-737-1886<br>[Collections App comment_id=e1209aa3-2ef0-4e14-a9a1-89b4376f1604] |
| 11/15/2019 | Smith, William | Involuntary Liquidation | ** Released STK# 7 title to AW Contractor C/o Liz Hamilton-- dealer was funded the $180k.<br>[Collections App comment_id=be3fea08-10ac-444e-9cb5-13f7dc780cae] |
| 12/18/2019 | Benfield, Kathryn | Involuntary Liquidation | REDACTED -- ATTORNEY-CLIENT PRIVILEGE |
| 1/21/2020 | Gibson, Michael | Involuntary Liquidation | REDACTED -- ATTORNEY-CLIENT PRIVILEGE |
| 2/19/2020 | Smith, William | Involuntary Liquidation | >> Indiana counsel-- cannot work account.<br>[Collections App comment_id=1a5c5eb6-3545-4ec7-b01a-8f0ed7548409] |

NG000032

| 2/19/2020 | Smith, William | Involuntary Liquidation | *** Category 3 dealer [Collections App comment_id=a06cfadb-abb5-4a7e-ab9e-08ce9fb6125b] |
|-----------|----------------|--------------------------|------------------------------------------------|
| 2/19/2020 | Smith, William | Involuntary Liquidation | *** Category 3 dealer [Collections App comment_id=a06cfadb-abb5-4a7e-ab9e-08ce9fb6125b] |
| 3/31/2020 | Task, CollectionsIncid | Involuntary Liquidation | *** Category 3 dealer [Collections App comment_id=a06cfadb-abb5-4a7e-ab9e-08ce9fb6125b] |
| 4/1/2020 | Gibson, Michael | Involuntary Liquidation | REDACTED -- ATTORNEY-CLIENT PRIVILEGE |
| 4/2/2020 | Mullin, Patrick | Involuntary Liquidation | REDACTED -- ATTORNEY-CLIENT PRIVILEGE |
| 7/1/2020 | Task, CollectionsIncid | Involuntary Liquidation | ADS-Account Review |

NG000033