# Exhibit "M"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. *NextGear*, v. PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER, *Defendants*. | CASE NO. 1:20-cv-00354-TWP-DLP |

## DECLARATION OF STEPHEN SMITH IN SUPPORT OF NEXTGEAR CAPITAL, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Stephen Smith, hereby declare:

1. My name is Stephen Smith. I am over eighteen years of age, I have personal knowledge of the facts recited herein, I am competent to testify to the same at any trial or hearing in this cause, and such facts are true.

2. I am a Manager of Risk & Recovery for NextGear Capital, Inc. ("NextGear").

3. I have access to NextGear's business records, including the business records for and relating to Premier Group Autos, LLC's ("Premier") floor plan line of credit with NextGear. I make this affidavit based upon my review of NextGear's records relating to Premier's floor plan line of credit, including copies of the Note and Guaranty, records stored in NextGear's electronic servicing system, and from my own personal knowledge of how such records are kept and maintained. The floor plan records for Premier are maintained by NextGear in the course of its regularly conducted business activities and are made at or near the time of the event, by or from information transmitted by a

1

person with knowledge. It is NextGear's regular practice to keep such records in the ordinary course of a regularly conducted business activity.

4. I have reviewed the Amended Complaint filed herein, and I am familiar with its contents.

5. According to the business records of NextGear, on or about March 26, 2019, NextGear and Premier Group Autos LLC ("Premier") entered into a Demand Promissory Note and Loan and Security Agreement (the "Note") in the principal sum of $150,000.00. A true and accurate copy of the Note is attached to the Amended Complaint as Exhibit A.

6. According to the business records of NextGear, on or about March 26, 2019, James M. Blackburn ("Blackburn") executed an Individual Personal Guaranty (the "Blackburn Guaranty") in favor of NextGear, whereby Blackburn guaranteed prompt and full payment to NextGear of all obligations of Premier to NextGear pursuant to the Note (the "Guaranteed Obligations"). A true and accurate copy of the Blackburn Guaranty is attached to the Amended Complaint as Exhibit B.

7. According to the business records of NextGear, on or about March 27, 2019, Edward A. Kessler ("Kessler") executed an Individual Personal Guaranty (the "Kessler Guaranty") in favor of NextGear, whereby Kessler guaranteed prompt and full payment to NextGear of all obligations of Premier to NextGear pursuant to the Note (the "Guaranteed Obligations"). A true and accurate copy of the Kessler Guaranty is attached to the Amended Complaint as Exhibit C. Blackburn and Kessler are hereinafter referred to as a "Guarantor." The Blackburn Guaranty and the Kessler Guaranty are hereinafter referred to as the "Guaranty."

8. According to the business records of NextGear, which are kept in the ordinary course of business by individuals with knowledge, and which I have reviewed, NextGear advanced funds to Premier and to one or more third parties on Premier's behalf in order to finance Premier's inventory. The advances pertained to the following vehicles:

| Stk # | Year | Make | Model | VIN | Floor Date | Payee | Purchase Date | Seller | Purchased Amount | Financed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2010 | Mercedes-Benz | Sprinter Passenger Vans | WDZPE8CC1A5491137 | 4/16/2019 | Seller | 4/16/2019 | Manheim Fort Lauderdale | $17,900.00 | $17,900.00 |
| 3 | 2014 | LAND ROVER | RANGE ROVER V8 FFV | SALGS3TFXEA163212 | 4/18/2019 | Buyer | 4/17/2019 | Trade In | $62,500.00 | $40,000.00 |
| 4 | 2019 | LAND ROVER | RANGE ROVER V8 | SALGS2RE6KA546018 | 5/1/2019 | Buyer | 3/15/2019 | Trade In | $176,318.38 | $40,000.00 |
| 5 | 2015 | Mercedes-Benz | S Class | WDDUG8CB2FA140598 | 5/3/2019 | Seller | 5/3/2019 | Manheim Fort Lauderdale | $36,030.00 | $36,030.00 |
| 7 | 2019 | Land Rover | Range Rover | SALGS5RE4KA551428 | 5/9/2019 | Buyer | 5/8/2019 | Trade In | $186,355.56 | $39,999.00 |
| 8 | 2018 | Land Rover | Range Rover Evoque | SALVP2RX6JH295033 | 6/5/2019 | Buyer | 5/16/2019 | Manheim Mississippi | $33,100.00 | $33,100.00 |
| 9 | 2002 | HUMMER | H1 TDSL | 137FA90302E197587 | 7/9/2019 | Buyer | 7/9/2019 | Trade In | $50,000.00 | $28,000.00 |
| 10 | 2002 | HUMMER | H1 TDSL | 137FA84352E197749 | 8/6/2019 | Buyer | 7/8/2019 | Trade In | $55,000.00 | $42,700.00 |
| 11 | 2019 | LAND ROVER | RANGE ROVER V8 | SALGS5RE6KA530077 | 9/10/2019 | Buyer | 9/5/2019 | Trade In | $190,000.00 | $45,000.00 |
| 12 | 2019 | LAND ROVER | RANGE ROVER V8 | SALGS5RE5KA548540 | 9/11/2019 | Buyer | 4/17/2019 | Trade In | $170,000.00 | $99,999.00 |
| 14 | 2019 | Land Rover | Range Rover | SALGS2RE6KA546018 | 9/19/2019 | Buyer | 3/15/2019 | Trade In | $176,054.30 | $95,000.00 |

9. The advances were made by NextGear in conformity with the terms of the Note.

10. The advances have not been fully repaid as agreed, and therefore Premier defaulted pursuant to Paragraph 6 of the Note. Specifically, as of the date of this Declaration, the following vehicles remain unpaid in the following principal amounts, and NextGear has been unable to recover these vehicles:

| Stock Number | Date Floored | Vehicle Description | VIN | Original Amount Advanced | Principal Balance Remaining |
|---|---|---|---|---|---|
| 7 | 5/9/2019 | 2019 Land Rover Range Rover | SALGS5RE4KA551428 | $39,999.00 | $32,489.19 |
| 8 | 6/5/2019 | 2018 Land Rover Range Rover Evoque | SALVP2RX6JH295033 | $33,100.00 | $29,790.00 |
| 10 | 8/6/2019 | 2002 Hummer H1 TDSL | 137FA84352E197749 | $42,700.00 | $42,700.00 |
| 11 | 9/10/2019 | 2019 Land Rover Range Rover V8 | SALGS5RE6KA530077 | $45,000.00 | $45,000.00 |
| 12 | 9/11/2019 | 2019 Land Rover Range Rover V8 | SALGS5RE5KA548540 | $99,999.00 | $99,999.00 |
| 14 | 9/19/2019 | 2019 Land Rover Range Rover | SALGS2RE6KA546018 | $95,000.00 | $95,000.00 |
| | | | TOTAL | | $344,978.19 |

11. NextGear owns and holds the Note.

3

12. As a result of the occurrence and continuance of an Event of Default (as that term is defined in the Note) under the Note, NextGear declared the entire indebtedness under the Note (the "Indebtedness") to be due and owing.

13. As a result of Premier's default, NextGear has incurred and continues to incur expenses under the Note, including, without limitation, attorneys' fees and costs, all of which NextGear is entitled to recover under the Note.

14. Despite demand for payment by NextGear, Premier has failed or refused to make payments for the amounts due and owing under the Note.

15. Interest continues to accrue on the Indebtedness owed by Premier to NextGear.

16. Pursuant to the Guaranty, each Guarantor is liable to NextGear for payment of the entire Indebtedness.

17. All conditions precedent to the right of NextGear to recover under the Note and the Guaranty have occurred or have been waived.

18. Under the terms of the Guaranty, Guarantor waived, *inter alia*, the right to receive notice of demand of any kind.

19. The Guaranty provides for the recovery by NextGear of all costs of collection and reasonable attorneys' fees, including attorney's fees and costs incurred to enforce the Guaranty.

20. According to the business records of NextGear, as of January 26, 2022, the Indebtedness totals $429,070.39, without attorney's fees and costs. This consists of the following amounts:

| Category | Amount |
|---|---|
| Principal Balance | $ 344,978.19 |
| Floor Plan Fees | $ 2,118.50 |
| Pre-Write Off Interest (through 3/30/2020) | $ 20,222.59 |

4

| | |
|---|---|
| Post-Write Off Interest (3/31/2020 to 1/26/2022) | $ 52,314.00 |
| Other Vehicle-Specific Fees, Including Collateral Protection and Late Fees | $ 8,607.21 |
| Collateral Audit Fees | $ 190.00 |
| Filing Fees and Service of Complaints | $ 564.90 |
| NSF Fees | $ 75.00 |
| **TOTAL:** | **$ 429,070.39** |

21. The report I relied upon in calculating the Indebtedness is attached to this Declaration as Exhibit "1." The information contained in this report is recorded in the ordinary course of regularly conducted business activities of NextGear by individuals with knowledge of such information, whose regular business practice is to record such information at the time the information is obtained.

22. Exhibit 1 also contains additional detail concerning the further breakdown of the figures heretofore stated, including all principal, interest, fees, and other charges on Premier's account with NextGear, itemized by vehicle.

**I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on January 31, 2022 in Westfield, IN.

_____
Stephen Smith

4302900

5

# EXHIBIT "1"

## Balance Calculation for Written Off Account Report

Dealer: Overfinch Miami(▆▆▆▆)
Requested by: MAN\GARY.HOKE
Report Date: Wed 1/26/2022 12:56:38 PM

### Summary

| Written Off Principal Interest And Fees | Written Off Account-Level Charges | Post Writeoff Interest | Post Write Off Payments | Total |
|---|---|---|---|---|
| $ 375,926.49 | $ 829.90 | $ 52,314.00 | $ 0.00 | $ 429,070.39 |

### Written Off Principal, Interest, and Fees

| Flr. Date | WO Date | Days | VS | Vehicle Description | Color | VIN | Stk # | TS | Disb | Original Amount | Principal Balance | One Day Loan Bal | Floorplan Fee Bal | Interest Bal | CPP Bal. | Other Fee Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/19 | 03/30/20 | 326 | SOT | 2019 Land Rover Range Rover | Black | 551428 | 7 | TR | B | $39,999.00 | $32,489.19 | $0.00 | $45.00 | $1,883.68 | $636.98 | $90.00 | $35,144.85 |
| 06/05/19 | 03/30/20 | 299 | SAU | 2018 Land Rover Range Rover Evoque | White | 295033 | 8 | FR | B | $33,100.00 | $29,790.00 | $0.00 | $90.00 | $2,023.89 | $695.10 | $175.00 | $32,773.99 |
| 08/06/19 | 03/30/20 | 237 | SAU | 2002 HUMMER H1 TDSL | Green | 197749 | 10 | FR | B | $42,700.00 | $42,700.00 | $0.00 | $378.50 | $2,906.84 | $911.65 | $373.00 | $47,269.99 |
| 09/10/19 | 03/30/20 | 202 | SAU | 2019 LAND ROVER RANGE ROVER V8 | Gray | 530077 | 11 | AS | B | $45,000.00 | $45,000.00 | $0.00 | $300.00 | $2,571.84 | $661.50 | $188.00 | $48,721.34 |
| 09/11/19 | 03/30/20 | 201 | SAU | 2019 LAND ROVER RANGE ROVER V8 | Gray | 548540 | 12 | AS | B | $99,999.00 | $99,999.00 | $0.00 | $665.00 | $5,678.81 | $2,134.98 | $458.00 | $108,935.79 |
| 09/19/19 | 03/30/20 | 193 | SOT | 2019 Land Rover Range Rover | White | 546018 | 14 | AS | B | $95,000.00 | $95,000.00 | $0.00 | $640.00 | $5,157.53 | $1,995.00 | $288.00 | $103,080.53 |
| **Total for Dealer #** ▆▆▆▆ | | | | | | | | | | **$355,798.00** | **$344,978.19** | **$0.00** | **$2,118.50** | **$20,222.59** | **$7,035.21** | **$1,572.00** | **$375,926.49** |

**Total Unit Count** 6

### Written Off Account-Level Charges

| Fee Type | Description | Date Incurred | WO Date | Amount |
|---|---|---|---|---|
| NSF | | 03/30/2020 | 03/30/2020 | $25.00 |
| Legal (Account) | WL14024 | 03/30/2020 | 03/30/2020 | $182.60 |
| NSF | | 03/30/2020 | 03/30/2020 | $25.00 |
| Legal (Account) | WL14023 | 03/30/2020 | 03/30/2020 | $107.60 |
| Legal (Account) | WL14022 | 03/30/2020 | 03/30/2020 | $112.60 |
| Collateral Audit | Audit Date: 10/3/2019 12:00:00 AM | 03/30/2020 | 03/30/2020 | $95.00 |
| Legal (Account) | Hamilton County Filing Fee | 03/30/2020 | 03/30/2020 | $162.10 |

| Fee Type | Description | Date Incurred | WO Date | Amount |
|---|---|---|---|---|
| NSF | | 03/30/2020 | 03/30/2020 | $25.00 |
| Collateral Audit | Audit Date: 9/10/2019 12:00:00 AM | 03/30/2020 | 03/30/2020 | $95.00 |
| **Totals for Dealer #** | | | | **$829.90** |

**Post Write Off Interest**

| Dealer Name and Number | Market Name | Market # | Date Written Off | Post Writeoff Interest |
|---|---|---|---|---|
| Overfinch Miami( ) | Ft. Lauderdale North | 328 | 03/30/2020 | $52,314.00 |

**Post Write Off Payments**

| Dlr # | Dealer Name | Region | Market | Dealer Finance Program | Risk Contact | Incident Status | Receipt # | Payment Date | Write Off Date | Written Off Recovery Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals for Dealer #** | | | | | | | | | | |