# Exhibit "N"



**OVERFINCH**
— NORTH AMERICA —

**Premier Group Autos LLC**
1500 Cordova Road
Suite 206
Fort Lauderdale, Florida 33316

**Post and email (james@premieraviationholdings.com)**

Our ref: Premier Auto
Your ref:  Overfinch

08 November 2019

Dear sirs

**Overfinch Miami**

As per the discussions and terms of the distribution agreement, the minimum Overfinch product spend for the initial term of the agreement is $1.5 million.  This was to be spread across 12 months in equal amounts.  We are now in month 11 of the agreement and your Overfinch product spend thus far equates to approximately $557,326.74.   In view of this and the fact that there aren't regular monthly orders being placed we write to provide you with 30 days' notice to terminate the distribution agreement.  It shall therefore terminate on 8th December 2019.

Due to the recent transactions that we have become aware of relating to the financing of vehicles, we shall suspend all existing business / transactions with you and you should not trade under or using the Overfinch brand with immediate effect, pending the outcome of the investigations.

In respect of your use of the trading name 'Overfinch Miami' and any stationary and / marketing material bearing the use of the trading name and your contact details you should discontinue any use immediately, pending the outcome of the investigations, but in any event this should be returned to us or before midnight on 8th December 2019.  Further, we are aware that you registered the domain name www.overfinchmiami.com.  We kindly request that you arrange for the transfer of this domain to Overfinch North America Inc.  As you are aware the Overfinch trademark is registered in United States of America in a number of classes and you are not licenced or authorised to use the Overfinch mark, without our consent.

Should you wish to discuss the content of this notice further, please respond in writing to leah.shah@overfinch.com and alex.sloane@overfinch.com .

Yours faithfully

**Overfinch North America Inc.**



Exhibit _34_
Witness _Kesslee_
Date _10/29/21_ ETL

Overfinch Product Development and Engineering Facility: 500 Stinson Drive, Danville, Virginia, 24540
Mailing/Billing address: Overfinch, PO Box 3555, Danville, VA 24543

T 1-866-5050-411  I  E inquiries@overfinch.com  I  W overfinch.com

**PAG-B0565**