# Exhibit "R"

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 2 of 11 PageID #: 1167

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

```
             UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF INDIANA


NEXTGEAR CAPITAL, INC.,    )
                           )
       Plaintiff,          )
                           )   CASE NO.
vs.                        )   1:20-cv-00354-TWP-DLP
                           )
                           )
PREMIER GROUP AUTOS, LLC,  )
JAMES M. BLACKBURN, and    )
EDWARD A. KESSLER,         )
                           )
       Defendants.         )
```

THE DEPOSITION UPON ORAL EXAMINATION OF

A R T U R O   M A Y O R A L,

a witness produced and sworn before me, Donna T. Feider, a Notary Public at large in and for the State of Indiana, taken on behalf of the Defendant, at the offices of Bose McKinney & Evans, LLP, 111 Monument Circle, Suite 2700, Indianapolis, Marion County, Indiana, on Thursday, the 22nd day of July, 2021, commencing at approximately 10:05 a.m., pursuant to the Federal Rules of Trial Procedure, pursuant to Notice.

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 3 of 11 PageID #: 1168

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

2

A P P E A R A N C E S

FOR THE PLAINTIFF NEXTGEAR CAPITAL, INC.:

    Brian Jones, Esq.
    BOSE MCKINNEY & EVANS, LLP
    111 Monument Circle
    Suite 2700
    Indianapolis, IN  46204
    b.jones@boselaw.com


FOR THE DEFENDANT EDWARD A. KESSLER:

    Jason R. Delk, Esq.
    DELK MCNALLY
    211 South Walnut Street
    Muncie, IN  47305
    delk@delkmcnally.com


FOR THE DEFENDANTS PREMIER GROUP AUTOS, LLC
AND JAMES M. BLACKBURN:

    Richard A. Rocap, Esq.
    ROCAP LAW FIRM
    10293 North Meridian Street
    Suite 175
    Carmel, IN  46290
    rar@rocap-law.com


ALSO PRESENT:

    Gary Hoke
    Edward A. Kessler (telephonically)




*

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 4 of 11 PageID #: 1169

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

5

1        (The witness is sworn by the court

2        reporter at 10:05 a.m., at which time the

3        following proceedings are had:)

4

5              A R T U R O   M A Y O R A L,

6         having been duly sworn to tell the

7         truth, the whole truth and nothing but

8         the truth relating to said matter, is

9         examined and testifies as follows:

10 DIRECT EXAMINATION,

11     QUESTIONS BY MR. DELK:

12 Q.   Good morning.  If you could state and spell

13      your name for the record, please.

14 A.   Yes.  My name is Arturo Mayoral, A-R-T-U-R-O,

15      last name M-A-Y-O-R-A-L.

16 Q.   And, Mr. Mayoral, how old are you?

17 A.   Fifty-five.

18 Q.   And your date of birth?

19 A.   February 22, 1966.

20 Q.   Have you ever had your deposition taken

21      before?

22 A.   First time.

23 Q.   All right.  So I'm going to try to lay some

24      ground rules for us to make sure we have a

25      good, clean record today because obviously

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 5 of 11 PageID #: 1170

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

50

```
 1  A.   At least five times.
 2  Q.   Prior to April, I think it's -- prior to
 3       April 18, 2019, have you ever met Mr. Kessler
 4       in person?
 5  A.   No.
 6  Q.   Have you ever met Mr. Kessler in person?
 7  A.   I was introduced to a person that introduced
 8       themself as Mr. Kessler.
 9  Q.   Okay.  What do you mean by that?
10  A.   We walked into a conference room.
11       Mr. Blackburn said, "This is Ed Kessler."
12            "Pleasure meeting you, Ed Kessler."  And
13       that was it.  That's the only time I've seen
14       him.
15  Q.   What did you do to verify Mr. Kessler's
16       identity at the time you walked into that
17       conference room?
18  A.   I looked at the driver's license picture, had
19       a semblance.  The signature looked very
20       similar.  I have no doubt, no reason to doubt
21       that it wasn't Mr. Kessler.
22  Q.   Okay.  So you looked at his license or a
23       picture of his license?
24  A.   A picture of his license.
25  Q.   So you looked at -- and was it in color or
```

Case 1:20-cv-00354-TWP-DLP Document 115-19 Filed 01/31/22 Page 6 of 11 PageID #: 1171

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

51

```
 1        black and white?
 2  A.    Black and white.
 3  Q.    So you looked at a black-and-white picture of
 4        Mr. Kessler's license, and then you looked at
 5        the person sitting in that conference room,
 6        and you believe it was the same person?
 7  A.    Correct.
 8  Q.    Let me ask it a different way.  Was it the
 9        same person?
10  A.    I don't know.
11  Q.    All right.  So help me understand that.  You
12        believe it was the same person, but when I
13        asked if it was the same person, you say, "I
14        don't know."  Help me understand that.
15  A.    I have no way of knowing if it was the same
16        person or not.  I mean, they represented to
17        me that person.  I had no reason to believe
18        otherwise.
19  Q.    Well, you looked at the picture of the
20        license, right?  Yes?
21  A.    Yes.
22  Q.    And did you look at his face?
23  A.    Yes.
24  Q.    Was it the same person in the photo, yes or
25        no?
```

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 7 of 11 PageID #: 1172

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

52

1  A.  Yes. It looked the same.
2  Q.  Okay. All right. So then -- let me ask you
3      this, though. During the notary process, you
4      said you need a driver's license. In your
5      training, did your training ever teach you it
6      was acceptable to use a copy or a picture of
7      a driver's license in lieu of the actual
8      driver's license?
9  A.  Always.
10 Q.  Always what?
11 A.  We always take copies of licenses. Because
12     how are you going to get the real license to
13     corporate when the person's in Florida? So
14     we get scanned licenses, and we send them to
15     corporate.
16 Q.  Okay.
17 A.  They determine if it's a real license or not.
18 Q.  I understand. But, so I'm talking about when
19     you're there, in general -- we're not talking
20     about this specific day in question, but in
21     general -- when you're getting a Power of
22     Attorney document notarized by these
23     individuals, do you ask for their actual
24     license to see it in person?
25 A.  It depends if I'm carrying the documents with

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 8 of 11 PageID #: 1173

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

53

1         me that were submitted prior.
2    Q.   Okay.
3    A.   It depends if the person is known to me.
4    Q.   Okay.
5    A.   Or if the person volunteers the license.
6    Q.   All right.  And in this specific case with
7         Mr. Kessler and Mr. Blackburn, you can't
8         recall whether or not you asked for an actual
9         copy of their license?
10   A.   I know I didn't with Mr. Blackburn because he
11        was known to me.
12   Q.   Right.  You said that.  Thank you.  And then
13        Mr. Kessler?
14   A.   I believe I used the photocopy that I had.
15   Q.   And it was, again, to be clear, a
16        black-and-white photocopy?
17   A.   Correct.
18   Q.   And how did you get the black-and-white
19        photocopy of Mr. Kessler's license?
20   A.   It was submitted to me with the application
21        documents.
22   Q.   And who submitted that to you?
23   A.   I believe it came from Mr. Blackburn.  I
24        would have to check my records.
25             (Whereupon Exhibit No. 1 is marked for

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 9 of 11 PageID #: 1174

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

196

1 contemporaneously with the Power of Attorney
2 being signed?
3 A. It could have been a mistake on behalf of
4 NextGear, a miscommunication, but, I mean, I
5 can't distort reality. The reality is that I
6 did have a picture of his license.
7 Q. All right. But reality is you didn't take a
8 picture of it?
9 A. I did not, no.
10      MR. DELK: All right. Nothing further.
11      MR. JONES: Anything?
12      MR. ROCAP: Nothing else.
13      MR. JONES: Again, mark it as
14 confidential, please, and we'll take an
15 e-tran.
16
17      (The proceedings are concluded at 3:22
18 p.m.)
19
20
21
22
23
24
25

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 10 of 11 PageID #: 1175

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

197

```
        UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF INDIANA


NEXTGEAR CAPITAL, INC.,    )
                           )
      Plaintiff,           )
                           ) CASE NO.
vs.                        ) 1:20-cv-00354-TWP-DLP
                           )
                           )
PREMIER GROUP AUTOS, LLC,  )
JAMES M. BLACKBURN, and    )
EDWARD A. KESSLER,         )
                           )
      Defendants.          )
```

I, ARTURO MAYORAL, state that I have read the foregoing transcript of the testimony given by me on July 22, 2021, at my deposition;

That said transcript constitutes a true and correct record of the testimony given by me at said deposition except as so indicated on the errata sheet(s) provided herein.


FURTHER THE DEPONENT SAITH NOT


_____          _____
ARTURO MAYORAL                          DATE




            SMITH REPORTING
    400 NORTH HIGH STREET, SUITE 200
         MUNCIE, INDIANA  47305
         info@smithreporting.net

Case 1:20-cv-00354-TWP-DLP   Document 115-19   Filed 01/31/22   Page 11 of 11 PageID #: 1176

Arturo Mayoral - CONFIDENTIAL - July 22, 2021
Nextgear Capital v. Premier Group Autos, et al.

198

STATE OF INDIANA    )
                    ) ss.
COUNTY OF HANCOCK   )

CERTIFICATE OF COURT REPORTER

I, Donna T. Feider, the undersigned Court Reporter and Notary Public, residing and maintaining offices in the City of Greenfield, County of Hancock, State of Indiana, do hereby certify:

That at the time and place described in this transcript, the deponent, ARTURO MAYORAL, presented himself before me for administration of an oath of truthfulness, which oath I then administered;

That I then reported to the best of my ability in machine shorthand all of the words spoken by all parties in attendance during the course of the ensuing proceedings, including objections, if any, made by all counsel present;

That I later reduced my stenographic notes into the foregoing typewritten form, which typewritten transcript is a true record of the testimony given by this witness as stated above;

I do further certify that I am a disinterested person in this cause of action, that I am not a relative or attorney or employee of any of the parties, that I am not a relative of an employee of such attorney or counsel, and that I am not financially interested in this action.

IN WITNESS WHEREOF, I have affixed my Notarial Seal and subscribed my signature this 9th day of August, 2021.

_____
DONNA T. FEIDER, Notary Public

County of Residence:  Hancock
My Commission Expires:  June 3, 2029

