# Exhibit "T"

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants.* | CASE NO. 1:20-cv-00354-TWP-DLP |

## DECLARATION OF BRIAN JONES IN SUPPORT OF NEXTGEAR CAPITAL, INC.'S MOTION FOR SUMMARY JUDGMENT

Brian Jones, being duly sworn upon his oath, states as follows:

1. I am a partner with Bose McKinney & Evans LLP, counsel for NextGear Capital, Inc. ("NextGear") in this matter. I submit this declaration in support of NextGear's Motion for Summary Judgment (the "Motion"). I have personal knowledge of the matters stated herein, and they are all true and correct.

2. Exhibit "A" to NextGear's Designation of Evidence in Support of its Motion for Summary Judgment (hereinafter, the "Designation") is a true and correct copy of the Demand Promissory Note and Loan and Security Agreement between NextGear and Premier Group Autos, LLC ("Premier"). This document was attached as Exhibit "A" to NextGear's Amended Complaint.

3. Exhibit "B" to the Designation is a true and correct copy of the Blackburn Guaranty. This document was attached as Exhibit "B" to NextGear's Amended Complaint.

4. Exhibit "C" to the Designation is a true and correct copy of the Kessler Guaranty. This document was attached as Exhibit "C" to NextGear's Amended Complaint.

5. Exhibit "D" to the Designation are true and correct excerpts from the Deposition of Edward Kessler.

6. Exhibit "E" to the Designation are true and correct excerpts from the Deposition of James Blackburn. Blackburn testified in both his individual capacity and as the corporate representative of Premier.

7. Exhibit "F" to the Designation is a true and correct copy of the Nov. 5, 2018 Letter Agreement between Blackburn and Kessler.

8. Exhibit "G" to the Designation is a true and correct copy of the Overfinch Agreement between Overfinch and Premier.

9. Exhibit "H" to the Designation is a true and correct copy of the Dec. 3, 2018 Kessler Loan Agreement.

10. Exhibit "I" to the Designation is a true and correct copy of the March 11, 2019 Kessler Parents Loan Agreement.

11. Exhibit "J" to the Designation is a true and correct copy of the March 26, 2019 Analysis Email from Kessler's lawyer.

12. Exhibit "K" to the Designation is a true and correct copy of the Vehicle History Report (Stock Number) 2.

13. Exhibit "L" to the Designation is a true and correct copy of NextGear's Collection Management Notes for Premier.

14. Exhibit "M" to the Designation is a true and correct copy of the Declaration of Stephen Smith and its accompanying exhibit.

15. Exhibit "N" to the Designation is a true and correct copy of the Nov. 2019 Overfinch Letter to Premier.

16. Exhibit "O" to the Designation is a true and correct copy of the March 5, 2020 Complaint filed in *Edward Kessler, et al. v. James Blackburn, et al.*, No. 104416149, In the Circuit Court of the Seventeenth Judicial District in and for Broward County, Florida.

17. Exhibit "P" to the Designation is a true and correct copy of NextGear's Second Amended Responses to Kessler's Interrogatories.

18. Exhibit "Q" to the Designation is a true and correct copy of the Power of Attorney executed by James Blackburn on behalf of Premier.

19. Exhibit "R" to the Designation are true and correct excerpts from the Deposition of Arturo Mayoral.

20. Exhibit "S" to the Designation is a true and correct copy of the April 16, 2019 Manheim Bill of Sale.

**I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on January 31, 2022, in Zionsville, Indiana.

_____
BRIAN JONES