## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** | |
| *Plaintiff*, | |
| v. | CASE NO. 1:20-cv-00354-TWP-DLP |
| **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** | |
| *Defendants.* | |

## ORDER GRANTING NEXTGEAR CAPITAL, INC.'S MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered NextGear Capital, Inc.'s Motion for Summary Judgment. After reviewing the motion, the brief, the designated evidence, the responses, the replies, and the file, the Court finds that the Motion should be in all things **GRANTED**.

Accordingly, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

Dated: _____, 2022

_____
**JUDGE, UNITED STATES DISTRICT COURT**

Distribution:

All counsel of record