# Exhibit "S"



# BILL OF SALE

**THIS IS NOT AN INVOICE**  **DOCUMENT NOT VALID FOR EXPORT**

| | | | |
|---|---|---|---|
| **719 MANHEIM FORT LAUDERDALE**<br>5353 S STATE ROAD 7<br>DAVIE, FL 33314 US | **Sale Date**<br>16-APR-2019 10:19:48 | **Vehicle Purchase Price** | |
| | | **Sale Price** | $ 17,400.00 |
| | | **Adjustments** | $ 0.00 |
| | **Yr Wk Ln Rn**<br>2019-16-18-83 | **Final Sale Price** | $ 17,400.00 |
| Please refer to the vehicle release for the pickup location | **Sale Type**<br>In-Lane | **Seller**<br>TMT AUTO WHOLESALE INC<br>4701 SW 45TH ST BLDG 4 BAY 6<br>DAVIE, FL 33314 US | **Buyer**<br>OVERFINCH MIAMI<br>11 SW 12TH AVE STE 103 BLDG 59<br>DANIA BEACH, FL 33004 US |
| | | Seller Rep:<br>*Signature on file* | Buyer Rep: MADERO, DANIEL<br>*Signature on file* |

**Vehicle Information**
2010 Mercedes-Benz Sprinter Passenger Vans
VAN  Black Two-Wheel Drive
WDZPE8CC1A5491137

Mileage: 64548 Miles     0

License Plate No:

**Auction Lights**
BLUE        Title Absent
GREEN      Buyer protection to conditions

**Title Information**
State: FL    Number: 1

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership.  Failure to complete or providing false information may result in fines and/or imprisonment.

**Vehicle Features**
V6 Cylinder Engine
A/T
Power Steering
Cloth Seats
A/C
Power Windows
Power Door Locks
Rear Defrost
Driver Air Bag
no emissions

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
 ACTUAL MILES

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties.  See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 29-Jan-2022 07:59:57

NG002527