IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| Defendants | ) |

**DEFENDANT/COUNTERCLAIMANT, EDWARD A. KESSLER'S, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant/Counterclaim, Edward Kessler (hereinafter "Kessler"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves the Court for Judgment in his favor against Counterclaim Defendant, NextGear Capital, Inc., on Court III of Kessler's Counterclaim.  As set forth in the contemporaneously filed Memorandum of Law, there are no genuine issues of material fact on Count III of Kessler's Counterclaim, and as a result, summary judgment should be entered in favor of Kessler.

WHEREFORE, Kessler respectfully requests judgment in his favor on Count III of the Counterclaim, an award of damages against NextGear Capital, an award of attorney's fees and for all other just and proper relief in the premises.

        Respectfully submitted,

        DELK McNALLY LLP

        */s/ Jason R. Delk*
        Jason R. Delk, Atty. No. 24853-18
        *Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 31st day of January, 2022.

        */s/ Jason R. Delk*
        Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com