IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,** | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| **PREMIER GROUP AUTOS, LLC,** | ) |
| **JAMES M. BLACKBURN, and** | ) |
| **EDWARD A. KESSLER,** | ) |
| Defendants | ) |

**DEFENDANT/COUNTERCLAIMANT, EDWARD A. KESSLER'S, DESIGNATION OF EVIDENCE IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Edward A. Kessler, by counsel Delk McNally LLP, hereby designates the following evidence in support of his Motion for Partial Summary Judgment:

1. Exhibit A: Excerpts from the Deposition of Edward A. Kessler

    - Pages: 9-10, 24-26, 31, 34, 39-41, 44-45, 49-55, 60, 62, 67-68, 76-77, 81-83, 86-87, 93, 99-107, 110-111. 115-119, 122-124, 134-138, 140, 142, 144-145, 147, 170, 197-198, 206-207, 209-210, 216

    - Deposition Exhibits: 20-21, 31-34, 37

2. Exhibit B: Excerpts from the Deposition of Andrew Gregory Ramey

    - Pages: 5-6, 11, 16, 20-21, 24-32, 41-46, 53-55, 66-78, 86-91, 94, 97-98

    - Deposition Exhibits: 10, 17-18, 41-42

3. Exhibit C: Excerpts from the Deposition of Arturo Mayoral

    - Pages: 5-6, 9-10,15-16, 18, 20-21, 23, 26, 28-30, 32, 36-41, 44, 46-51, 53, 55-56, 58, 63-65, 69, 76, 81, 84, 88-92, 94-104, 109-115, 118-120, 129-132, 135-136, 140-143, 151-156, 158-161, 165, 169-170, 173-174, 181-182, 185

    - Deposition Exhibits: 1-5, 8-9, 12-14, 16-17

4. Exhibit D: Excerpts from the Deposition of James M. Blackburn (Volume I)

- Pages: 78, 81, 85, 87-88, 127-128, 131

- Deposition Exhibits: 4, 9, 22, 30

5. Exhibit E: Excerpts from the 30(B)(6) Deposition of James M. Blackburn on behalf of Premier Group Autos (Volume II)

    - Pages: 174, 183, 188-189, 193-195, 209-210, 216

    - Deposition Exhibits: 3, 8-9, 36

6. Exhibit F: NextGear Capital, Inc.'s Objections and Answers to Edward A. Kessler's First Interrogatories

7. Exhibit G: NextGear Capital, Inc.'s Second Amended Objections and Answers to Edward A. Kessler's First Interrogatories

8. Exhibit H: NextGear Capital, Inc.'s Responses to Edward A. Kessler's First Request for Admission

9. Exhibit I: NextGear Capital, Inc.'s Amended Responses to Edward A. Kessler's First Request for Admission

10. Exhibit J: Affidavit of Edward A. Kessler with Exhibits

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 31th day of January, 2022.

                                    */s/ Jason R. Delk*
                                    Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com