IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES BLACKBURN, and ) | |
| EDWARD A. KESSLER, ) | |
| Defendants ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

NextGear Capital, Inc. ("NextGear"), Premier Group Autos, LLC ("Premier"), James Michael C. Blackburn ("Blackburn") and Edward A. Kessler ("Kessler"), all by counsel, respectfully agree and move the Court to grant an extension of time for the filing of responses to the motions for summary judgment filed by NextGear and Kessler, in this matter, and in support thereof, state as follows:

1. Plaintiff filed its motion for summary judgment on January 31, 2022.

2. Kessler filed his motion for summary judgment on January 31, 2022.

3. The responses of Premier, Blackburn and Kessler to NextGear's motion are due to be filed on or before February 28, 2022.

4. The responses of Premier, Blackburn and NextGear to Kessler's motion are due to be filed on or before February 28, 2022.

5. Due to the press of other business, counsel for Blackburn and Premier has not yet had time to complete work on their response.

6. Further, counsel for Blackburn and Premier will be on a family vacation with his daughter,

out of the country, from February 19, 2022 through February 27, 2022.

7. Counsel for all parties have consulted and agreed to extend the time for all responses to all motions to be filed, so long as the extension is uniform and applies to all the responses of all parties.

8. An extension of time for all responses to March 28, 2022 is requested.

9. The extension is being requested in the interests of justice and judicial economy and not for purposes of delay.

Wherefore, the parties pray that this motion be granted and for all other relief necessary and proper in the premises.

Respectfully submitted:

/s/ David J. Jurkiewicz
David J. Jurkiewicz (# 18018-53)
Brian S. Jones (#29578-49)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
djurkiewicz@boselaw.com
b.jones@boselaw.com
*Attorneys for NextGear Capital, Inc.*

/s/ Jason R. Delk
Jason R. Delk (# 24853-18)
DELK MCNALLY, LLP
211 S. Walnut Street
Muncie, IN  47305
delk@delkmcnally.com

*Attorney for Edward A. Kessler*

/s/ Richard A. Rocap
Richard A. Rocap (#6333-49)
ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
rar@rocap-law.com

*Counsel for Premier Group Autos, LLC and James Blackburn*

Rocap Law Firm llc
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2022, a true and correct copy of the above and foregoing *Motion for Extension of Time* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

       /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

Rocap Law Firm llc
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com