IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES BLACKBURN, and ) | |
| EDWARD A. KESSLER, ) | |
| Defendants ) | |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

All parties, by their respective counsel, have moved the Court, for an extension of time for all parties to respond to the motions for summary judgment filed by Plaintiff and Edward A. Kessler, in this matter.

The Court, being duly advised now GRANTS said motion and extends the time for all parties to respond to the motions for summary judgment filed by Plaintiff and Edward A. Kessler. All responses, by any party, to the pending motions for summary judgment of Plaintiff and Edward A. Kessler, shall be filed on or before March 28, 2022.

Dated:_____                            _____
                                                  Magistrate, United States District Court

*Distribution to all registered users by CM/ECF*

1