# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants.* | CASE NO. 1:20-cv-00354-TWP-DLP |

## NEXTGEAR CAPITAL, INC.'S
## FINAL WITNESS AND EXHIBIT LISTS

NextGear Capital, Inc. ("NextGear"), Plaintiff, submits the following Final Witness and Exhibit Lists.

## WITNESSES

At the trial of this cause, Plaintiff may call any or all of the following:

| WITNESS | SUBJECT OF EXPECTED TESTIMONY |
|---|---|
| James Blackburn | Mr. Blackburn is a defendant in this case and likely has knowledge of his dealings with NextGear and the other defendants. |
| Edward Kessler | Mr. Kessler is a defendant in this case and Director of Operations of Premier Group Auto, LLC and likely has knowledge of his dealings with NextGear and the other defendants. |
| Claudia Coelle | Ms. Coelle is a Portfolio Manager for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| William Smith | Mr. Smith is a Senior Recovery Specialist for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Ashlee Augustinovicz | Ms. Augustinovicz is a Lead Risk Manager II for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Zack Nolen | Mr. Nolen is a Portfolio Manager for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |

| | |
|---|---|
| Stephen Smith | Mr. Smith is a Manager of Risk and Recovery for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Eric Brown | Mr. Brown is a Senior Manager of Risk and Recovery for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Patrick Mullin | Mr. Mullin is a Lead Risk Manager II for NextGear and may have knowledge regarding NextGear's dealings with the defendants. |
| Arturo Mayoral | Mr. Mayoral is a Senior Client Solutions Executive for NextGear and has knowledge regarding NextGear's dealings with the defendants, particularly the formation of defendants' agreements with NextGear. |
| Andrew Ramey | Mr. Ramey is the Manager of Lending Services for NextGear and likely has knowledge regarding NextGear's dealings with the defendants as well as NextGear's policies and practices. |
| Andrew James | Mr. James is a Lot Auditor for DataScan and may have knowledge regarding lot audits conducted at Premier Group Autos, LLC's car dealership of vehicles floor planned by NextGear. |
| Mike Moore | Mr. Moore is a Lot Auditor for DataScan and may have knowledge regarding lot audits conducted at Premier Group Autos, LLC's car dealership of vehicles floor planned by NextGear. |
| Liz Hamilton | Ms. Hamilton purchased a 2019 Land Rover from the defendants and may have knowledge regarding that purchase. |

Additionally, Plaintiff may also call:

1. Any person identified by any party, or in any discovery response or deposition in this cause.

2. Any person listed by any other party as a witness in this cause.

3. Any witness required to authenticate documents.

Further, Plaintiff reserves the right to call additional witnesses for use in presenting rebuttal evidence.

**EXHIBITS**

At the trial of this cause, Plaintiff may introduce the following exhibits:

1. All exhibits attached to the Complaint, including the Demand Promissory Note and Loan and Security Agreement, and all amendments thereto, UCC Financing Statement, Individual Personal Guaranties, and SOT Report.

2. All Advance Schedules, ACH Authorization and Request form, and all relevant Rate, Fee and Term Schedules for the applicable Finance Program, for each month since the Note was executed.

3. All affidavits received from consumers and exhibits thereto, including all bills of sale for the SOT Vehicles (as defined in the Complaint).

4. Any Retail Installment Contract between Defendants and the purchasers of the SOT Vehicles.

5. Business records of Plaintiff showing date and amount advanced for any SOT Vehicles.

6. Plaintiff's internal notes entered contemporaneously with the actions being documented.

7. All records of communications between Plaintiff and any Defendant.

8. Lot audit notes.

9. Receivable Detail Report.

10. Receivable Detail – Write Offs Report.

11. SOT Vehicle Report.

12. Vehicle History Detail Report.

13. Payments Received Report.

14. Collections Workbook – Write Offs Report.

15. Balance Calculation for Written Off Account.

16. Floored Vehicle History Report.

17. Calculation of Section 24 damages (Limitation on Liability).

18. Excerpts from the Deposition of Edward Kessler – Director of Operations, Premier Group Autos, LLC.

19. Excerpts from the Deposition of James Blackburn.

20. November 5, 2018 Letter Agreement.

21. Overfinch Agreement.

22. Kessler Loan Agreement.

23. Kessler Parents Loan Agreement.

24. Analysis Email.

25. Vehicle History Report (Stock Number 2).

26. Collection Management Notes.

27. Declaration of Stephen Smith,

28. November 2019 Overfinch Letter.

29. Florida Complaint.

30. NextGear's Second Amended Responses to Kessler's Interrogatories.

31. Premier POA.

32. Excerpts from the Deposition of Arturo Mayoral.

33. Manheim Bill of Sale.

34. Declaration of Brian Jones.

35. All documents identified by Defendants.

36. All documents received through third parties.

Plaintiff reserves the right to present rebuttal evidence, and to supplement the witnesses and documents identified herein as discovery progresses in this matter.

| | |
|---|---|
| Dated: February 28, 2022 | Respectfully submitted, |
| | /s/ David J. Jurkiewicz |
| | DAVID J. JURKIEWICZ |
| | Attorney No. 18018-53 |
| | BRIAN S. JONES |
| | Attorney No. 29578-49 |
| | **BOSE MCKINNEY & EVANS LLP** |
| | 111 Monument Circle, Suite 2700 |
| | Indianapolis, IN 46204 |
| | Telephone: (317) 684-5000 |
| | Facsimile: (317) 684-5173 |
| | djurkiewicz@boselaw.com |
| | b.jones@boselaw.com |
| | |
| | **ATTORNEYS FOR NEXTGEAR CAPITAL, INC.** |

## CERTIFICATE OF SERVICE

I certify that on February 28, 2022, a true and correct copy of the foregoing was served via email on all counsel of record.

/s/ David J. Jurkiewicz
David J. Jurkiewicz

4321781