IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC, JAMES BLACKBURN, and EDWARD A. KESSLER. | ) |
| Defendants. | ) |

**FINAL WITNESS AND EXHIBIT LISTS OF PREMIER GROUP AUTOS, LLC, AND JAMES BLACKBURN**

Premier Group Autos, LLC and James Michael C. Blackburn (collectively hereafter "Defendants"), and Premier Group Autos, LLC ("Counterclaimant"), by counsel, submit their final witness and exhibit lists, as follows:

1. **Witness List:**

    1.1. James C. Blackburn, c/o Rocap Law Firm LLC – Mr. Blackburn is an owner of Premier Group Autos, LLC, and was directly involved in the transactions at issue.

    1.2. James C. Archbell – Mr. Archbell was involved in the attempt by Mr. Blackburn/Premier Group Autos, LLC, to refinance the loans with Plaintiff.

    1.3. Edward Kessler – Mr. Kessler has knowledge of the transactions at issue.

    1.4. Will Smith, Cox Automotive, Carmel, IN – Mr. Cox has knowledge of the transactions at issue and the Plaintiff's attempts to collect on the obligations.

    1.5. Zach Nolen, Portfolio Manager, NextGear Capital – Mr. Nolen has knowledge of the transactions at issue and the Plaintiff's attempts to collect on the obligations.

1

1.6. Arturo F. Mayoral, Sales Executive, NextGear Capital – Mr. Mayoral has knowledge of certain transactions at issue and floor planning and capital/financing options offered to Plaintiff.

1.7. Michael S. Barnes, Sr., Client Solutions Executive, NextGear Capital – Mr. Barnes has knowledge of certain transactions at issue and capital/financing options offered to Plaintiff.

1.8. Liz Hamilton, AW Contractors, address unknown – Ms. Hamilton has knowledge of the purchase of a 2019 Land Rover she acquired from the Defendants.

1.9. Alex Sloane, Overfinch North America, Inc. – Mr. Sloane may have knowledge of the transactions at issue in this matter.

1.10. Leah Shah, Overfinch North America, Inc. – Ms. Shah may have knowledge of the transactions at issue in this matter.

1.11. Donna DeGroff, Controller, Premier Group Autos, LLC – Ms. DeGroff has knowledge of certain transactions at issue and financing/accounting principles of Defendants related to those transactions.

1.12. Barry Mukamel, Certified Public Accountant, KAPILA MUKAMEL, 1000 S. Federal; Highway, Suite 200, Fort Lauderdale, FL 33316 – Mr. Mukamel has knowledge of a 2019 - 2020 audit of assets, liabilities and expenditures of Premier Group Autos.

1.13. Stephen Smith, Risk and Recovery Manager, NextGear Capital – Mr. Smith has knowledge of certain transactions and Premier Group Autos' floor plan line of credit at issue.

1.14. Andrew Ramey, Manager of Lending Services, NextGear Capital – Mr. Ramey has knowledge of NextGear's business policies and practices as those relate to

    NextGear's business relationship with Defendants.

    1.15.    Samuel Blackburn – residing in the United Kingdom

    1.16.    All witness listed by any other party in this matter or disclosed in discovery or via deposition.

    1.17.    All witnesses necessary for purposes of impeachment or rebuttal.

2. **Exhibit List**:

    2.1. The agreements with NextGear Capital.

    2.2. Draft and proposed lending agreements between Defendants and James Archbell.

    2.3. Various email and text exchanges and correspondence between Defendants, representatives of NextGear Capital and James Archbell.

    2.4. The Overfinch Distribution Agreement with Premier Group Autos.

    2.5. Letters from Overfinch North American to Premier Group Autos LLC dated November 8, 2019 and December 11, 2019.

    2.6. All Pleadings submitted in this litigation.

    2.7. All exhibits listed by any other party in this matter or disclosed in discovery.

    2.8. All documents produced by any non-party in this litigation.

    2.9. All expert reports, including, but not limited to, all materials used in analyzing documents provided to the expert and/or establishing the expert's opinions.

    2.10.    Transcripts of all depositions taken in this case, and all exhibits thereto.

    2.11.    All exhibits necessary for purposes of impeachment or rebuttal.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, Atty. No. 6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2022, a true and correct copy of the above and foregoing *Final Witness and Exhibit Lists* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

 /s/ Richard A. Rocap
Richard A. Rocap, Atty. No. 6333-49
*Attorney for Premier Group Autos, LLC and James Michael C. Blackburn*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Carmel, IN 46290-1130
(317) 846-0700
rar@rocap-law.com