IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER. | ) |
| Defendants | ) |

**DEFENDANT, EDWARD A. KESSLER'S, FINAL WITNESS AND EXHIBIT LISTS**

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, in accordance with the Court's Case Management Plan, provides the following Final Witness & Exhibit Lists:

**WITNESSES**

Defendant/Counterclaimant, Edward A, Kessler, may call the following individuals at the trial of this matter in support of Kessler's defenses and/or counterclaim:

(1) Edward A. Kessler
Subject: Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case.

(2) James Blackburn
Subject: Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case.

(3) Samuel Blackburn
Subject: Premier Group Autos, LLC; the dealings of Premier Group Autos, LLC; the prior dealings with James Blackburn and Edward Kessler; Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against

Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case.

(4) Edward P, Kessler
Subject: The loan Edward P. Kessler provided to PGA, Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case.

(5) Arturo Mayoral
Subject: Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case. Knowledge of dealings with the defendants, especially pertaining to NextGear agreements and the Loan Documents, as well as NextGear's policies and procedures.

(6) Andrew Ramey
Subject: Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case. Knowledge of dealings with the defendants, especially pertaining to NextGear agreements and the Loan Documents, as well as NextGear's policies and procedures; and the execution and answering of NextGear's discovery resposnes.

(7) Tuesdae Artman
Subject: Plaintiff's Claims, Kessler's Affirmative Defenses, the allegations set forth in Kessler's Counterclaim, the claims Kessler has against Blackburn, the fraud and forgery committed against Kessler, the dealings and business affairs of Premier Group Autos, LLC, and various dealings between himself and the parties to this case. Knowledge of dealings with the defendants, especially pertaining to NextGear agreements and the Loan Documents, as well as NextGear's policies and procedures; the irregularities of Kessler's signature; and correspondence Artman sent RE: irregularities.

(8) Donna DeGroff
Subject: Business dealings of Premier Group Autos, LLC and the fraud committed by Blackburn.

(9) Gary Hoke
Subject: The drafting of the Loan Documents; the answering and execution of NextGear's discovery responses.

(10) Jordan Cox
Subject: Emails and information surrounding discovery responses and execution of Power of Attorney document.

(11) Any person identified in any party's discovery response(s)

(12) Any witness identified on any other party's witness list;

(13) Any person identified in any deposition taken in this matter;

(14) Any person who was deposed in this litigation;

(15) Any person necessary to authenticate any document and/or lay any foundation.

This list does not include those witnesses who will be called upon to testify for purposes of impeachment and/or rebuttal. Kessler reserves the right to identify additional witnesses as discovery continues.

## EXHIBITS

(1) The Loan Documents (as that term is defined in the Note) at issue in this Case, including the Demand Promissory Note, Loan and Security Agreement, and all amendments thereto, UCC Financing Statement, Individual Personal Guaranties, and the Power of Attorney documents.

(2) The Power of Attorney document purportedly executed by Edward Kessler;

(3) The Power of Attorney document executed by James Blackburn;

(4) The Application for the subject NextGear line of credit

(5) NextGear's Complaint with originally attached exhibits to Complaint;

(6) The NextGear policies and procedures relating to contract documents and contract execution for Loan Documents, as well as the NextGear policies and procedures relating to the failure to obtain an executed Power of Attorney document;

(7) Internal NextGear emails and communications relating to the subject Loan for PGA;

(8)    The Florida Notary Public Reference Manual

(9)    NextGear "Discover" Screenshot Printouts;

(10)    The Operating Agreement for PGA;

(11)    Kessler signature v. forged documents document;

(12)    Kessler's Florida Lawsuit against Blackburn with attachments;

(13)    Text messages, emails and communications between Blackburn and Kessler

(14)    Corporate documents of Premier Group Autos

(15)    Banking records of Premier Group Autos—including statements for April 2019

(16)    Documents relating to and/or evidencing the location of Edward Kessler in April 2019.

(17)    Accounting Report of Barry Mukamal;

(18)    Emails from NextGear to Kessler RE: submission of Loan Documents that were not executed.

(19)    NextGear's Salesforce Printout/Summary for the subject Loan/Note

(20)    Pictures of Edward Kessler license;

(21)    Pictures of James Blackburn License;

(22)    NextGear emails with Arturo Mayoral and other NextGear representatives RE: execution of the Kessler Power of Attorney;

(23)    NextGear internal emails regarding the "Stipulations" required surrounding the execution of the Loan Documents and Power of Attorney documents.

(24)    NextGear internal emails RE: need for signed tax returns

(25)    All NextGear emails and/or other documents relating to the "Stipulations" required

(26)    NextGear Balance Calculation for Written Off Account Report

(27)    NextGear SOT Vehicle Report

(28)    NextGear Emails between Arturo Mayoral and other NextGear representatives RE: circumstances surrounding Power of Attorney execution.

(29) NextGear Lending Summary

(30) Pre-Activation Quality Control Form

(31) NextGear emails RE: Discovery Responses

(32) NextGear emails between Mayoral and Hoke RE: discovery responses and information surrounding execution of Power of Attorney documents;

(33) Business Loan Agreement

(34) Blackburn's Answers to Interrogatories in Florida Litigation

(35) NextGear Compensation Plan applicable for Arturo Mayoral

(36) NextGear Internal Credit Guidelines

(37) Arturo Mayoral Performance Improvement Plan

(38) Emails RE: Line Modification Requests

(39) NextGear Email RE: New Financial Summary on 3/25/19

(40) Excerpts from James Blackburn Deposition in FL Litigation

(41) American Express v. Edward Kessler Dismissal Notice

(42) Email between Edward Kessler and Adam Zhamukhanov

(43) Text Messages between Edward Kessler and James Blackburn RE: NextGear

(44) All exhibits referenced and/or introduced in the deposition of Arturo Mayoral;

(45) All exhibits referenced and/or introduced in the deposition of Andrew Ramey;

(46) All exhibits referenced and/or introduced in the deposition of Edward Kessler;

(47) NextGear's Discovery Responses, including, all original and amended Responses to Requests for Admission, all original and amended Interrogatory Answers, and all Responses to Requests for Production, and all documents produced by NextGear.

(48) James Blackburn's discovery responses and all documents produced by Blackburn

(49) Edward Kessler's discovery responses and all documents produced by Kessler

(50) All exhibits attached to the summary judgment filings tendered by any party

(51) All exhibits introduced and/or referenced in any deposition taken in this matter;

(52) The entire Loan File for the subject Loan

(53) NextGear's internal notes entered into Salesforce or other programs

(54) All records of communications between Plaintiff and any Defendant.

(55) Excerpts from the Deposition of James Blackburn

(56) Excerpts from the Deposition of Andrew Ramey

(57) Excerpts from the Deposition of Arturo Mayoral

(58) Kessler Loan Agreement.

(59) All documents identified by Defendants

(60) All documents identified by Plaintiff.

(61) All documents received through third parties.

(62) All pleadings in this matter

This list does not include those exhibits that will be used for impeachment and/or rebuttal. Kessler reserves the right to present additional rebuttal evidence. Kessler also reserves his right to supplement witnesses and documents.

                    Respectfully submitted,

                    DELK McNALLY LLP

                    */s/ Jason R. Delk*
                    Jason R. Delk, Atty. No. 24853-18
                    *Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic mail this 28th day of February 28, 2022.

                                              */s/ Jason R. Delk*
                                              Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
delk@delkmcnally.com