# EXHIBIT "2"



HOME    GOVERNOR DESANTIS    FIRST LADY DESANTIS    LT. GOV. NUÑEZ    MEDIA    INFO CENTER    JUDICIAL    CONTACT    ESPAÑOL

# Notary Complaints

## Complaints

In Florida, notaries are public officers appointed by the Governor at his discretion. Under the Florida Constitution and Florida Statutes, it falls within the jurisdiction of the Governor's Office to review complaints of misconduct against notaries and to take disciplinary action when deemed appropriate.

**Complaint Instructions**

Complaints can be submitted via fax or mail. Your complaint should:

- Provide all facts related to the alleged misconduct.
- Include a copy of the improperly notarized document.
- State with specificity the law violated by the alleged misconduct. (For the law governing Florida notaries, please visit Chapter 117, Florida Statutes)
- Be typewritten or clearly printed.

Please do not write on the back of the complaint form. You may attach a separate sheet.

**Complaint Form**

Word Document
PDF Document

### Return the completed complaint by mail to:

Executive Office of the Governor
Notary Section

P.O. Box 6327
Tallahassee, FL 32314

<u>or</u>

Courier Address
2415 North Monroe Street, Suite 810
Tallahassee, FL 32303



## Contact Governor DeSantis

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests