# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.** *Plaintiff*, v. **PREMIER GROUP AUTOS, LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER,** *Defendants*. | **CASE NO. 1:20-cv-00354-TWP-DLP** |

## ORDER DENYING
## EDWARD A. KESSLER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day, the Court considered Edward A. Kessler's Motion for Partial Summary Judgment. After reviewing the Motion, the Response, and the file, the Court finds that it should be in all things **DENIED**.

Accordingly, the Court **DENIES** the Motion.

**SO ORDERED.**

Dated: _____

_____
**JUDGE, UNITED STATES DISTRICT COURT**

Distribution:

All counsel of record