| | |
|---|---|
| **From:** | James Blackburn |
| **To:** | Dick Rocap |
| **Subject:** | Fwd: Zack |
| **Date:** | Friday, February 28, 2020 3:50:16 AM |

Very Best Regards,


James Blackburn
Chief Executive



Overfinch Miami

1500 Cordova Road, Suite 206
Fort Lauderdale, Florida, 33316

Cell: +1 954 232 7661
Office: 954 870 7174
Email: james@overfinchmiami.com
Web: www.overfinch.com

_____

Confidentiality Notice: This e-mail, and any attachment to it, contains privileged and
confidential information intended only for the use of the individual(s) or entity named
on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee
or agent responsible for delivering it to the intended recipient, you are hereby notified
that reading this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately return it to the sender and delete it from your system.

Begin forwarded message:


> **From:** james@overfinchmiami.com
> **Date:** November 12, 2019 at 12:50:18 AST
> **To:** Will Smith <Will.Smith@coxautoinc.com>
> **Subject: Zack**


> Hi Will,

> I am just taking off to head back to Fort Lauderdale.

> It turns out Zack, your Danville account manager, has taken it upon himself to
> find out from head office who my new floor plan was with and give him a call
> bringing him up to date.

**EXHIBIT 3.1**

Suffice to say he has called yesterday afternoon and cancelled any arrangement we had and ceased dealing with us.

At this point I have nothing to tell you. Can you please forward me a copy of my contract and all relevant documentation we signed when starting our relationship with you.

I believe if it wasn't for Zack this situation would be closer to be being resolved. Now after his involvement not only discussing my account with head office but also calling my new financier and discussing the situation with him also provoking him cancelling any arrangement we had in place.

Very Best Regards,


James Blackburn
Chief Executive



Overfinch Miami

1500 Cordova Road, Suite 206
Fort Lauderdale, Florida, 33316

Cell: +1 954 232 7661
Office: 954 870 7174
Email: james@overfinchmiami.com
Web: www.overfinch.com

---

Confidentiality Notice: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.

**EXHIBIT 3.1**