## SECURED NOTE

$450,000.00                                                                                                              October 28, 2019

      FOR VALUE RECEIVED, the undersigned promises to pay to **JAMES C. ARCHBELL III**, or ORDER, the principal sum of FOUR HUNDRED AND FIFTY THOUSAND AND NO/100 **($450,000.00)** Dollars, with interest from the above date at the rate of twelve **(12%)** per centum per annum, the said sum being due and payable via interest only payments of **$2,100.00** beginning on the 11th day of November, 2019, and every 14th day thereafter, with a BALLOON PAYMENT of the entire balance of the debt, including interest, cost and fees, if applicable, being due and payable no later than **February 11, 2020**. The said principal and interest shall be payable at 530 Woodlake Circle, Suite 200, Chesapeake, Virginia 23320, or at such other place as the holder may otherwise specify in writing.

      NOTICE: THE NOTE IS SUBJECT TO CALL IN FULL OR THE TERMS THEREOF BEING MODIFIED IN THE EVENT OF SALE OR CONVEYANCE OF THE VEHICLE SECURING THIS NOTE.**Collateral:2020 Land Rover, VIN# SALGS5SE6LA572387 AND 2020 Land Rover VIN# SALGS5SE8LA577347**

      The Maker(s) shall be deemed in default in the event any installment payment is not received by the Noteholder within 5 days of its due date.

      It is agreed that in the event of default under this note that the Maker(s) and endorser(s) hereof shall pay all costs and expenses of collection, and that if after default this note be placed in the hands of an attorney for collection, a fee of twenty-five percent of the amount due hereon, both before and after judgment shall, if and to the extent permitted by law, be collectible herewith.

      It is further agreed that this note, or any part of the principal or interest due thereon, may be renewed from time to time by the holder hereof or payment extended, at the request of the then owners of the property securing this indebtedness, or at the request of any parties bound hereon, or who has assumed or may hereafter assume payment hereof, without the consent of or notice to other parties bound hereon and without releasing them from liability in connection therewith.

      The maker(s) and endorser(s) waive demand, presentment, protest and notice of dishonor; and the benefit of their homestead exemptions as to this obligation.

      The maker(s) hereby authorizes and appoints Brett B. Thompson or any other attorneys from Thompson Law Group, PLLC, of Virginia Beach, Virginia as his or her attorney in fact to appear in any court in the State of Virginia after any of the above terms or provisions of this note have been breached by the maker(s), and waive the issuing and service of process and confess judgment, jointly and severally, in favor of the Noteholder for the amount of all principal, late charges, interest and additional charges that are due and payable, which charges arise out of the performance of this note, with interest from the date of the breach, together with the costs of the suit, which costs shall include reasonable attorney's fees and expenses incurred

1

**EXHIBIT 3.2**

in the suit, and thereupon release all errors and waive all rights to appeal. The foregoing is in addition to any other legal or equitable rights or remedies which the Note Holder may have.

## IMPORTANT NOTICE

**THIS AGREEMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.**

PREMIER GROUP AUTOS, LLC
DBA Overfinch Miami

BY:_____

Print name:_____

Title:_____


_____
James Blackburn

**EXHIBIT 3.2**