From: Donna <donna@overfinchmiami.com>
Subject: FW: Revised note
Date: October 22, 2019 at 12:56:23 PM EDT
To: James Blackburn <james@overfinchmiami.com>, Edward Anthony Kessler <ek13@comcast.net>

James/Ed-attached is the revised Floor Plan note from Archbell.

Regards,
Donna


**From:** Liz Hamilton <Liz@awcontractors.com> **Sent:** Tuesday, October 22, 2019 12:52 PM **To:** Donna <donna@overfinchmiami.com> **Subject:** Revised note



If you would like to make a difference in a childs life please visit our Foundation website at:

http://www.jcafoundation.com/


**EXHIBIT 3.3**