To: Liz Hamilton 

iMessage
Wed, Oct 16, 14:03

Hi Liz, on a flight so I can't answer. I can call when I land or text now?

Are you calling about the interest check?

No I'll do invoice tomorrow but for promissory note when does payment come due. I know it's not till sold but we have to put something in note I was thinking 3 months What do you think

**EXHIBIT 3.4**

Yes that is fine

Maybe do 120 days

Same as current floor plan

Ok

**Mon, Oct 28**, 09:02

Hey Liz give me a call when you can.

**EXHIBIT 3.4**