IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| Defendants | ) |

**DEFENDANT/COUNTERCLAIMANT, EDWARD A. KESSLER'S, DESIGNATION OF EVIDENCE IN OPPOSITION TO NEXTGEAR CAPITAL, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Edward A. Kessler, by counsel Delk McNally LLP, hereby designates the following evidence in opposition to Plaintiff, NextGear Capital, Inc., Motion for Summary Judgment.  The Court will note that all of the same materials relied upon by Kessler in Opposition to NextGear's Motion for Summary Judgment have already been designated and filed with the Court at Dkt. 119.

1. Exhibit A: Excerpts from the Deposition of Edward A. Kessler.  Already filed with Court at Dkt. 119-1.

    - Pages: 9-10, 24-26, 31, 34, 39-41, 44-45, 49-55, 60, 62, 67-68, 76-77, 81-83, 86-87, 93, 99-107, 110-111. 115-119, 122-124, 134-138, 140, 142, 144-145, 147, 170, 197-198, 206-207, 209-210, 216

    - Deposition Exhibits: 20-21, 31-34, 37

2. Exhibit B: Excerpts from the Deposition of Andrew Gregory Ramey.  Already filed with the Court at Dkt. 119-2.

    - Pages: 5-6, 11, 16, 20-21, 24-32, 41-46, 53-55, 66-78, 86-91, 94, 97-98

    - Deposition Exhibits: 10, 17-18, 41-42

3. Exhibit C: Excerpts from the Deposition of Arturo Mayoral. Already filed with the Court at Dkt. 119-3.

   - Pages: 5-6, 9-10,15-16, 18, 20-21, 23, 26, 28-30, 32, 36-41, 44, 46-51, 53, 55-56, 58, 63-65, 69, 76, 81, 84, 88-92, 94-104, 109-115, 118-120, 129-132, 135-136, 140-143, 151-156, 158-161, 165, 169-170, 173-174, 181-182, 185
   - Deposition Exhibits: 1-5, 8-9, 12-14, 16-17

4. Exhibit D: Excerpts from the Deposition of James M. Blackburn (Volume I). Already filed with the Court at Dkt. 119-4.

   - Pages: 78, 81, 85, 87-88, 127-128, 131
   - Deposition Exhibits: 4, 9, 22, 30

5. Exhibit E: Excerpts from the 30(B)(6) Deposition of James M. Blackburn on behalf of Premier Group Autos (Volume II). Already filed with the Court at Dkt. 119-5.

   - Pages: 174, 183, 188-189, 193-195, 209-210, 216
   - Deposition Exhibits: 3, 8-9, 36

6. Exhibit F: NextGear Capital, Inc.'s Objections and Answers to Edward A. Kessler's First Interrogatories. Already filed with the Court at Dkt. 119-6.

7. Exhibit G: NextGear Capital, Inc.'s Second Amended Objections and Answers to Edward A. Kessler's First Interrogatories. Already filed with the Court at Dkt. 119-7.

8. Exhibit H: NextGear Capital, Inc.'s Responses to Edward A. Kessler's First Request for Admission. Already filed with the Court at Dkt. 119-8.

9. Exhibit I: NextGear Capital, Inc.'s Amended Responses to Edward A. Kessler's First Request for Admission. Already filed with the Court at Dkt. 119-9.

10. Exhibit J: Affidavit of Edward A. Kessler with Exhibits. Already filed with the Court at Dkt. 119-10.

        Respectfully submitted,

        DELK McNALLY LLP

        */s/ Jason R. Delk*
        Jason R. Delk, Atty. No. 24853-18
        *Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 28th day of March, 2022.

        */s/ Jason R. Delk*
        Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com