# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS, LLC,<br>JAMES M BLACKBURN,<br>EDWARD A KESSLER, | ) |
| Defendants. | ) |
| JAMES M BLACKBURN,<br>PREMIER GROUP AUTOS, LLC,<br>EDWARD A KESSLER, | ) |
| Counter Claimants, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC.,<br>NEXTGEAR CAPITAL, INC., | ) |
| Counter Defendants. | ) |

## SCHEDULING ORDER

Due to congestion of the Court's calendar and to allow time for a settlement conference, the damages hearing set July 18, 2022 is **RESCHEDULED** to August 29, 2022 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Please make note of this change.

Exhibit and witness lists are due no later than August 8, 2022.

IT IS SO ORDERED.

Date: 6/17/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Christina M. Bruno
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
cbruno@boselaw.com

Jason R. Delk
DELK MCNALLY LLP
delk@delkmcnally.com

Ryan Lee Garner
ROCAP LAW FIRM LLC
rlg@rocap-law.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com

Brian Scott Jones
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
b.jones@boselaw.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
djurkiewicz@boselaw.com

Richard A. Rocap
ROCAP LAW FIRM LLC
rar@rocap-law.com

Austin P. Sparks
DELK MCNALLY LLP
sparks@delkmcnally.com