IN THE UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

Case No.: 1:20 ev 00354-TWP-DCP

NEXTGEAR CAPITAL, INC.,
    Plaintiff,

V.

PREMIER GROUP AUTO, LLC,
JAMES BLACKBURN AND
EDWARD KESSLER,
    Defendants.
_____/

## AFFIDAVIT OF JAMES BLACKBURN

STATE OF FLORIDA     )
                                ): ss
COUNTY OF BROWARD     )

    BEFORE ME, the undersigned authority, personally appeared JAMES BLACKBURN who, after being by me duly sworn, deposes and states as follows:

    1.     I am over the age of 18 years and make this affidavit on my personal knowledge.

    2.     That on behalf of PGA I negotiated with Nextgear Capital, Inc. ("Nextgear") to obtain a "floor plan" line of credit for PGA in the amount of $150,000 (the "LOC").

    3.     That Arturo Mayoral ("Mayoral"), Nextgear's representative in South Florida told me that pursuant to Nextgear's internal protocols and procedures it would be necessary for both me and Kessler to execute POAs with a "wet" signature as a condition to maintaining the LOC. Mayoral told me that if executed POAs were not received from all members of PGA (Blackburn and Kessler), the LOC would not be available and would be locked thirty (30) days after PGA's original execution of the Note. In light of the fact that PGA signed the original note on or about

00720151.DOCX 8

March 27, 2019, Mayoral told me that he must have both POAs signed immediately. Mayoral also told me that he needed both POAs signed as he did not want to jeopardize losing the sale of the account/loan to PGA.

4. Accordingly, in April 2019, Mayoral made arrangements with me for the execution of the POAs. I told Mayoral that Kessler was not available to sign the POA in-person as Mr. Kessler was not in Florida. Mr. Mayoral said that Kessler's absence was not a problem and that we could still get the POAs signed despite Kessler not being present to obtain a "wet signature."

5. The original meeting time for the execution of the POAs was April 18, 2019 at 2:45 p.m. However, the night before (April 17, 2019), Mayoral texted me and asked to meet at noon on the 18th to sign the POA documents. A true and accurate copy of the text message between me and Mr. Mayoral is attached hereto as Exhibit A.

6. On or about 12:00 p.m. on April 18, 2019, Mayoral came to PGA's offices in Ft. Lauderdale Florida, bringing with him POAs for me and Kessler to sign.

7. Upon further reflection and review of text messages, my recollection has been refreshed and I now recall that at the time of Mayoral's visit to PGA's offices for the execution of the POAs, Kessler was not present at the April 18, 2019 meeting with Mr. Mayoral and did not sign the POA in front of Mr. Mayoral.

8. Mayoral has also previously made requests of me to floor plan a vehicle during the month of March 2019—right after the Note was signed—so that Mayoral could hit his quota and improve upon his sales numbers. A true and accurate copy of the text messages between me and Mayoral regarding Mayoral's request for me to floor plan a vehicle are attached hereto as Exhibit B.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746 that, based on my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated this 27 day of June 2022.

_____
JAMES BLACKBURN

THE FOREGOING INSTRUMENT was sworn to (or affirmed) and subscribed before me by means of ☐ physical presence or ☐ online notarization, this 27 day of June 2022, by James Blackburn, who is personally known to me.

_____
Notary Public, State of Florida
My commission expires:

Notary Public State of Florida
Rebecca A Norwood
My Commission HH 120103
Expires 07/23/2025

19:45     5G

**Arturo Mayoral**

Mar 21, 2019, 10:56

> Hey Arturo, any updates for me?

Nothing yet. Lending is running 24 hrs behind. God willing we should have an answer this afternoon. As soon as I hear back you will know.

> Thank you

Mar 25, 2019, 14:48

Contract sent to you via email. Remember its a $552.00 tax if you sign in Florida.

I'm on a conference call but will call you as soon as it's over

Access code is last four of social

> Both me and Ed need to sign?

Yes sir

> It's no tax if I sign out of state?

Yes sir

Or Two miles off shore.

Make sure you have geotagging on if you do

Mar 26, 2019, 16:43



19:45

**Arturo Mayoral**

Mar 26, 2019, 16:43

> I have signed and returned. Ed is in Pittsburg signing his. You should receive shortly.

Excellent thanks. Let me know.

Mar 27, 2019, 10:58

> Document completed

Yea just got the email

I will call you today when I get activated status.

> Ok and you will have to teach me how to use it etc

Should be sometime this afternoon

Of cour

Of course

All the tricks

Mar 27, 2019, 12:47



    iMessage   

19:45



Arturo Mayoral

Fantastic perfect

Thanks

Mar 27, 2019, 16:11

Still waiting in your activation. Your account number is 125308

Thanks for the invite

My pleasure, thanks for your help

My pleasure as well.

Mar 29, 2019, 18:25



   iMessage 

19:45

**Arturo Mayoral**



Thank you my brother! You saved my ass! My family is most grateful.

> My pleasure

I will call you Monday to set up an appointment with you to go over the portal and all the tricks



> Will you get that purchase approved ASAP please

Yes just sent it to auction services. They are working late today and tomorrow till 11am. They are awesome.

> If I could get it approved today o can get the car picked up?

Yes as soon as it is approved you can print the gate pass.

Great purchase!

Thanks again

  iMessage