IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| v. | ) |
| | ) |
| PREMIER GROUP AUTOS, LLC, | ) |
| JAMES M. BLACKBURN, and | ) |
| EDWARD A. KESSLER, | ) |
| Defendants | ) |

**DEFENDANT, EDWARD A. KESSLER'S, MOTION TO WITHDRAW MOTION TO RECONSIDER COURT'S SUMMARY JUDGMENT ORDER (Dkt. 134)**

Defendant, Edward Kessler, by counsel, respectfully moves the Court for an Order withdrawing Defendant's previously filed Motion to Reconsider the Court's Summary Judgment Order (Dkt. 134). Defendant requests the Court to withdraw the Motion to Reconsider as the Parties have resolved this litigation and the Court's consideration of the Motion to Reconsider is no longer necessary.

WHEREFORE, Defendant, Edward Kessler, requests the Court to withdraw the Motion to Reconsider, and for all other just and proper relief.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Atty. No. 24853-18
*Attorney for Defendant, Edward Kessler*

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765-896-9495
Facsimile: 888/453-0545

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's electronic case filing system this 15th day of July, 2022.

*/s/ Jason R. Delk*
Jason R. Delk

DELK McNALLY, LLP
211 S. Walnut Street
Muncie, IN 47305
Telephone: 765/896-9495
delk@delkmcnally.com