IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| **Plaintiff** ) | |
| ) | CASE NO. 1:20-cv-00354-TWP-DLP |
| v. ) | |
| ) | |
| PREMIER GROUP AUTOS, LLC, ) | |
| JAMES M. BLACKBURN, and ) | |
| EDWARD A. KESSLER. ) | |
| **Defendants** ) | |

## ORDER GRANTING DEFENDANT, EDWARD A. KESSLER'S, MOTION TO WITHDRAW MOTION TO RECONSIDER COURT'S SUMMARY JUDGMENT ORDER (Dkt. 134)

Defendant, Edward A. Kessler (hereinafter "Kessler"), by counsel, having filed his Motion To Withdraw Motion To Reconsider Court's Summary Judgment Order (Dkt. 134), and the Court, being in all things duly advised, hereby finds that said Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Motion To Withdraw Motion To Reconsider Court's Summary Judgment Order (Dkt. 134) is hereby WITHDRAWN.

IT IS SO ORDERED.

Date:_____

                                                Hon. Tanya Walton Pratt, Chief Judge
                                                United States District Court
                                                Southern District of Indiana

Distribution to All Counsel of Record