UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00354-TWP-DLP |
| | ) | |
| PREMIER GROUP AUTOS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JAMES M BLACKBURN, *et al.*, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., *et al.*, | ) | |
| | ) | |
| Counter | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Defendant, Edward A. Kessler's,

Motion to Withdraw Motion to Reconsider Court's Summary Judgment Order, Dkt.

[141]. On July 15, 2022, the Court issued its Minute Entry for July 15, 2022

Settlement Conference, which denied as moot all pending motions, including

Defendant Kessler's motion for reconsideration. (*See* Dkts. 139, 140). Accordingly,

the Court, being duly advised, now **DENIES AS MOOT** the present Motion.

So ORDERED.

Date: 7/22/2022

*Doris L. Pryor*

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email