**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 1:20-cv-00354-TWP-DLP** |
| | ) | |
| PREMIER GROUP AUTOS LLC, | ) | |
| JAMES M. BLACKBURN, and | ) | |
| EDWARD A. KESSLER, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiff NextGear Capital, Inc. ("NextGear"), by counsel, and the Defendants Premier Group Autos, LLC d/b/a Overfinch Miami ("Dealer"), James Michael C. Blackburn ("Blackburn"), and Edward Anthony Kessler ("Kessler") (Blackburn and Kessler together with Dealer, the "Defendants"), by counsel (Defendants together NextGear Capital, the "Parties"), and hereby stipulate to the following:

1.      NextGear's Complaint against the Defendants shall be dismissed *with prejudice*.

2.      Kessler's Counterclaim against NextGear shall be dismissed *with prejudice*.

3.      Each Party shall bear its own attorney fees and costs.

WHEREFORE, the NextGear Capital and Defendants now voluntarily request the Court dismiss NextGear Capital's Complaint with prejudice and each Party to bear its own attorney fees and costs.

Respectfully submitted this 16th day of August, 2022.

/s/ *David J. Jurkiewicz*

David J. Jurkiewicz
Attorney No. 18018-53
Brian S. Jones
Attorney No. 29578-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (Fax)
djurkiewicz@boselaw.com
b.jones@boselaw.com
*Attorneys for Plaintiff*


/s/ *Richard A. Rocap*

Richard A. Rocap
Attorney No. 6333-49
Ryan Lee Garner
Attorney No. 34597-49
ROCAP LAW OFFICE LLC
10293 North Meridian Street, Suite 175
Carmel, IN  46290-1130
(317) 846-0700
rar@rocap-law.com
rlg@rocap-law.com
*Attorneys for Defendants Premier Group Autos, LLC
and James M. Blackburn*


/s/ *Jason R. Delk*

Jason R. Delk
Attorney No. 24853-18
DELK MCNALLY LLP
211 South Walnut
Muncie, IN  47305
(765) 896-9495
delk@delkmchally.com
*Attorneys for Defendant Edward A. Kessler*