IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP ) |
| PREMIER GROUP AUTOS LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff NextGear Capital, Inc. ("NextGear"), by counsel, and the Defendants Premier Group Autos, LLC d/b/a Overfinch Miami ("Dealer"), James Michael C. Blackburn ("Blackburn"), and Edward Anthony Kessler ("Kessler") (Blackburn and Kessler (together with Dealer, the "Defendants"), by counsel (Defendants together NextGear Capital, the "Parties"), having filed their *Joint Stipulation of Dismissal With Prejudice* pursuant to Federal Rule of Civil Procedure 41, and the Court having reviewed such Stipulation and being otherwise duly advised,

IT IS HEREBY ORDERED that NextGear's Complaint against the Defendants is hereby dismissed WITH prejudice, with each party to bear its own attorney fees and costs.

IT IS HEREBY ORDERED that Kessler's Counterclaim against NextGear is hereby dismissed WITH prejudice, with each party to bear its own attorney fees and costs.

_____           _____
Date                                                                       Judge, United States District Court
                                                                                   Southern District of Indiana, Indianapolis Division

**DISTRIBUTION:**

David J. Jurkiewicz
Brian S. Jones
Bose McKinney & Evans, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
djurkiewicz@boselaw.com
b.jones@boselaw.com

Michael G. Gibson
michael.gibson2@coxautoinc.com

Richard A. Rocap
rar@rocap-law.com

Ryan Lee Garner
rlg@rocap-law.com

Jason Delk
delk@delkmcnally.com