# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:20-cv-00354-TWP-DLP |
| PREMIER GROUP AUTOS LLC, JAMES M. BLACKBURN, and EDWARD A. KESSLER, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff NextGear Capital, Inc. ("NextGear"), by counsel, and the Defendants Premier Group Autos, LLC d/b/a Overfinch Miami ("Dealer"), James Michael C. Blackburn ("Blackburn"), and Edward Anthony Kessler ("Kessler") (Blackburn and Kessler (together with Dealer, the "Defendants"), by counsel (Defendants together NextGear Capital, the "Parties"), having filed their *Joint Stipulation of Dismissal With Prejudice* pursuant to Federal Rule of Civil Procedure 41, and the Court having reviewed such Stipulation and being otherwise duly advised,

IT IS HEREBY ORDERED that NextGear's Complaint against the Defendants is hereby dismissed WITH prejudice, with each party to bear its own attorney fees and costs.

IT IS HEREBY ORDERED that Kessler's Counterclaim against NextGear is hereby dismissed WITH prejudice, with each party to bear its own attorney fees and costs.

Date: 8/17/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

4225829 (22326.83)

1